IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY G. PHILPOT, § <br> § <br> **Plaintiff** § <br> § <br> V. § <br> § <br> § <br> WHERE Y'AT MAGAZINE, LLC, § <br> § <br> **Defendant.** § | Civil Action No. 2:20-CV-02912-GGG-MBN |

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iii) and 37(a)(3)(B)(iv), Plaintiff Larry G. Philpot ("Philpot" or "Plaintiff"), files this Motion to Compel Responses to Interrogatories and Requests for Production of Documents and Electronically Stored Information, and seeks an order requiring Defendant Where Y'At Magazine, LLC ("Where Y'At" or "Defendant") to provide complete, verified answers responsive to Plaintiff's First Set of Interrogatories and produce all documents and electronically stored information responsive to Plaintiff's First Set of Requests for Production. Additionally, pursuant to Fed. R. Civ. P. 37(a)(5)(A), Plaintiff seeks an order requiring Defendant to pay reasonable costs and attorney's fees incurred in the preparation of this Motion.

PLAINTIFF'S MOTION TO COMPEL RESPONSES TO
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF
DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

PAGE 1

Dated: July 13, 2021

                            Respectfully submitted,

                            **HAIR SHUNNARAH TRIAL ATTORNEYS, LLC**

                            <u>/s/ Galen M. Hair, Esq.</u>
                            Galen M. Hair, Esq. La. Bar. No.32865, TA
                            Hair Shunnarah Trial Attorneys, LLC
                            4621 W. Napoleon Ave., Suite 204
                            Metairie, Louisiana 70001
                            Tel: (504) 383-7826
                            Fax: (504) 613-6351
                            Email: hair@hairshunnarah.com

                            **HUTCHERSON LAW PLLC**
                            <u>/s/ Kenton J. Hutcherson</u>
                            Kenton J. Hutcherson, Esq.
                            Admitted Pro Hac Vice
                            Texas Bar No. 24050798
                            Hutcherson Law PLLC
                            3400 Oak Grove Avenue, Suite 350
                            Dallas, Texas 75204
                            Tel: (214) 443-4200
                            Fax: (214) 443-4210
                            Email: kjh@hutchersonlaw.com

                            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 2, 2021, the Parties conferred on the Filing of Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Production of Documents and Electronically Stored Information.  Defendant is opposed to said Motion, and the Parties were not able to come to a resolution prior to the filing of this Motion.

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

**PAGE 3**

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that service of this filing will be perfected on all ECF-registered counsel through this system.

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson
