## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | **CIVIL ACTION NO. 2:20-CV-02912** |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **JUDGE GREG G. GUIDRY** |
| | § | |
| **WHERE Y'AT MAGAZINE, LLC,** | § | |
| | § | **MAGISTRATE MICHAEL B. NORTH** |
| *Defendant* | § | |
| | § | |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, WHERE Y'AT MAGAZINE, LLC ("Defendant"), which, pursuant to and in accordance with FED. R. CIV. P. 56 and all local rules, and for the reasons more fully explained in the attached memorandum in support and other supporting documents submitted contemporaneously herewith, respectfully submits that the Plaintiff, Larry Philpot ("Plaintiff"), cannot satisfy his burden in this case of showing that the alleged copyrighted image at issue in this case is in fact the subject of a valid copyright registration. While Plaintiff has claimed that the image in question is registered via copyright Registration No. VAu 1-164-624, Plaintiff has failed to produce any admissible evidence which supports that allegation. Without proof that the alleged copyrighted image is in fact the subject of a copyright registration, Plaintiff's claim fails as a matter of law.  Accordingly, Defendant is entitled to summary judgment as a matter of law, dismissing all of the Plaintiff's claims and demands asserted against it, with prejudice, and at Plaintiff's cost.

In accordance with Local Rule 78.1, Defendant hereby further respectfully requests that this motion be set for oral argument and hearing before this Court, to be conducted remotely if possible.

**WHEREFORE**, Defendant, WHERE Y'AT MAGAZINE, LLC ("Defendant"), respectfully requests that, all after all due proceedings are had, judgment be entered herein in its favor, granting this Motion for Summary Judgment and thus dismissing the Plaintiff's lawsuit, with prejudice, and at Plaintiff's cost, and for all other relief that this Court may deem just and proper.

Dated: August 5, 2021.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Claude F. Reynaud III*
Claude F. Reynaud III (#31534)
Claude.Reynaud@LewisBrisbois.com
400 Poydras Street, Suite 1300
New Orleans, LA 70130
Telephone: (504) 372-6660
Facsimile: (504) 754-7569

*/s/ Daniel C. DeCarlo*
Daniel C. DeCarlo (admitted *pro hac vice*)
Dan.DeCarlo@LewisBrisbois.com
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

***Attorneys for Defendant, Where Y'At Magazine, LLC***

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing was served upon all counsel of record via the CM/ECF System on this 5th day of August, 2021.

/s/ *Claude F. Reynaud III*
Claude F. Reynaud III