UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LARRY G. PHILPOT,** | § | CIVIL ACTION NO. 2:20-CV-02912 |
| *Plaintiff* | § | |
| v. | § | JUDGE GREG G. GUIDRY |
| | § | |
| **WHERE Y'AT MAGAZINE, LLC,** | § | MAGISTRATE MICHAEL B. NORTH |
| *Defendant* | § | |

**STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant, WHERE Y'AT MAGAZINE, LLC ("Defendant"), by and through their undersigned counsel, as submit the following, separate Statement of Undisputed Material Facts with respect to and in support of its Motion for Summary Judgment (the "Motion"), to wit:

**1)** The Tom Petty photograph at issue in this case (hereinafter, the "Petty Image"), a copy of which is attached to the Motion as "Exhibit C," is the photograph which Plaintiff now alleges was infringed by Defendant. [R. Doc. 1].

**2)** Copyright Registration No. VAu 1-164-624 (the "Operative Registration"), a true and complete copy of which is attached to the Motion as "Exhibit D," is that which Mr. Philpot claims relates to and protects the Petty Image under federal copyright law. [R. Doc. 1].

**3)** Defendant requested in discovery that Plaintiff produce the copyright deposit material that supports the Operative Registration, *i.e.*, the deposit material that was required to be filed with the U.S. Copyright Office in association with the subject copyright application and, thus, which ultimately matured into the Operative Registration. *See Defendant's First Set of Requests for Production of Documents to Plaintiff* ("Defendant's RFPD"), a true and complete copy of which is attached to the Motion as "Exhibit E," Request No. 2, at p. 4.

**4)** Prior to the close of discovery on July 19, 2021, Mr. Philpot did not produce an original or certified copy of any of the deposit materials allegedly submitted with the subject copyright application. *See* the attached Declaration of Claude F. Reynaud III, at ¶¶ 10-11.

**5)** When asked at his deposition how it could be determined or confirmed which photographs, if any, were actually submitted to the U.S. Copyright Office as part of the alleged deposit materials, Mr. Philpot could not be certain. *See* Plaintiff's Deposition Transcript ("Philpot Depo."), attached to the Motion as "Exhibit F," at pp. 80:25; 81:1-9.

**6)** When asked at his deposition if he had any documents that could confirm which photographs were submitted as part of the subject deposit materials, Mr. Philpot said he had no such documents. [Philpot Depo., at pp. 80:25; 81:1-9].

**7)** When asked at his deposition how anyone could determine whether the photographs he produced in discovery were the same photographs that had allegedly been submitted as the subject deposit materials, he said he did not know. [Philpot Depo., p. 83:4-8].

**8)** When asked at his deposition how anyone could determine whether the photographs he produced in discovery were the same photographs that had allegedly been submitted as the subject deposit materials, he said he did not know. [Philpot Depo., p. 83:4-8].

**9)** It was not until July 22, 2021, after the close of discovery, that Mr. Philpot notified Defendant that, contrary to his deposition testimony eight (8) days earlier, he did, in fact, have an alleged certified copy of the copyright deposit materials, at which time he produced electronically an alleged photograph of the same. *See* the attached Declaration of Claude F. Reynaud III, at ¶ 11; *see also*, the July 22, 2021 Cover Letter received from counsel for Plaintiff, a true and complete copy of which is attached to the Motion as "Exhibit G."

10) In sum, the undisputed evidence in this case demonstrates that, up and through the close of discovery, Mr. Philpot has failed to step forward and produce admissible evidence which would prove that the Petty Image is the subject of any copyright registration.

Dated: August 5, 2021.

                Respectfully submitted:

                **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

                */s/ Claude F. Reynaud III*
                Claude F. Reynaud III (#31534)
                Claude.Reynaud@LewisBrisbois.com
                400 Poydras Street, Suite 1300
                New Orleans, LA 70130
                Telephone: (504) 372-6660
                Facsimile: (504) 754-7569

                */s/ Daniel C. DeCarlo*
                Daniel C. DeCarlo (admitted *pro hac vice*)
                Dan.DeCarlo@LewisBrisbois.com
                633 W. 5th Street, Suite 4000
                Los Angeles, CA 90071
                Telephone: (213) 250-1800
                Facsimile: (213) 250-7900

                *Attorneys for Defendant, Where Y'At Magazine, LLC*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing was served upon all counsel of record via the CM/ECF System on this 5th day of August, 2021.

                */s/ Claude F. Reynaud III*
                Claude F. Reynaud III