UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY G. PHILPOT, | § | CIVIL ACTION NO. 2:20-cv-02912 |
| *Plaintiff* | § | |
| v. | § | JUDGE GREG G. GUIDRY |
| | § | |
| WHERE Y'AT MAGAZINE, LLC, | § | MAGISTRATE MICHAEL B. NORTH |
| *Defendant* | § | |

DECLARATION OF CLAUDE F. REYNAUD III
AND COMPENDIUM OF EXHIBITS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**CLAUDE F. REYNAUD III**, an attorney duly admitted to practice before this Court, hereby declares as follows, subject to the penalties of perjury:

1. I am an associate attorney at LEWIS BRISBOIS BISGAARD & SMITH, LLP, counsel for the Defendant in this above-captioned matter. I submit this declaration based on my personal knowledge and in support of Defendant's Motion for Summary Judgment now being filed pursuant to FED. R. CIV. P. 56 (the "Motion"). This Declaration is also being offered as a **COMPENDIUM OF EXHIBITS,** as I include herein reference to each the Exhibits that the Motion refers to and relies upon. It should be noted that while these Exhibits are true and accurate copies, in order to assist the Court we have at times highlighted or bracketed portions of the exhibits. These markings are our work product and not part of the original documents.

2. Also submitted herewith in support of the subject Motion is Defendant's Statement of Undisputed Material Facts and Memorandum in Support.

3. Attached hereto as **"Exhibit A"** is a true and correct copy of the "meet and confer" emails exchanged between counsel in anticipation of Defendant's filing this Motion.

4. At my direction, our support staff ran a PACER/Court-Link search to ascertain the number and name of all cases in which Mr. Philpot was a plaintiff in a copyright case. Attached hereto as **"Exhibit B"** is a true and accurate copy of that report, which effectively identifies all of the 153 copyright-infringement lawsuits that Mr. Philpot has filed over the past 7 years.

5. The Tom Petty photograph at issue in this case (hereinafter, the "Petty Image"), a copy of which is attached hereto as **"Exhibit C,"** is the photograph which the Plaintiff, per his Complaint, now alleges was infringed by Defendant. [R. Doc. 1].

6. Attached hereto as **"Exhibit D"** is a true and correct copy of the subject copyright registration certificate, registration number VAu 1-164-624 (the "Operative Registration").

7. Attached hereto as **"Exhibit E"** are true and correct copies of pages 1-4 of Defendant's First Set of Requests for Production of Documents to Plaintiff.

8. Attached hereto as **"Exhibit F"** are true and correct copies of pages 80-81, and 83-88 of the Deposition of Plaintiff Larry G. Philpot taken on July 14, 2021.

9. On July 12, 2021 we received Plaintiff's production responsive to Defendant's First Set of Request for Production of Documents in which we requested the subject deposit materials. I reviewed Plaintiff's production and it was nothing more than an electronic file with thousands of photographs and no indication that it was deposit material, let alone any certifications from the U.S. Copyright Office indicating as much.

10. On July 22, 2021, *after the close of discovery* on July 19, 2021, undersigned counsel for Defendant was advised via email by Mr. Philpot's counsel that Mr. Philpot, contrary to his deposition testimony, does in fact possess a certified copy of the deposit materials. Attached hereto as **"Exhibit G"** is a true and correct copy of said July 22, 2021 letter from Plaintiff's counsel.

11.     Attached hereto as **"Exhibit H"** is a true and correct copy of Plaintiff's Rule 26(A)(1) Initial Disclosures.

12.     Attached hereto as **"Exhibit I"** are true and correct copies of pages 1-2 of Plaintiff's Objections and Responses to Defendant's First Set of Requests for Production.

I swear, under penalty of perjury, that the foregoing is true and correct, and if sworn as a witness, I would testify competently thereto.

Dated: August 5, 2021.

Respectfully submitted:

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

_____
Claude F. Reynaud III (#31534)
Claude.Reynaud@LewisBrisbois.com
400 Poydras Street, Suite 1300
New Orleans, LA 70130
Telephone: (504) 372-6660
Facsimile: (504) 754-7569

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the foregoing was served upon all counsel of record via the CM/ECF System on this 5th day of July, 2021.

/s/ *Claude F. Reynaud III*
Claude F. Reynaud III

4845-3668-2229.1