

**Results for:** (plaintiff-litigant(Larry Philpot) or defendant-li...

**Dockets**

1. ## Philpot, Larry V. Midwest Communications, Inc.

... Notice by Plaintiff **Larry** G. **Philpot** of Filing Form AO 121. (Garbarini, Richard) (Entered: 03/23/2016) 6 2016-03-25 Report on Filing of **Copyright** Action. Copy mailed to **Copyright** Office. (jat) (Entered: 03/25/2016) 4300395041 2017-06-21 Report on Filing of **Copyright** Action. Copy mailed to **Copyright** Office. (jat) (Entered: 03/25/2016)...

... the court. (jat) (Entered: 06/22/2017) 60 2017-06-22 Report on Filing of **Copyright** Action. Copy mailed to **Copyright** Office. (Attachments: # 1 Stipulation of Voluntary Dismissal) (jat) (Entered: 06/22/2017) ...

... Motion for Extension of Time by Plaintiff **Larry** G. **Philpot**, Counter Defendant **Larry** G. **Philpot** . Motions referred to Magistrate Judge Stephen L. Crocker. (Attachments: # ...

... ORDER **On March 9, 2016, plaintiff, represented by counsel, filed this **copyright** infringement lawsuit. (dkt. 1 ). By April 17, 2016, plaintiff's lawyer ...

... ORDER **On March 9, 2016, plaintiff, represented by counsel, filed this **copyright** infringement lawsuit. (dkt. 1 ). By April 17, 2016, plaintiff's lawyer ...

... Closed 06/22/2017 CV Civil 820 **Copyrights** 91 Madison 2016-03-08T00:00:00 2017-06-21T00:00:00 2016-03-08 0 CLOSED , PROTECTIVE_ORDER Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2017-06-20T00:00:00 0 None...

... Support of 55 Motion for Judgment on the Pleadings, by Plaintiff **Larry** G. ...

**Court**: US District Court for the Western District of Wisconsin | **Date Filed**: Mar 08, 2016 | **Docket Number**: 3:16cv145 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

2. ## Philpot V. Lm Communications Ii Of South Carolina, Inc.

... JUDGMENT: 1. Plaintiff **Larry** G. **Philpot** has failed to prove that Defendant LM Communications II of South ...

... $3,500 for the infringement in question; 3. The Court DENIES Plaintiff **Larry** G. **Philpot** 's request for attorney's fees; 4. This matter is stricken from ...

... Findings of Fact & Conclusions of Law cc: form mailed to **Copyright** Register. (KM) (Entered: 10/18/2018) 4835794454 2018-11-01 REPORT on the filing or ...

... Findings of Fact & Conclusions of Law cc: form mailed to **Copyright** Register. (KM) (Entered: 10/18/2018)...

... CV Civil 820 **Copyrights** 32 Lexington 2017-04-07T00:00:00 2018-11-01T00:00:00 2017-04-07 0 AO121 , CLOSED , PROTO , REFERA Plaintiff 175,000 None Federal Question **Copyright** Infringement 17:101 0 2018-10-18T00:00:00...

... Kentucky Eastern US District Court Docket US.DIS.KYE_517cv173_KYED 5:17cv173_KYED 2021-04-08T09:30:54.730 Intellectual Property **Copyright** Civil Closed 5N89-0N01-DXDT-G3W1-00000-00 16 20210408T093138 5:17cv173 17cv173 5:17 cv173 No. 5:17cv173 ...

... of an action regarding re 1 Complaint, cc: form mailed to **Copyright** Register. (KM) (Entered: 04/10/2017) 4835794327 2018-11-01 REPORT on the filing or ...

**Court**: United States District Court, Kentucky Eastern | **Date Filed**: Apr 07, 2017 | **Docket Number**: 5:17cv173 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

3. ## Philpot V. Mediander Llc

... by Mediander LLC.(Burleigh, John) (Entered: 04/08/2016) 24 2016-04-11 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 4/8/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... ***NOTICE TO ATTORNEY REGARDING DEFICIENT **COPYRIGHT** FORM. Notice to Attorney  Richard M Garbarini  re: Document No. 3 AO 121 Form **Copyright** - Notice of Submission by Attorney,. The filing is deficient for ...

... the following reason(s):. the Docket Number field on the AO 121 **Copyright** form was not completed by the attorney; Wrong case number. Do ...

... 3804773641 Events since last full update ***NOTICE TO ATTORNEY REGARDING DEFICIENT **COPYRIGHT** FORM. Notice to Attorney ...

... SHEET filed. (Garbarini, Richard) (Entered: 02/02/2016) 3 2016-02-02 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 02/02/2016) 3803891280 Events since last full update AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 02/02/2016) ...

**Court**: US District Court for the Southern District of New York | **Date Filed**: Feb 02, 2016 | **Docket Number**: 1:16cv768 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

4. [Larry G. Philpot V. Calnews, Inc.](#)

... 26 2020-11-13 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright**. (Closing) Mailed closing report to **Copyright** Office. (lc) (Entered: 11/13/2020) 5854866832 Events since last full update 2020-11-13 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright**. (Closing) Mailed closing report to **Copyright** Office. (lc) (Entered: 11/13/2020)...

  **Copyrights** 8 Western Division - Los Angeles 2020-05-29T00:00:00 2020-09-10T00:00:00 2020-05-29 0 ACCO ...

... , CLOSED , DISCOVERY , MJDAP_OUT Plaintiff 0 None Federal Question **Copyright** Infringement...

... California Central US District Court Docket US.DIS.CAC_220cv4824_CACD 2:20cv4824_CACD 2020-11-13T12:12:17.533 Intellectual Property **Copyright** Civil Closed 5YV5-V901-DXDT-G1K0-00000-00 22 20201113T121235 2:20cv4824 20cv4824 2:20 cv4824 No. 2:20cv4824 ...

... CERTIFICATE of Interested Parties filed by Plaintiff **Larry** G. **Philpot**, (Kristensen, John) (Entered: 05/29/2020) 4 2020-05-29 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 05/29/2020) 5735369086 2020-09-10 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 05/29/2020)...

... Magistrate Judge Karen L. Stevenson Referred KAREN L STEVENSON 2015-08-13T16:12:00 3432718380272 **LARRY** G. ...

**Court**: US District Court for the Central District of California | **Date Filed**: May 29, 2020 | **Docket Number**: 2:20cv4824 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

5. [Larry G. Philpot V. Funny Or Die Media, Inc.](#)

... Case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by Plaintiff **Larry** G. **Philpot**.(Kristensen, John) (Entered: 04/28/2021) 28 2021-04-29 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright** . (Closing) (Attachments: # 1 Stip re Dismissal) (shb) (Entered: 04/29/2021) ...

  **Copyrights** 8 Western Division - Los Angeles 2020-05-29T00:00:00 2020-09-10T00:00:00 2020-05-29 0 ACCO ...

... , CLOSED , DISCOVERY , MJDAP_OUT Plaintiff 0 None Federal Question **Copyright** Infringement...

... California Central US District Court Docket US.DIS.CAC_220cv4801_CACD 2:20cv4801_CACD 2021-04-29T12:57:46.333 Intellectual Property **Copyright** Civil Closed 600G-7CH1-J9YR-S0MM-00000-00 26 20210429T125756 2:20cv4801 20cv4801 2:20 cv4801 No. 2:20cv4801 ...

... CERTIFICATE of Interested Parties filed by Plaintiff **Larry G. Philpot**, (Kristensen, John) (Entered: 05/29/2020) 4 2020-05-29 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 05/29/2020) 5735369247 2020-09-10 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 05/29/2020)...

... Magistrate Judge Pedro V. Castillo Referred PEDRO V CASTILLO 2020-02-06T20:07:00 3221671754163 **LARRY** G. **PHILPOT** P Plaintiff an individual | **LARRY** G ...

**Court:** United States District Court, California Central | **Date Filed:** May 29, 2020 | **Docket Number:** 2:20cv4801 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

6.   Larry G. Philpot V. Korangy Publishing Inc.

... Case Designated ECF. (dgo) (Entered: 02/18/2016) 5 2016-02-18 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... IN 46236. (ca) (Entered: 07/01/2016) 35 2016-06-30 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 6/30/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... .. (Filing Fee $ 400.00, Receipt Number 0208-11959665)Document filed by **Larry** G. **Philpot**.( Garbarini, Richard ) (Entered: 02/17/2016) 2 2016-02-17 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.( Garbarini, Richard ) ...

**Court:** US District Court for the Southern District of New York | **Date Filed:** Feb 17, 2016 | **Docket Number:** 1:16cv1200 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

7.   Larry G. Philpot V. Leaf Group Ltd.

... NOTICE of Voluntary Dismissal filed by Plaintiff **Larry G. Philpot**. Dismissal is with prejudice. (McClure, Brett) (Entered: 02/26/2021) 17 2021-02-26 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright**. (Closing). Mailed closing report to **Copyright** Office. (lc) (Entered: 03/01/2021) 6101993730 2021-05-09 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright**. (Closing). Mailed closing report to **Copyright** Office. (lc) (Entered: 03/01/2021)...

... CERTIFICATE of Interested Parties filed by Plaintiff **Larry** G. **Philpot** , identifying Leaf Group Ltd.. (McClure, Brett) (Entered: 11/09/2020) 5 2020-11-09 ...

... Request for Clerk to Issue Summons on Report on Filing of **Copyright** Action (Initial Notification) 3 , Complaint (Attorney Civil Case Opening) 1 ...

... Parties 4 , Civil Cover Sheet (CV-71) 2 filed by Plaintiff **Larry** G. **Philpot**. (McClure, Brett) (Entered: 11/09/2020) 6101993718 2021-05-09 Request for Clerk to Issue Summons on Report on Filing of **Copyright** Action (Initial Notification) 3 , Complaint (Attorney Civil Case Opening) 1 ...

... Parties 4 , Civil Cover Sheet (CV-71) 2 filed by Plaintiff **Larry** G. **Philpot**. (McClure, Brett) (Entered: 11/09/2020)...

... 02/26/2021 CV Civil 820 **Copyrights** 8 Western Division - Los Angeles 2020-11-09T00:00:00 2021-05-09T00:00:00 2020-11-09 0 ACCO,(MAAx),CLOSED,DISCOVERY,MANADR Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2021-02-26T00:00:00 0...

**Court:** United States District Court, California Central │ **Date Filed:** Nov 09, 2020 │ **Docket Number:** 2:20cv10264 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

8.   [Larry G. Philpot V. Metabrainz Foundation, Inc.](#)

... Case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by Plaintiff **Larry** G. **Philpot**.(Bunsow, Hillary) (Entered: 02/28/2019) 45 2019-02-28 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright** . (Closing) [Mailed to 101 Independence Ave. S.E.Washington, D.C. 20559-6000] (Attachments: ...

... CLOSED , DISCOVERY , MJDAP_OUT Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2018-09-28T00:00:00 0 None 1 2018-08-01 COMPLAINT Receipt No: 0973-22185472 - Fee: $400, filed by plaintiff **Larry** G **Philpot**. (Attachments: # 1 ...

... California Central US District Court Docket US.DIS.CAC_218cv6620_CACD 2:18cv6620_CACD 2019-03-01T12:27:23.270 Intellectual Property **Copyright** Civil Closed 5SXT-N0F1-DXDT-G553-00000-00 35 20190301T160800 2:18cv6620 18cv6620 2:18 cv6620 No. 2:18cv6620 ...

  **Larry** G. **Philpot** V. Metabrainz Foundation, Inc. 2018-08-01 1 Closed 02/28/2019 CV Civil 820 **Copyrights** 8 Western Division - Los Angeles 2018-08-01T00:00:00 2018-10-26T00:00:00 2018-08-01 0 ACCO ...

... NOTICE of Interested Parties filed by plaintiff **Larry** G **Philpot**, (Zachary, Michael) (Entered: 08/01/2018) 5 2018-08-01 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G ...

**Court:** US District Court for the Central District of California │ **Date Filed:** Aug 01, 2018 │ **Docket Number:** 2:18cv6620 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

9.   [Larry G. Philpot V. Paul Nerger](#)

... 08/12/2020 CV Civil 820 **Copyrights** 8 Western Division - Los Angeles 2020-05-29T00:00:00 2020-09-10T00:00:00 2020-05-29 0 ACCO,AO121,CLOSED,MJDAP Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-08-12T00:00:00 0...

... California Central US District Court Docket US.DIS.CAC_220cv4802_CACD 2:20cv4802_CACD 2020-09-10T12:55:02.840 Intellectual Property **Copyright** Civil Closed 5YV6-VB21-DXDT-G03D-00000-00 5 20200910T125614 2:20cv4802 20cv4802 2:20 cv4802 No. 2:20cv4802 ...

... CERTIFICATE of Interested Parties filed by Plaintiff **Larry** G. **Philpot**, (Kristensen, John) (Entered: 05/29/2020) 4 2020-05-29 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 05/29/2020) 5735369837 2020-09-10 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 05/29/2020)...

... NOTICE of Voluntary Dismissal filed by Plaintiff **Larry** G. **Philpot**. Dismissal is Without Prejudice. (Kristensen, John) (Entered: 08/12/2020) Magistrate Judge Alka Sagar Assigned ALKA SAGAR 2013-08-22T19:13:00 2078196729185 **LARRY** G. **PHILPOT** P Plaintiff an individual │ **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 ...

**Court:** US District Court for the Central District of California │ **Date Filed:** May 29, 2020 │ **Docket Number:** 2:20cv4802 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

10.   [Larry G. Philpot V. Scott Brown](#)

... Amended CERTIFICATE of Interested Parties filed by Plaintiff **Larry** G. **Philpot**, (Kristensen, John) (Entered: 06/17/2020) 13 2020-06-17 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 06/17/2020) 5735368275 2020-

09-10 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 06/17/2020)...

  **Copyrights** 8 Western Division - Los Angeles 2020-05-08T00:00:00 2020-09-10T00:00:00 2020-05-08 0 ACCO ...

... , AO121 , DISCOVERY , MANADR Plaintiff 0 None Federal Question **Copyright** Infringement...

... California Central US District Court Docket US.DIS.CAC_220cv4220_CACD 2:20cv4220_CACD 2021-04-14T12:58:32.583 Intellectual Property **Copyright** Civil Open 5YV6-VB11-DXDT-G0PS-00000-00 38 20210414T125841 2:20cv4220 20cv4220 2:20 4:20cv4220 No. 2:20cv4220 ...

... CERTIFICATE of Interested Parties filed by Plaintiff **Larry** G. **Philpot**, (Kristensen, John) (Entered: 05/08/2020) 4 2020-05-08 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (Kristensen, John) (Entered: 05/08/2020) 5735368266 2020-09-10 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. ...

**Court**: United States District Court, California Central │ **Date Filed**: May 08, 2020 │ **Docket Number**: 2:20cv4220 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Open

---

11.    **Larry Philpot V. Facebook, Inc. Et Al**

... Civil 820 **Copyrights** 10 San Francisco 2017-09-17T00:00:00 2018-01-11T00:00:00 2017-09-13 0 ADRMOP , AO279 , ...

... , CLOSED , CONSENT , MEDTERM Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0...

... California Northern US District Court Docket US.DIS.CAN_317cv5309_CAND 3:17cv5309_CAND 2018-05-07T14:27:27.917 Intellectual Property **Copyright** Civil Closed 5PGM-2BD1-DXDT-G02V-00000-00 45 20181122T004917 3:17cv5309 17cv5309 3:17 cv5309 No. 3:17cv5309 ...

... Summons on Complaint (Attorney Civil Case Opening) 1 filed by plaintiff **Larry** Gene **Philpot**. (Jeong, Chan) (Entered: 06/15/2017) 5 2017-06-15 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** Gene **Philpot**. (Jeong, Chan) (Entered: 06/15/2017) 4507728346 2018-01-11 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** Gene **Philpot**. (Jeong, Chan) (Entered: 06/15/2017)...

... Magistrate Judge Joseph C. Spero Assigned JOSEPH C SPERO 2012-03-05T10:09:00 2873027860145 **Larry Philpot** P Plaintiff an Individual │ **LARRY PHILPOT** 2016-01-02T08:45:00 1 **Larry Philpot** Stephen Michael Doniger...

**Court**: US District Court for the Northern District of California │ **Date Filed**: Sep 13, 2017 │ **Docket Number**: 3:17cv5309 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

12.    **Larry Philpot V. Facebook, Inc. Et Al**

... A correct **Copyright** Closing report for this case will be issued (a copy of ...

... 39 2017-09-21 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright**. (Closing) MAILED CLOSING **COPYRIGHT** REPORT TO **COPYRIGHT** OFFICE. (lc) (Entered: 09/21/2017) 4392362759 Events since last full update REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright**. (Closing) MAILED CLOSING **COPYRIGHT** REPORT TO **COPYRIGHT** OFFICE. (lc) (Entered: 09/21/2017)...

... another case case 2:17-cv-442 Lanard Toys vs Facebook . A correct **Copyright** Closing report for this case will be issued (a copy of ...

... DISCOVERY , MANADR , TRANSFERRED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2017-06-19T00:00:00 0 None 1 2017-06-15 COMPLAINT Receipt No: 0973-20030103 - Fee: $400, filed by plaintiff **Larry** Gene **Philpot**. (Attachments: # 1 ...

... California Central US District Court Docket US.DIS.CAC_217cv4474_CACD 2:17cv4474_CACD 2017-11-21T18:42:39.913 Intellectual Property **Copyright** Civil Closed 5NST-V1F1-DXDT-G461-00000-00 7 20181215T021554 2:17cv4474 17cv4474 2:17 cv4474 No. 2:17cv4474 ...

**Larry Philpot** V. Facebook, Inc. Et Al 2017-06-15 1 Closed 09/12/2017 CV Civil 820 **Copyrights** 8 Western Division - Los Angeles 2017-06-15T00:00:00 2017-06-21T00:00:00 2017-06-15 0 ACCO ...

**Court**: US District Court for the Central District of California │ **Date Filed**: Jun 15, 2017 │ **Docket Number**: 2:17cv4474 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

13.   ## Philpot Et Al

... # 6 Exhibit E Exhibit E , # 7 **Copyright** Report **Copyright** Report , # 8 Certificate of Interested Persons Certificate of Interested ...

... 2020-10-25 0 Open CV Civil 820 **Copyrights** 35 New Orleans 2020-10-25T00:00:00 2020-10-25T00:00:00 2020-10-25 0 Plaintiff 30,000,000 None Federal Question **Copyright** Infringement 17:501 0 2020-10-25T00:00:00 0 None 1...

... Louisiana Eastern US District Court Docket US.DIS.LAE_220cv2912_LAED 2:20cv2912_LAED 2021-04-13T09:00:00.993 Intellectual Property **Copyright** Civil Open 613K-D201-DXDT-G0YN-00000-00 10 20210413T090329 2:20cv2912 20cv2912 2:20 cv2912 No. 2:20cv2912 ...

... Selection Required WHERE YAT LLC 2016-02-26T15:31:00 1 Where Y'at L.L.C. Mr. **Larry** G. **Philpot** P Plaintiff MR **LARRY** G **PHILPOT** 2020-10-25T20:57:00 2 Mr. **Larry** G. **Philpot** ...

**Court**: United States District Court, Louisiana Eastern │ **Date Filed**: Oct 25, 2020 │ **Docket Number**: 2:20cv2912 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Open

---

14.   ## Philpot V. 420 Magazine, Inc.

... 1 Closed 05/06/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-10-31T00:00:00 2015-07-18T00:00:00 2014-10-31 0 MAP,PROSE,CLOSED Plaintiff 175,000 None Federal Question **Copyright** Infringement 17:101 0 2015-05-06T00:00:00 1 None 2015-05-06...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1790_INSD 1:14cv1790_INSD 2015-07-18T09:39:22.313 Intellectual Property **Copyright** Civil Closed 5DGP-P111-DXDT-G2C0-00000-00 8 20181121T101029 1:14cv1790 14cv1790 1:14 cv1790 No. 1:14cv1790 ...

... Magistrate Judge Mark J. Dinsmore Referred MARK J DINSMORE 2012-03-14T14:17:00 2978561107734 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 L **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana │ **Date Filed**: Oct 31, 2014 │ **Docket Number**: 1:14cv1790 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

15.   ## Philpot V. Acb Associates, L.P.

... ACB Associates, L.P.. (pc) (Entered: 06/21/2017) 9 2017-06-21 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by **Larry Philpot** . Proposed document to be reviewed and processed by Clerk's Office ...

... required by chambers)..(Hutcherson, Kenton) (Entered: 11/27/2018) 60 2018-11-27 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 11/27/2018 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on behalf of **Larry Philpot**. ( Dunnegan, William ) (Entered: 06/20/2017) 5 2017-06-20 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.( Dunnegan, ...

**Court:** US District Court for the Southern District of New York | **Date Filed:** Jun 20, 2017 | **Docket Number:** 1:17cv4646 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

16.   Philpot V. A&E Television Network Llc

... name was omitted. (rch) (Entered: 02/22/2016) 5 2016-02-22 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...
... on 7/14/2016) (cf) (Entered: 07/14/2016) 30 2016-07-14 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 7/14/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...
... Network LLC. (Filing Fee $ 400.00, Receipt Number 0208-11977815)Document filed by **Larry** G. **Philpot**.( Garbarini, Richard ) (Entered: 02/21/2016) 2 2016-02-21 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.( Garbarini, Richard ) (Entered: 02/21/2016) 3953625995 2016-07-13 AO 121 FORM  ...

**Court:** US District Court for the Southern District of New York | **Date Filed:** Feb 21, 2016 | **Docket Number:** 1:16cv1329 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

17.   Philpot V. Alpha Media Usa, Llc

... Notice of Voluntary Dismissal Filed by **Larry** G. **Philpot**. (Aldrich, Dean) (Entered: 08/11/2020) 7 2020-10-20 **Copyright** Report: This report is being submitted pursuant to 17 U.S.C. section ...
... the United States shall send written notification to the Register of **Copyrights** setting forth, as far as is shown by the papers filed ...
... each work involved in the action. (Mailed to the Register of **Copyrights**). (jy) (Entered: 10/20/2020) 5980246431 2021-01-31 **Copyright** Report: This report is being submitted pursuant to 17 U.S.C. section ...
... the United States shall send written notification to the Register of **Copyrights** setting forth, as far as is shown by the papers filed ...
... each work involved in the action. (Mailed to the Register of **Copyrights**). (jy) (Entered: 10/20/2020)...
... Ordered by Judge Karin J. Immergut. (jn) (Entered: 05/01/2020) 3 2020-05-01 **Copyright** Report: This report is being submitted pursuant to 17 U.S.C. section ...
... the United States shall send written notification to the Register of **Copyrights** setting forth, as far as is shown by the papers filed ...

**Court:** US District Court for the District of Oregon | **Date Filed:** Apr 30, 2020 | **Docket Number:** 3:20cv717 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

18.   Philpot V. Alternet Media, Inc

... 03/04/2019) 45 2019-03-05 REPORT on the determination of an action regarding **copyright** (cc: form mailed to Register of **Copyrights** ). (hdjS, COURT STAFF) (Filed on 3/5/2019) (Entered: 03/05/2019) 4972530746 Events ...
... last full update REPORT on the determination of an action regarding **copyright** (cc: form mailed to Register of **Copyrights**). (hdjS, COURT STAFF) (Filed on 3/5/2019) (Entered: 03/05/2019)...
  **Copyright** Infringement 17:101 0 2018-12-05T00:00:00 0 None 1 2018-07-24 COMPLAINT For **Copyright** Infringement, Violations of the Digital Millenium **Copyright** Act against  Alternet Media, Inc ( Filing fee $ 400, receipt number 0971-12539383.). Filed byLarry G **Philpot**. (Attachments: # 1 ...

... California Northern US District Court Docket US.DIS.CAN_318cv4479_CAND 3:18cv4479_CAND 2019-03-05T13:27:33.623 Intellectual Property **Copyright** Civil Closed 5SW4-YN31-DXDT-G1DK-00000-00 32 20190305T142259 3:18cv4479 18cv4479 3:18 cv4479 No. 3:18cv4479 ...

... Magistrate Judge Thomas S. Hixson Assigned THOMAS S HIXSON 2018-09-05T20:02:00 3140658735710 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Hillary Noelle Bunsow...

**Court:** US District Court for the Northern District of California | **Date Filed:** Jul 24, 2018 | **Docket Number:** 3:18cv4479 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

19.   [Philpot V. Answers.Com Corporation](#)

... CV Civil 820 **Copyrights** 44 St. Louis 2018-05-04T00:00:00 2018-05-04T00:00:00 2018-05-04 0 ADR , ADRC , AO121 , TRCK2 Plaintiff 0 None Federal Question **Copyright** Infringement , 17:101 0 2018-05-04T00:00:00...

... Missouri Eastern US District Court Docket US.DIS.MOE_418cv705_MOED 4:18cv705_MOED 2019-04-01T13:10:09.807 Intellectual Property **Copyright** Civil Open 5S7V-SSG1-DXDT-G3VS-00000-00 27 20191011T130130 4:18cv705 18cv705 4:18 cv705 No. 4:18cv705 ...

... REPORT to Commissioner of filing or determination of an action regarding **copyright** . (BAK) (Entered: 05/04/2018) 4631955218 Events since last full update REPORT ...

... REPORT to Commissioner of filing or determination of an action regarding **copyright**. (BAK) (Entered: 05/04/2018)...

... District Judge Catherine D. Perry Assigned CATHERINE D PERRY 2012-08-02T14:46:00 3001142306822 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Britton Laurence St. Onge...

**Court:** US District Court for the Eastern District of Missouri | **Date Filed:** May 04, 2018 | **Docket Number:** 4:18cv705 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Open

---

20.   [Philpot V. Arkadium, Inc.](#)

... jurisdiction. (kmd) (Entered: 10/26/2020) 3 2020-10-23 Report to the Register of **Copyrights** for **Copyright** Number(s) VAu 1-164-648. (kmd) (Entered: 10/26/2020) 5819781591 2020-10-26 Report to the Register of **Copyrights** for **Copyright** Number(s) VAu 1-164-648. (kmd) (Entered: 10/26/2020)...

... 2020-10-23 0 Open CV Civil 820 **Copyrights** 15 Wilmington 2020-10-26T00:00:00 2020-10-26T00:00:00 2020-10-23 0 MEDIATION-MPT Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-23T00:00:00 0 None 1...

... DE Delaware US District Court Docket US.DIS.DE_120cv1427_DED 1:20cv1427_DED 2021-04-30T08:31:03.487 Intellectual Property **Copyright** Civil Open 614B-XDS1-DXDT-G10T-00000-00 32 20210506T143521 1:20cv1427 20cv1427 1:20 cv1427 No. 1:20cv1427 ...

... (dlw) (Entered: 04/30/2021) Judge Maryellen Noreika Assigned MARYELLEN NOREIKA 2018-08-15T17:20:00 1578689796219 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Raeann Warner LEAD ATTORNEY;ATTORNEY TO BE NOTICED...

**Court:** United States District Court, Delaware | **Date Filed:** Oct 23, 2020 | **Docket Number:** 1:20cv1427 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Open

---

21.   [Philpot V. Author's Guild, Inc. Et Al](#)

... Case Designated ECF. (dgo) (Entered: 01/06/2016) 6 2016-01-06 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights**

is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on 6/28/2016) (lmb) (Entered: 06/28/2016) 60 2016-06-28 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 6/28/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... Garbarini, Richard ) (Entered: 01/05/2016) 3 2016-01-05 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.( Garbarini, Richard ) (Entered: 01/05/2016) 3778488870 2016-01-05 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form ...

**Court**: US District Court for the Southern District of New York │ **Date Filed**: Jan 05, 2016 │ **Docket Number**: 1:16cv26 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

22. ## Philpot V. Bake Me A Wish, Llc

... 2014-12-17 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Order of Dismissal) (CKM) (Entered: 12/17/2014) 3445695088 ...

... 1 Closed 12/05/2014 CV Civil 820 **Copyrights** 31 Indianapolis 2014-08-19T00:00:00 2014-12-20T00:00:00 2014-08-18 0 PROSE,CLOSED None 0 None Federal Question **Copyright** Infringement 17:101 0 2014-12-17T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1356_INSD 1:14cv1356_INSD 2014-12-20T02:06:47.160 Intellectual Property **Copyright** Civil Closed 5CY5-TTS1-DXDT-G0TF-00000-00 5 20181121T100526 1:14cv1356 14cv1356 1:14 cv1356 No. 1:14cv1356 ...

... 2014-08-25 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . Copy mailed. (Attachments: # 1 Complaint , # 2 Attachments ...

... Magistrate Judge Debra McVicker Lynch Referred DEBRA MCVICKER LYNCH 2008-10-24T18:13:00 3748982755358 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana │ **Date Filed**: Aug 18, 2014 │ **Docket Number**: 1:14cv1356 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

23. ## Philpot V. Bangor Publishing Company/Bangor Daily News

... 1 Closed 07/11/2018 CV Civil 820 **Copyrights** 31 Indianapolis 2017-11-21T00:00:00 2018-08-11T00:00:00 2017-11-20 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2018-07-11T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_117cv4329_INSD 1:17cv4329_INSD 2018-08-11T03:10:23.783 Intellectual Property **Copyright** Civil Closed 5R0V-NW91-DXDT-G3JC-00000-00 3 20181127T110149 1:17cv4329 17cv4329 1:17 cv4329 No. 1:17cv4329 ...

... Magistrate Judge Tim A. Baker Referred TIM A BAKER 2012-04-02T12:22:00 2235010995624 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana │ **Date Filed**: Nov 20, 2017 │ **Docket Number**: 1:17cv4329 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

24. ## Philpot V. Bbe Marketing, Inc.

... to BBE Marketing, Inc. (npk) (Entered: 10/30/2020) 7 2020-10-30 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (npk) ...

... (Entered: 10/30/2020) 5828145794 Events since last full update 2020-10-30 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (npk) ...

... Closed 01/11/2021 CV Civil 820 **Copyrights** 80 Fort Worth 2020-10-30T00:00:00 2020-10-30T00:00:00 2020-10-30 0 CLOSED , JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-30T00:00:00 0 None...

... NOTICE of Dismissal with Prejudice filed by **Larry** G **Philpot** (Hutcherson, Kenton) (Entered: 01/04/2021) 9 2021-01-11 FINAL JUDGMENT... In accordance with ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (Ordered by Senior Judge Terry R Means on 1/11/2021) (wxc) ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (Ordered by Senior Judge Terry R Means on 1/11/2021) (wxc) ...

... Texas Northern US District Court Docket US.DIS.TXN_420cv1194_TXND 4:20cv1194_TXND 2021-01-11T16:30:35.587 Intellectual Property **Copyright** Civil Closed 6159-FR81-DXDT-G2KN-00000-00 5 20210111T163103 4:20cv1194 20cv1194 4:20 cv1194 No. 4:20cv1194 ...

**Court**: US District Court for the Northern District of Texas │ **Date Filed**: Oct 30, 2020 │ **Docket Number**: 4:20cv1194 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

25.  [Philpot V. Beasley Broadcasting Group, Inc. Et Al](#)

... 1 Closed 11/26/2018 CV Civil 820 **Copyrights** 16 Ft. Myers 2018-10-01T00:00:00 2019-01-06T00:00:00 2018-09-28 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-11-26T00:00:00 0 None 1...

... Florida Middle US District Court Docket US.DIS.FLM_218cv646_FLMD 2:18cv646_FLMD 2019-01-06T17:19:09.203 Intellectual Property **Copyright** Civil Closed 5TCW-H8F1-DXDT-G14X-00000-00 58 20190106T172916 2:18cv646 18cv646 2:18 cv646 No. 2:18cv646 ...

... CERTIFICATE of interested persons by **Larry** G. **Philpot**. (BES) (Entered: 10/01/2018) 5 2018-10-01 **Copyright** Report sent to Washington. (Attachments: # 1  Complaint) (BES)  (Entered: 10/01/2018) 4904680701 2019-01-06 **Copyright** Report sent to Washington. (Attachments: # 1 Complaint) (BES) (Entered: 10/01/2018) ...

... Magistrate Judge Mac R. McCoy Referred MAC R MCCOY 2015-07-01T14:07:00 2262107258228 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Rinky S. Parwani...

**Court**: US District Court for the Middle District of Florida │ **Date Filed**: Sep 28, 2018 │ **Docket Number**: 2:18cv646 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

26.  [Philpot V. Beliefnet, Inc.](#)

... 1 Closed 09/19/2017 CV Civil 820 **Copyrights** 84 Norfolk 2017-07-26T00:00:00 2017-07-26T00:00:00 2017-07-25 0 CLOSED , **COPYRIGHT** , JURY Plaintiff 0 None **Copyright** Infringement 17:101 0 2017-07-26T00:00:00 0 None 1...

... Virginia Eastern US District Court Docket US.DIS.VAE_217cv393_VAED 2:17cv393_VAED 2017-09-19T17:03:24.610 Intellectual Property **Copyright** Civil Closed 5P3P-1V51-DXDT-G3Y8-00000-00 9 20181215T015823 2:17cv393 17cv393 2:17 cv393 No. 2:17cv393 ...

... Magistrate Judge Lawrence R. Leonard Referred LAWRENCE R LEONARD 2012-10-02T14:19:00 3554223201546 **Larry Philpot** P Plaintiff **LARRY PHILPOT** 2016-01-02T08:45:00 1 **Larry Philpot** Peter Joseph Riebling LEAD ATTORNEY;ATTORNEY TO BE NOTICED...

**Court**: US District Court for the Eastern District of Virginia │ **Date Filed**: Jul 25, 2017 │ **Docket Number**: 2:17cv393 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

27. **Philpot V. Blackbird Production Partners, Llc**

... PDF. (jgo) (Entered: 06/01/2020) -- 2020-06-01 ***NOTICE TO ATTORNEY REGARDING DEFICIENT **COPYRIGHT** FORM. Notice to Attorney Kenton James Hutcherson to RE-FILE Document No. 2 AO 121 Form **Copyright** - Notice of Submission by Attorney. The filing is deficient for ...
... the PDF attached to the docket entry for the AO 121 **Copyright** form is not correct; party name on the PDF case caption ...
... caption. Re-file the document using the event type AO 121 Form **Copyright** - Notice of Submission by Attorney found under the event list Other Documents and attach the correct AO 121 **Copyright** PDF form. (jgo) (Entered: 06/01/2020) 5569582698 Events since last full update 2020-06-01 ***NOTICE TO ATTORNEY REGARDING DEFICIENT **COPYRIGHT** FORM. Notice to Attorney Kenton James Hutcherson to RE-FILE Document No. 2 AO 121 Form **Copyright** - Notice of Submission by Attorney. The filing is deficient for ...
... the PDF attached to the docket entry for the AO 121 **Copyright** form is not correct; party name on the PDF case caption ...
... caption. Re-file the document using the event type AO 121 Form **Copyright** - Notice of Submission by Attorney found under the event list Other Documents and attach the correct AO 121 **Copyright** PDF form. (jgo) (Entered: 06/01/2020)...

**Court:** US District Court for the Southern District of New York ⎪ **Date Filed:** May 29, 2020 ⎪ **Docket Number:** 1:20cv4121 ⎪ **Nature of Suit:** Copyrights ⎪ **Cause:** Copyright Infringement ⎪ **Status:** Closed

28. **Philpot V. Brown Naff Pitts Omnimedia, Inc. Dba Dcagenda**

... A - Subject Photo , # 2 Exhibit Exhibit B - **Copyright** Certificate Exhibit Exhibit B - **Copyright** Certificate , # 3  Exhibit Exhibit C - Infringing Image...
... 0 Open CV Civil 820 **Copyrights** 14 Washington, DC 2020-10-27T00:00:00 2020-10-27T00:00:00 2020-10-27 0 JURY , TYPE-E Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2020-10-27T00:00:00 0 None...
... of Columbia US District Court Docket US.DIS.DC_120cv3089_DCD 1:20cv3089_DCD 2021-05-06T17:30:59.280 Intellectual Property **Copyright** Civil Open 614D-FMH1-DXDT-G1WV-00000-00 12 20210506T173110 1:20cv3089 20cv3089 1:20 cv3089 No. 1:20cv3089 ...
... Events since last full update 2021-05-06 Third STATUS REPORT by **LARRY** G. **PHILPOT**. (Maher, Kristine) (Entered: 05/06/2021) **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Kristine M. Maher...

**Court:** United States District Court, District of Columbia ⎪ **Date Filed:** Oct 27, 2020 ⎪ **Docket Number:** 1:20cv3089 ⎪ **Nature of Suit:** Copyrights ⎪ **Cause:** Copyright Infringement ⎪ **Status:** Open

29. **Philpot V. Catholic Family Center**

... 2014-12-09 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 closing) (CBU)  (Entered: 12/09/2014) 3452719168 2014-12-29 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 closing) (CBU)  (Entered: 12/09/2014)...
... 1 Closed 12/01/2014 CV Civil 820 **Copyrights** 31 Indianapolis 2014-10-31T00:00:00 2014-12-29T00:00:00 2014-10-31 0 PROSE,CLOSED Plaintiff 55,000 None Federal Question **Copyright** Infringement 17:101 0 2014-12-09T00:00:00 0 None 1...
... Indiana Southern US District Court Docket US.DIS.INS_114cv1788_INSD 1:14cv1788_INSD 2014-12-29T13:22:52.277 Intellectual Property **Copyright** Civil Closed 5DGP-P111-DXDT-G2BX-00000-00 6 20181121T101029 1:14cv1788 14cv1788 1:14 cv1788 No. 1:14cv1788 ...
... 2014-11-14 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Exhibits) (CBU)  (Entered: 11/14/2014) 3452719165 2014-12-29 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Exhibits) (CBU) (Entered: 11/14/2014)...

... 3748982755358 Judge Tanya Walton Pratt Assigned TANYA WALTON PRATT 2010-06-26T00:50:00 1714510676260 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** ...

**Court:** US District Court for the Southern District of Indiana | **Date Filed:** Oct 31, 2014 | **Docket Number:** 1:14cv1788 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

30.  ## Philpot V. Childers Media Group

... 08/31/2020 CV Civil 820 **Copyrights** 63 Toledo 2020-05-06T00:00:00 2020-05-06T00:00:00 2020-05-06 0 Cat11 , Knepp , Termed Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2020-05-06T00:00:00 0...

... Ohio Northern US District Court Docket US.DIS.OHN_320cv991_OHND 3:20cv991_OHND 2020-12-14T10:46:07.507 Intellectual Property **Copyright** Civil Closed 5YV7-5R61-DXDT-G2J1-00000-00 30 20201214T104757 3:20cv991 20cv991 3:20 cv991 No. 3:20cv991 ...

... LLC. Filing fee paid &#36 400, Receipt number AOHNDC-9963140.. Filed by Larry G **Philpot** . (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A ...

... 2 2020-05-06 Report on the Filing of an Action Regarding a **Copyright** (AO121) filed by **Larry** G **Philpot** . (Cole, Stacy) (Entered: 05/06/2020) 5530745663 Events since last full update ...

... update 2020-05-06 Report on the Filing of an Action Regarding a **Copyright** (AO121) filed by Larry G **Philpot**. (Cole, Stacy) (Entered: 05/06/2020)...

... (D,L) (Entered: 12/14/2020) Judge Jack Zouhary Assigned JACK ZOUHARY 2007-10-11T21:22:00 976961009078 **LARRY** G. **PHILPOT** P Plaintiff an Indiana resident | **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** ...

**Court:** US District Court for the Northern District of Ohio | **Date Filed:** May 06, 2020 | **Docket Number:** 3:20cv991 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

31.  ## Philpot V. Chive Media Group, Llc

... DEMAND for Trial by Jury by Larry G. **Philpot**. (cj) (Entered: 05/21/2020) 4 2020-05-21 Report on **Copyright** sent to Register of **Copyrights**, along with a copy of the Complaint. (cj) (Entered: 05/21/2020) 5552496146 Events since last full update 2020-05-21 Report on **Copyright** sent to Register of **Copyrights** , along with a copy of the Complaint. (cj) (Entered: 05/21/2020) ...

... 11 2020-08-19 Report on **Copyright** sent to Register of **Copyrights**. (lt) (Entered: 08/19/2020) 5698432973 Events since last full update 2020-08-19 Report on **Copyright** sent to Register of **Copyrights**. (lt) (Entered: 08/19/2020) **LARRY** G. **PHILPOT** P Plaintiff...

... 1 Closed 08/19/2020 CV Civil 820 **Copyrights** 82 Austin 2020-05-21T00:00:00 2020-05-21T00:00:00 2020-05-21 0 CLOSED , **COPYRIGHT** Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-21T00:00:00 0 None 1...

... Texas Western US District Court Docket US.DIS.TXW_120cv549_TXWD 1:20cv549_TXWD 2020-08-19T12:16:37.907 Intellectual Property **Copyright** Civil Closed 5YK5-H0X1-J9YR-S13D-00000-00 8 20200819T121728 1:20cv549 20cv549 1:20 cv549 No. 1:20cv549 ...

**Court:** US District Court for the Western District of Texas | **Date Filed:** May 21, 2020 | **Docket Number:** 1:20cv549 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

32.  ## Philpot V. Citizen Outreach Foundation, Inc.

... the filing or determination of an action or appeal regarding a **copyright**. Mailed to the Register of **Copyrights**, **Copyright** Office. (JM) (Entered: 05/07/2020) 5531118255 Events since last full update 2020-05-07 ...

... the filing or determination of an action or appeal regarding a **copyright**. Mailed to the Register of **Copyrights**, **Copyright** Office. (JM) (Entered: 05/07/2020)...

... Ted Nugent Exhibit Photograph of Ted Nugent , # 3 Exhibit **Copyright** Registration Exhibit **Copyright** Registration , # 4 Exhibit Wikimedia of Ted Nugent Exhibit Wikimedia ...

... 2020-05-07 0 Open CV Civil 820 **Copyrights** 58 Las Vegas 2020-05-07T00:00:00 2020-05-07T00:00:00 2020-05-07 0 AO-120/121 Plaintiff 150,000,000 None Federal Question **Copyright** Infringement 17:501 0 2020-05-07T00:00:00 0 None 1...

... NV Nevada US District Court Docket US.DIS.NV_220cv824_NVD 2:20cv824_NVD 2021-03-04T12:46:31.453 Intellectual Property **Copyright** Civil Open 5YN9-SV71-J9YR-S1HP-00000-00 22 20210304T124703 2:20cv824 20cv824 2:20 cv824 No. 2:20cv824 ...

... (Entered: 05/07/2020) 5 2020-05-08 CERTIFICATE OF SERVICE for 3 AO 121 **Copyright** Report by Plaintiff **Larry** G **Philpot**. (Reese, Devon) (Entered: 05/08/2020) 5532867312 Events since last full update 2020-05-08 CERTIFICATE OF SERVICE for 3 AO 121 **Copyright** Report by Plaintiff ...

**Court**: United States District Court, Nevada │ **Date Filed**: May 07, 2020 │ **Docket Number**: 2:20cv824 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Open

---

33.  ## [Philpot V. Clearly Veg](#)

... Civil Cover Sheet Civil Cover Sheet , # 8 Report on **Copyrights** (AO Form 121) Report on **Copyrights** (AO Form 121) , # 9 Supplement Certificate of Interested Persons ...

... 2020-10-29 0 Open CV Civil 820 **Copyrights** 89 Seattle 2020-10-29T00:00:00 2020-11-30T00:00:00 2020-10-29 0 JURYDEMAND Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-30T00:00:00 0 None 1...

... the filing or determination of an action. Mailed to the US **Copyright** Office. (RE) (Entered: 10/30/2020) 5885367038 2020-11-30 REPORT on the filing or determination of an action. Mailed to the US **Copyright** Office. (RE) (Entered: 10/30/2020)...

... Washington Western US District Court Docket US.DIS.WAW_220cv1588_WAWD 2:20cv1588_WAWD 2021-04-06T15:42:31.537 Intellectual Property **Copyright** Civil Open 614F-F7FP1-DXDT-G1D4-00000-00 11 20210406T154257 2:20cv1588 20cv1588 2:20 cv1588 No. 2:20cv1588 ...

... 04/06/2021) Judge Robert S. Lasnik Assigned ROBERT S LASNIK 2012-03-06T11:33:00 1358909943424 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Denise Hansen ATTORNEY TO BE NOTICED...

**Court**: United States District Court, Washington Western │ **Date Filed**: Oct 29, 2020 │ **Docket Number**: 2:20cv1588 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Open

---

34.  ## [Philpot V. Contemporary Media, Inc.](#)

... cover sheet Exhibit Exhibit B cover sheet , # 4 Exhibit **Copyright** Registration Certificate Exhibit **Copyright** Registration Certificate , # 5 Exhibit Exhibit C cover sheet Exhibit ...

... Closed 09/15/2020 CV Civil 820 **Copyrights** 78 Memphis 2020-05-22T00:00:00 2020-05-22T00:00:00 2020-05-22 0 CLOSED , LR16.2 TR4 Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-22T00:00:00 0 None...

... Media, Inc. (Filing fee $ 400 receipt number ATNWDC-3353605), filed by **Larry Philpot**. (Attachments: # 1 Exhibit Exhibit A cover sheet, # 2 ...

... Speedwagon, # 3 Exhibit Exhibit B cover sheet, # 4 Exhibit **Copyright** Registration Certificate, # 5 Exhibit Exhibit C cover sheet, # 6 ...

... Sheet civil cover sheet)(Howard-Flynn, Michele) (Entered: 05/22/2020) 2 2020-05-22 NOTICE by **Larry Philpot** re 1 Complaint,, Report on the Filing or Determination of an Action or Appeal Regarding **Copyright** (Howard-Flynn, Michele) (Entered: 05/22/2020) 5554525602 Events since last full update 2020-05-22 NOTICE by **Larry Philpot** re 1 Complaint,, Report on the Filing or Determination of an Action or Appeal Regarding **Copyright** (Howard-Flynn, Michele) (Entered: 05/22/2020)...

... Tennessee Western US District Court Docket US.DIS.TNW_220cv2370_TNWD 2:20cv2370_TNWD 2020-09-15T18:16:39.560 Intellectual Property **Copyright** Civil Closed 5YY0-MXX1-J9YR-S0X6-00000-00 25 20201108T025734 2:20cv2370 20cv2370 2:20 cv2370 No. 2:20cv2370 ...

**Court**: US District Court for the Western District of Tennessee │ **Date Filed**: May 22, 2020 │ **Docket Number**: 2:20cv2370 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

35.  ## Philpot V. Cotr, Llc

... 2021-01-21 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Entry acknowledging Notice of Dismissal With Prejudice) ...
... 1 Closed 01/05/2021 CV Civil 820 **Copyrights** 31 Indianapolis 2020-07-24T00:00:00 2021-01-23T00:00:00 2020-07-24 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2021-01-21T00:00:00 0 None 1...
... Indiana Southern US District Court Docket US.DIS.INS_120cv1956_INSD 1:20cv1956_INSD 2021-01-23T02:12:41.567 Intellectual Property **Copyright** Civil Closed 60DT-3S71-DXDT-G231-00000-00 2 20210123T021256 1:20cv1956 20cv1956 1:20 cv1956 No. 1:20cv1956 ...
... NOTICE of Appearance by J. Stephen Smith on behalf of Plaintiff **LARRY** G. **PHILPOT**. (Smith, J.) (Entered: 07/27/2020) 5 2020-07-30 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1  Complaint) (NAD)  (Entered: 07/30/2020) 5968852455 2021-01-23 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Complaint) (NAD) (Entered: 07/30/2020)...
... Magistrate Judge Doris L. Pryor Referred DORIS L PRYOR 2018-03-01T16:57:00 2792140990235 **LARRY** G. **PHILPOT** P Plaintiff an Indiana resident │ **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 ...

**Court**: US District Court for the Southern District of Indiana │ **Date Filed**: Jul 24, 2020 │ **Docket Number**: 1:20cv1956 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

36.  ## Philpot V. Counter Productions, Inc. Et Al

... summons form PDF. (jgo) (Entered: 06/08/2020) 8 2020-06-08 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**..(jgo) (Entered: 06/08/2020) 5580705008 Events since last full update 2020-06-08 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**..(jgo) (Entered: 06/08/2020)...
... Jane Does 1 through 5, Michael L. Jones. Document filed by **Larry** G. **Philpot** . Proposed document to be reviewed and processed by Clerk's Office ...
... required by chambers)...(Hutcherson, Kenton) (Entered: 09/09/2020) 20 2020-09-09 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of ...

**Court**: US District Court for the Southern District of New York │ **Date Filed**: Jun 05, 2020 │ **Docket Number**: 1:20cv4307 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

37.  ## Philpot V. Cox Media Group, Llc

... AO Form 121 forwarded to Register of **Copyrights**. (Attachments: # 1 Copy of Final Judgment) (cmd) (Entered: 03/09/2021) 2021-03-09 Clerk's Certificate of Mailing to U.S. **Copyright** Office re 20 A.O. Form 121 **Copyright**. (cmd) (Entered: 03/09/2021) 6094233668 2021-05-03 Clerk's Certificate of Mailing to U.S. **Copyright** Office re 20 A.O. Form 121 **Copyright**. (cmd) (Entered: 03/09/2021)...

... -A -Photo of Kid Rock , # 2 Exhibit -B - **Copyright** Registration Certificate Exhibit -B -**Copyright** Registration Certificate , # 3 Exhibit -C -Wikimedia of Kid Rock ...

... 1 Closed 03/09/2021 CV Civil 820 **Copyrights** 20 Atlanta 2020-10-28T00:00:00 2021-05-03T00:00:00 2020-10-26 0 4months,CLOSED,WMRLC1 Plaintiff 0 None Federal Question **Copyright** Infringement 28:1338 0 2021-03-09T00:00:00 0 None 1...

... (Entered: 10/28/2020) 2020-10-28 AO Form 121 sent to the Register of **Copyrights**. (eop) (Entered: 10/28/2020) 6094233651 2021-05-03 AO Form 121 sent to the Register of **Copyrights**. (eop) (Entered: 10/28/2020)...

... Georgia Northern US District Court Docket US.DIS.GAN_120cv4377_GAND 1:20cv4377_GAND 2021-05-03T08:24:45.487 Intellectual Property **Copyright** Civil Closed 615D-TPH1-DXDT-G47K-00000-00 21 20210503T082445 1:20cv4377 20cv4377 1:20 cv4377 No. 1:20cv4377 ...

**Court**: United States District Court, Georgia Northern │ **Date Filed**: Oct 26, 2020 │ **Docket Number**: 1:20cv4377 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

38.  ## Philpot V. Cumulus Media Inc.

... if not received electronically. (oyh) (Entered: 05/11/2020) 6 2020-05-11 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (oyh) ...

... (Entered: 05/11/2020) 5536650297 Events since last full update 2020-05-11 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (oyh) ...

... Closed 06/26/2020 CV Civil 820 **Copyrights** 80 Dallas 2020-05-11T00:00:00 2020-05-11T00:00:00 2020-05-08 0 CLOSED , JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-08T00:00:00 0 None...

... NOTICE of Dismissal filed by **Larry** G **Philpot** (Hutcherson, Kenton) (Entered: 06/26/2020) -- 2020-06-26 Civil Case Terminated Pursuant to ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (chmb) (Entered: 06/26/2020) 5609743658 Events since last full update 2020-06-26 ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (chmb) (Entered: 06/26/2020)...

... Texas Northern US District Court Docket US.DIS.TXN_320cv1182_TXND 3:20cv1182_TXND 2020-06-29T10:45:51.550 Intellectual Property **Copyright** Civil Closed 5YV7-5371-DXDT-G4JD-00000-00 5 20200629T104621 3:20cv1182 20cv1182 3:20 cv1182 No. 3:20cv1182 ...

**Court**: US District Court for the Northern District of Texas │ **Date Filed**: May 08, 2020 │ **Docket Number**: 3:20cv1182 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

39.  ## Philpot V. Cunningham Et Al

... CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by **Larry** G **Philpot** . (Hutcherson, Kenton) (Entered: 01/22/2018) 6 2018-01-22 Request for Clerk to ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** filed by **Larry** G **Philpot** . (Hutcherson, Kenton) (Entered: 01/22/2018) 5554737501 2020-05-22 Request for Clerk to ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** filed by **Larry** G **Philpot**. (Hutcherson, Kenton) (Entered: 01/22/2018)...

... Closed 07/16/2020 CV Civil 820 **Copyrights** 80 Dallas 2018-01-21T00:00:00 2020-05-22T00:00:00 2018-01-19 0 CLOSED , JURY Both 0 None Federal Question **Copyright** Infringement 17:501 0 2020-04-03T00:00:00 0 None...

... Daniel Cunningham, Guitar.com LLC. (ajb) (Entered: 01/22/2018) 9 2018-01-22 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (ajb) (Entered: 01/22/2018) 5554737504 2020-05-22 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (ajb) ...

... NOTICE of Acceptance of Offer of Judgment filed by **Larry G Philpot** (Hutcherson, Kenton) (Entered: 07/16/2020) 90 2020-07-16 FINAL JUDGMENT: IT IS THEREFORE ...

... ORDERED, ADJUDGED AND DECREED that JUDGMENT is entered in favor of **Larry G. Philpot** , Plaintiff, against Defendants John Daniel Cunningham and Guitar.com, LLC in ...

**Court:** US District Court for the Northern District of Texas │ **Date Filed:** Jan 19, 2018 │ **Docket Number:** 3:18cv152 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

40. ## [Philpot V. Curtis Media Group, Inc.](#)

... 2015-04-27 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Dimissal Order) (dist made) (CBU) (Entered: 04/27/2015) ...

... 1 Closed 04/22/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-03T00:00:00 2015-06-06T00:00:00 2014-12-02 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-04-27T00:00:00 0 None 1 ...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1981_INSD 1:14cv1981_INSD 2015-06-06T02:13:21.877 Intellectual Property **Copyright** Civil Closed 5DRS-1T71-DXDT-G2CB-00000-00 5 20181121T101046 1:14cv1981 14cv1981 1:14 cv1981 No. 1:14cv1981 ...

... 2014-12-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Complaint , # 2 Exhibit 1 , ...

... Magistrate Judge Tim A. Baker Referred TIM A BAKER 2012-04-02T12:22:00 2235010995624 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court:** US District Court for the Southern District of Indiana │ **Date Filed:** Dec 02, 2014 │ **Docket Number:** 1:14cv1981 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

41. ## [Philpot V. Denver Dispensary Llc](#)

... receipt number COX095238. (alave, ) (Entered: 05/29/2020) 4 2020-05-29 Report re **Copyright**: Report on the filing of an action emailed separately to the Director of the **Copyright** Office. (cmadr, ) (Entered: 06/01/2020) 5569341476 Events since last full update 2020-06-01 Report re **Copyright**: Report on the filing of an action emailed separately to the Director of the **Copyright** Office. (cmadr, ) (Entered: 06/01/2020)...

... Report on the Filing of an Action Regarding a **Copyright** (AO 121) Report on the Filing of an Action Regarding a **Copyright** (AO 121) , # 4  Summons Summons , # 5 ...

... 08/31/2020 CV Civil 820 **Copyrights** 12 Denver 2020-05-29T00:00:00 2020-05-29T00:00:00 2020-05-29 0 JD1 , NDISPO , TERMED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-29T00:00:00 0...

... Exhibit A, Photograph of Willie Nelson , # 6 Exhibit B, **Copyright** Registration Certificate Exhibit B, **Copyright** Registration Certificate , # 7 Exhibit C, Wikimedia of Willie Nelson ...

... CO Colorado US District Court Docket US.DIS.CO_120cv1538_COD 1:20cv1538_COD 2020-09-01T11:13:12.097 Intellectual Property **Copyright** Civil Closed 5YSG-Y2W1-J9YR-S1S9-00000-00 17 20200901T111323 1:20cv1538 20cv1538 1:20 cv1538 No. 1:20cv1538 ...

**Court:** US District Court for the District of Colorado │ **Date Filed:** May 29, 2020 │ **Docket Number:** 1:20cv1538 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

42. ## [Philpot V. Doe](#)

**Philpot** V. Doe 2018-10-01 0 Open CV Civil 820 **Copyrights** 16 Jacksonville 2018-10-01T00:00:00 2018-10-01T00:00:00 2018-10-01 0 Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-10-01T00:00:00 0 None 1 2018-10-01...

... Florida Middle US District Court Docket US.DIS.FLM_318cv1169_FLMD 3:18cv1169_FLMD 2019-09-18T17:45:23.267 Intellectual Property **Copyright** Civil Open 5TCW-H8F1-DXDT-G1GC-00000-00 16 20190918T174535 3:18cv1169 18cv1169 3:18 cv1169 No. 3:18cv1169 ...

... CERTIFICATE of interested persons by **Larry** G. **Philpot**. (KKH) (Entered: 10/01/2018) 3 2018-10-01 **Copyright** Report sent to Washington. (KKH) (Entered: 10/01/2018) 4800093527 Events since last full update **Copyright** Report sent to Washington. (KKH) (Entered: 10/01/2018)...

... Senior Judge Harvey E. Schlesinger Assigned HARVEY E SCHLESINGER 2012-03-21T08:07:00 3177973721072 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Rinky S. Parwani...

**Court:** US District Court for the Middle District of Florida │ **Date Filed:** Oct 01, 2018 │ **Docket Number:** 3:18cv1169 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Open

---

43.  **Philpot V. Domains By Proxy Incorporated**

... 2017-12-13T00:00:00 0 None 1 2017-12-13 Miscellaneous Case Opening Regarding: Digital Millennium **Copyright** Act of 1998 Subpoena pursuant to 17 U.S.C. 512(h). Case Opening Fee Received: $ 47.00 receipt number PHX192032 filed by **Larry** G **Philpot** . (Attachments: # 1 Issued Subpoena Issued Subpoena )(HLA) (Entered: 12/13/2017) ...

... 03/23/2018) Judge David G Campbell Assigned DAVID G CAMPBELL 2004-05-19T10:03:00 1245910223336 **Larry** G **Philpot** P Plaintiff named as **Larry Philpot** │ **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** ...

**Court:** US District Court for the District of Arizona │ **Date Filed:** Dec 13, 2017 │ **Docket Number:** 2:17mc69 │ **Nature of Suit:** Other Statutory Actions │ **Cause:** Civil Miscellaneous Case │ **Status:** Closed

---

44.  **Philpot V. Domains By Proxy Incorporated**

... Proceedings - Proceedings brought in the aid of execution (Digital Millennium **Copyright** Act). Case Opening Fee Received: $47.00 receipt number PHX186515 filed by **Larry** G **Philpot** . (Attachments: # 1 Subpoena) (REK) (Entered: 06/21/2017) 4300404552 2017-06-21 Miscellaneous ...

... Proceedings - Proceedings brought in the aid of execution (Digital Millennium **Copyright** Act). Case Opening Fee Received: $47.00 receipt number PHX186515 filed by **Larry** G **Philpot**. (Attachments: # 1 Subpoena) (REK) (Entered: 06/21/2017)...

... comments" for the seal to appear on the document. (Entered: 06/21/2017) **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot Larry** G **Philpot** ...

**Court:** US District Court for the District of Arizona │ **Date Filed:** Jun 21, 2017 │ **Docket Number:** 2:17mc40 │ **Nature of Suit:** Other Statutory Actions │ **Cause:** Civil Miscellaneous Case │ **Status:** Open

---

45.  **Philpot V. Domains By Proxy Incorporated Et Al**

... 2:17mc00040 2:17mc00069 2:18cv03084 1 2020-01-02 Miscellaneous Case Opening Regarding: Digital Millennium **Copyright** Act of 1998 Subpoena pursuant to 17 U.S.C. 512(h). Case Opening Fee Received: $ 47.00 receipt number PHX215359 filed by **Larry** G **Philpot**. (Attachments: # 1  Issued Subpoena)(HLA) (Entered: 01/02/2020) 5345934862 2020-01-02 Miscellaneous Case Opening Regarding: Digital Millennium **Copyright** Act of 1998 Subpoena pursuant to 17 U.S.C. 512(h). Case Opening Fee Received: $ 47.00 receipt number PHX215359 filed by **Larry** G **Philpot**. (Attachments: # 1 Issued Subpoena)(HLA) (Entered: 01/02/2020)...

... Signed by Judge Dominic W Lanza on 4/21/20. (EJA) (Entered: 04/21/2020) **Larry** G **Philpot** P Plaintiff named as **Larry Philpot** | **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** ...

**Court**: US District Court for the District of Arizona | **Date Filed**: Jan 02, 2020 | **Docket Number**: 2:20mc1 | **Nature of Suit**: Other Statutory Actions | **Cause**: Civil Miscellaneous Case | **Status**: Closed

---

46.   Philpot V. Dot Com Plus, Llc

... 1 Closed 08/11/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-03T00:00:00 2015-08-15T00:00:00 2014-12-02 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-08-11T00:00:00 1 None 2015-08-11...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1980_INSD 1:14cv1980_INSD 2015-08-15T02:23:19.280 Intellectual Property **Copyright** Civil Closed 5DRS-1T71-DXDT-G2CC-00000-00 6 20181121T101046 1:14cv1980 14cv1980 1:14 cv1980 No. 1:14cv1980 ...

... 2014-12-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 complaint , # 2 Exhibit 1 , ...

... Magistrate Judge Denise K. LaRue Referred DENISE K LARUE 2012-03-26T16:54:00 2774854455156 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 L **LARRY** G. **PHILPOT** **LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana | **Date Filed**: Dec 02, 2014 | **Docket Number**: 1:14cv1980 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

47.   Philpot V. Dot Fm Networks, Inc.

... 19 2018-10-16 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright** . (Closing) (Attachments: # 1 Order) (iv) (Entered: 10/16/2018) 4816311347 Events ...

  **Copyrights** 8 Western Division - Los Angeles 2018-07-29T00:00:00 2018-07-29T00:00:00 2018-07-27 0 ACCO ...

... , CLOSED , DISCOVERY , MANADR Plaintiff 0 None Federal Question **Copyright** Infringement...

... California Central US District Court Docket US.DIS.CAC_218cv6526_CACD 2:18cv6526_CACD 2018-10-18T16:57:29.723 Intellectual Property **Copyright** Civil Closed 5SXB-FCY1-DXDT-G1YB-00000-00 11 20181215T063629 2:18cv6526 18cv6526 2:18 cv6526 No. 2:18cv6526 ...

... NOTICE of Interested Parties filed by plaintiff **Larry** G **Philpot**, ( Zachary, Michael ) (Entered: 07/27/2018) 5 2018-07-27 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G **Philpot** . ( Zachary, Michael ) (Entered: 07/27/2018) 4728583785 Events since last ...

... NOTICE of Voluntary Dismissal filed by plaintiff **Larry** G **Philpot**. Dismissal is with Prejudice. (Bunsow, Hillary) (Entered: 10/18/2018) **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Hillary N Bunsow...

**Court**: US District Court for the Central District of California | **Date Filed**: Jul 27, 2018 | **Docket Number**: 2:18cv6526 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

48.   Philpot V. Drc Media, Llc

... to DRC Media, LLC. (bdb) (Entered: 05/02/2018) 8 2018-05-02 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (bdb) ...

... (bdb) (Entered: 05/02/2018) 4629824131 Events since last full update Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (bdb) ...

... 0 Open CV Civil 820 **Copyrights** 80 Fort Worth 2018-05-02T00:00:00 2018-05-02T00:00:00 2018-05-02 0 JURY , PAPER_REQUIRED Plaintiff 0 None Federal Question **Copyright** Infringement 17:504 0 2018-05-02T00:00:00 0 None...

... Corrected 1 Civil Cover Sheet filed by **Larry** G **Philpot** . (wrb) (Entered: 05/11/2018) 11 2018-06-05 Defendant's ORIGINAL ANSWER to Plaintiff's ...

... the clerk will prepare the appropriate Report to the Patent/Trademark or **Copyright** Office.Attorney Hugh G Connor, II added to party DRC Media, LLC(pty:dft), ...

... Texas Northern US District Court Docket US.DIS.TXN_418cv331_TXND 4:18cv331_TXND 2018-07-05T12:45:21.580 Intellectual Property **Copyright** Civil Open 5S7V-SSG1-DXDT-G3TH-00000-00 8 20181224T234611 4:18cv331 18cv331 4:18 cv331 No. 4:18cv331 ...

... Request for Clerk to issue Summons filed by **Larry** G **Philpot** . (Hutcherson, Kenton) (Entered: 05/02/2018) 3 2018-05-02 Request for Clerk to ...

**Court**: US District Court for the Northern District of Texas | **Date Filed**: May 02, 2018 | **Docket Number**: 4:18cv331 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

---

49.    [Philpot V. Eagle Communications, Inc.](#)

... 1 Closed 07/08/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-03T00:00:00 2015-08-15T00:00:00 2014-12-02 0 PROSE,STAYED,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-07-14T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1984_INSD 1:14cv1984_INSD 2015-08-15T02:21:22.743 Intellectual Property **Copyright** Civil Closed 5DRS-1T71-DXDT-G2C7-00000-00 6 20181121T101046 1:14cv1984 14cv1984 1:14 cv1984 No. 1:14cv1984 ...

... Magistrate Judge Tim A. Baker Referred TIM A BAKER 2012-04-02T12:22:00 2235010995624 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana | **Date Filed**: Dec 02, 2014 | **Docket Number**: 1:14cv1984 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

50.    [Philpot V. Emmis Operating Company](#)

... DEMAND for Trial by Jury by **Larry** G. **Philpot**. (afd) (Entered: 09/25/2018) 4 2018-09-25 Report on **Copyright** sent to Register of **Copyrights** with copy of Complaint. (afd) (Entered: 09/25/2018) 5210416673 2019-09-23 Report on **Copyright** sent to Register of **Copyrights** with copy of Complaint. (afd) (Entered: 09/25/2018)...

... 1 Closed 10/03/2019 CV Civil 820 **Copyrights** 82 Austin 2018-09-24T00:00:00 2019-09-23T00:00:00 2018-09-24 0 CLOSED , **COPYRIGHT** , STAYED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2019-09-20T00:00:00 0 None 1...

... Texas Western US District Court Docket US.DIS.TXW_118cv816_TXWD 1:18cv816_TXWD 2019-10-03T11:15:41.407 Intellectual Property **Copyright** Civil Closed 5TB6-DM91-DXDT-G54V-00000-00 58 20200228T152807 1:18cv816 18cv816 1:18 cv816 No. 1:18cv816 ...

... (dm) (Entered: 10/03/2019) Judge Robert Pitman Assigned ROBERT PITMAN 2004-05-19T10:03:00 1116268370132 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Kenton J. Hutcherson...

**Court**: US District Court for the Western District of Texas | **Date Filed**: Sep 24, 2018 | **Docket Number**: 1:18cv816 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

51.    [Philpot V. Entravision Communications Corporation](#)

**Copyright** Infringement 17:501 0 2018-11-30T00:00:00 0 None 1 2018-11-30 COMPLAINT FOR **COPYRIGHT** INFRINGEMENT, VIOLATIONS OF THE DIGITAL MILLENNIUM **COPYRIGHT** ACT against Entravision Communications Corporation  ( Filing fee $ 400, receipt number 0971-12887781.). Filed byLarry G **Philpot**. (Attachments: # 1 ...

... California Northern US District Court Docket US.DIS.CAN_318cv7255_CAND 3:18cv7255_CAND 2018-11-30T14:27:45.780 Intellectual Property **Copyright** Civil Open 5TVK-BBM1-DXDT-G3NR-00000-00 1 20181130T155225 3:18cv7255 18cv7255 3:18 cv7255 No. 3:18cv7255 ...

... due by 12/14/2018. (as, COURT STAFF) (Filed on 11/30/2018) (Entered: 11/30/2018) **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Hillary Noelle Bunsow...

**Court**: US District Court for the Northern District of California │ **Date Filed:** Nov 30, 2018 │ **Docket Number**: 3:18cv7255 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Open

---

52.   ## Philpot V. Entravision Communications Corporation

  **Copyright** Infringement 17:501 0 2019-02-13T00:00:00 0 None 1 2018-11-30 COMPLAINT FOR **COPYRIGHT** INFRINGEMENT, VIOLATIONS OF THE DIGITAL MILLENNIUM **COPYRIGHT** ACT with jury demand against Entravision Communications Corporation ( Filing fee $ 400, receipt number 0971-12887781.). Filed by **Larry** G **Philpot** . (Attachments: # 1 Exhibit A , # 2 Exhibit B ...

... 2018-11-30 REPORT on the filing or determination of an action regarding **copyright** infringement (cc: form mailed to register). (Attachments: # 1 Attachments)(jmlS, COURT ...

... California Northern US District Court Docket US.DIS.CAN_418cv7255_CAND 4:18cv7255_CAND 2019-06-24T10:55:55.090 Intellectual Property **Copyright** Civil Closed 5TVP-26F1-DXDT-G3PX-00000-00 6 20190803T021529 4:18cv7255 18cv7255 4:18 cv7255 No. 4:18cv7255 ...

... NOTICE of Voluntary Dismissal by **Larry** G **Philpot** (Zachary, Michael) (Filed on 2/13/2019) (Entered: 02/13/2019) Magistrate Judge Kandis A. Westmore Assigned KANDIS A WESTMORE 2012-06-08T15:12:00 3378799120737 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Hillary Noelle Bunsow...

**Court**: US District Court for the Northern District of California │ **Date Filed:** Nov 30, 2018 │ **Docket Number**: 4:18cv7255 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

53.   ## Philpot V. Equipboard, Inc.

... as to Equipboard, Inc.. (cj) (Entered: 04/25/2018) 4 2018-04-25 Report on **Copyright** sent to Register of **Copyrights**, along with copy of Complaint. (cj) (Entered: 04/25/2018) 5563209909 2020-05-28 Report on **Copyright** sent to Register of **Copyrights**, along with copy of Complaint. (cj) (Entered: 04/25/2018)...

... by Judge Robert Pitman. (dl) (Entered: 07/16/2018) 12 2018-08-03 Report on **Copyright** sent to Register of **Copyrights**. (dl) (Entered: 08/03/2018) 5563209919 2020-05-28 Report on **Copyright** sent to Register of **Copyrights**. (dl) (Entered: 08/03/2018)...

... 1 Closed 07/16/2018 CV Civil 820 **Copyrights** 82 Austin 2018-04-25T00:00:00 2020-05-28T00:00:00 2018-04-25 0 CLOSED,**COPYRIGHT** Both 0 None Federal Question **Copyright** Infringement 17:501 0 2018-08-21T00:00:00 0 1:18cv00339 1:18cv00380...

... Texas Western US District Court Docket US.DIS.TXW_118cv341_TXWD 1:18cv341_TXWD 2020-05-28T11:04:30.853 Intellectual Property **Copyright** Civil Closed 5S5W-6TF1-DXDT-G3FW-00000-00 15 20200904T115927 1:18cv341 18cv341 1:18 cv341 No. 1:18cv341 ...

... SATISFACTION OF JUDGMENT filed by **Larry** G. **Philpot**. (Hutcherson, Kenton) (Entered: 08/21/2018) Judge Robert Pitman Assigned ROBERT PITMAN 2004-05-19T10:03:00 1116268370132 **LARRY** G. **PHILPOT** P Plaintiff ...

**Court**: US District Court for the Western District of Texas │ **Date Filed:** Apr 25, 2018 │ **Docket Number**: 1:18cv341 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

54.   ## Philpot V. Everything Brooklyn Media, Llc

... 1 Closed 01/07/2016 CV Civil 820 Copyrights 31 Indianapolis 2014-08-21T00:00:00 2016-03-
19T00:00:00 2014-08-21 0 PROSE,CLOSED None 0 None Federal Question Copyright Infringement
17:101 0 2016-01-11T00:00:00 0 None 1...
... Indiana Southern US District Court Docket US.DIS.INS_114cv1377_INSD 1:14cv1377_INSD 2016-03-
19T02:54:22.983 Intellectual Property Copyright Civil Closed 5CYH-HTK1-DXDT-G49S-00000-00 10
20181121T100526 1:14cv1377 14cv1377 1:14 cv1377 No. 1:14cv1377 ...
... 2016-01-11 NOTICE of Final Determination in lawsuit sent to Register of Copyrights. (BGT) (Entered:
01/11/2016) 3845091554 2016-03-19 NOTICE of Final Determination in lawsuit sent to Register of
Copyrights. (BGT) (Entered: 01/11/2016)...
... DEBRA MCVICKER LYNCH 2008-10-24T18:13:00 3748982755358 Judge Larry J. McKinney Assigned
LARRY J MCKINNEY 2012-04-02T13:24:00 1466597473621 LARRY G. PHILPOT P Plaintiff LARRY G
PHILPOT 2014-08-01T14:16:00 1 LARRY G. PHILPOT LARRY G. PHILPOT ...

Court: US District Court for the Southern District of Indiana | Date Filed: Aug 21, 2014 | Docket Number:
1:14cv1377 | Nature of Suit: Copyrights | Cause: Copyright Infringement | Status: Closed

55.   ## Philpot V. Future Health, Inc. Et Al

... Case Management Track Form , # 9 Report on Filing Re Copyright Report on Filing Re Copyright
)(KLAPROTH, JESSE) (Entered: 05/26/2020) 5560108565 2020-05-26 COMPLAINT  against All
Defendants ( Filing fee $ 400 receipt number 0313-14313300.), filed by Larry G Philpot . (Attachments: # 1
Exhibit, # 2 Exhibit, # 3 Exhibit, ...
... 8 Case Management Track Form, # 9 Report on Filing Re Copyright)(KLAPROTH, JESSE) (Entered:
05/26/2020)...
... 2020-05-26 0 Open CV Civil 820 Copyrights 69 Philadelphia 2020-05-26T00:00:00 2020-05-
26T00:00:00 2020-05-26 0 STANDARD Plaintiff 0 None Federal Question Copyright Infringement 17:501
0 2020-05-26T00:00:00 0 None 1...
... Copy of Form to Register of Copyrights. (JL ) (Entered: 07/15/2020) 5639273893 Events since last full
update 2020-07-15 Copy of Form to Register of Copyrights. (JL ) (Entered: 07/15/2020) -- 2020-07-15
PLEADING #3 MAILED TO REGISTER OF COPYRIGHTS (JL ) (Entered: 07/15/2020)...
... Pennsylvania Eastern US District Court Docket US.DIS.PAE_220cv2459_PAED 2:20cv2459_PAED
2020-12-11T16:30:59.773 Intellectual Property Copyright Civil Open 5YSG-Y2W1-J9YR-S0GX-00000-00
14 20201211T163121 2:20cv2459 20cv2459 2:20 cv2459 No. 2:20cv2459 ...

Court: US District Court for the Eastern District of Pennsylvania | Date Filed: May 26, 2020 | Docket
Number: 2:20cv2459 | Nature of Suit: Copyrights | Cause: Copyright Infringement | Status: Open

56.   ## Philpot V. Gannett Co., Inc.

... to Gannett Co Inc. (ykp) (Entered: 03/19/2019) 7 2019-03-19 Report to Copyright Office of Initiating
Document. Form AO 121 e-mailed to 508filings@loc.gov. (ykp) (Entered: 03/19/2019) 4990049989 2019-
03-20 Report to Copyright Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov.
(ykp) ...
... Closed 08/16/2019 CV Civil 820 Copyrights 80 Dallas 2019-03-19T00:00:00 2019-03-20T00:00:00
2019-03-19 0 CLOSED , JURY Plaintiff 0 None Federal Question Copyright Infringement 17:501 0 2019-
03-19T00:00:00 0 None...
... STIPULATION OF DISMISSAL with Prejudice by Larry G Philpot . (Hutcherson, Kenton) (Entered:
08/16/2019) -- 2019-08-16 Civil Case Terminated per ...
... The clerk will prepare the final Report to the Patent/Trademark or Copyright Office. (zkc) (Entered:
08/16/2019) 5163709762 Events since last full update Civil ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (zkc) (Entered: 08/16/2019)...

... Texas Northern US District Court Docket US.DIS.TXN_319cv677_TXND 3:19cv677_TXND 2019-08-16T17:30:35.970 Intellectual Property **Copyright** Civil Closed 5VNX-6S71-DXDT-G29D-00000-00 13 20190816T173414 3:19cv677 19cv677 3:19 cv677 No. 3:19cv677 ...

... Request for Clerk to issue Summons filed by **Larry** G **Philpot** . (Hutcherson, Kenton) (Entered: 03/19/2019) 4 2019-03-19 Request for Clerk to ...

**Court**: US District Court for the Northern District of Texas │ **Date Filed**: Mar 19, 2019 │ **Docket Number**: 3:19cv677 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

57.  [Philpot V. Gannett Company, Inc.](#)

... Case Designated ECF. (dgo) (Entered: 11/28/2016) 5 2016-11-28 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on 7/24/2017. (cf) (Entered: 07/24/2017) 31 2017-07-24 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 7/24/2017 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... Liebowitz, Richard ) (Entered: 11/24/2016) 4 2016-11-24 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.( Liebowitz, Richard ) (Entered: 11/24/2016) 4090346731 2016-11-28 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form ...

**Court**: US District Court for the Southern District of New York │ **Date Filed**: Nov 24, 2016 │ **Docket Number**: 1:16cv9155 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

58.  [Philpot V. Gateway Blend, Llc](#)

... 2020-10-27 0 Open CV Civil 820 **Copyrights** 44 St. Louis 2020-10-27T00:00:00 2020-10-27T00:00:00 2020-10-27 0 AO121 Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-27T00:00:00 0 None 1...

... Missouri Eastern US District Court Docket US.DIS.MOE_420cv1540_MOED 4:20cv1540_MOED 2021-03-01T17:15:50.457 Intellectual Property **Copyright** Civil Open 614G-6VG1-DXDT-G230-00000-00 18 20210301T171547 4:20cv1540 20cv1540 4:20 cv1540 No. 4:20cv1540 ...

... NOTICE OF PROCESS SERVER by Plaintiff **Larry** G. **Philpot** Process Server: Pam King Wheetly (MFG) (Entered: 10/28/2020) 4 2020-10-28 REPORT ...

... REPORT to Commissioner of filing or determination of an action regarding **copyright** . (MFG) (Entered: 10/28/2020) 5823916840 Events since last full update 2020-10-28 ...

... REPORT to Commissioner of filing or determination of an action regarding **copyright**. (MFG) (Entered: 10/28/2020)...

... District Judge Matthew T. Schelp Assigned MATTHEW T SCHELP 2020-08-10T15:45:00 2909472125694 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Christopher Brett Vaughn...

**Court**: United States District Court, Missouri Eastern │ **Date Filed**: Oct 27, 2020 │ **Docket Number**: 4:20cv1540 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Open

---

59.  [Philpot V. Gelman](#)

... to pd (paid). (pne) (Entered: 10/02/2018) 7 2018-10-02 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by **Larry** G. **Philpot**.(Hutcherson, Kenton) (Entered: 10/01/2018) 6 2018-10-01 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Hutcherson, Kenton) (Entered: 10/01/2018) 4799509296 2018-10-01 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Hutcherson, Kenton) (Entered: 10/01/2018) ...

... 2018-10-01 0 Open CV Civil 820 **Copyrights** 61 Foley Square 2018-10-01T00:00:00 2018-10-01T00:00:00 2018-10-01 0 ECF Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-10-01T00:00:00 0 None 1...

**Court**: US District Court for the Southern District of New York | **Date Filed**: Oct 01, 2018 | **Docket Number**: 1:18cv8968 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

---

60.   **Philpot V. Golocal24 Llc**

  **Copyright** Infringement 17:101 0 2018-08-16T00:00:00 0 None 1 2018-07-20 Complaint. for **Copyright** Infringement, Violations of the Digital Millenium **Copyright** Act Filing fee in the amount of $400 collected. Agency Tracking ID: 0979-5489941 Jury Trial Requested: Yes. Included **copyrights**: VAu 1-164-648--All unpublished photos 2008 to May 2013--**Larry** Gene **Philpot**, VAu 1-182-727--Unpublished Photographs through 11.23.13--**Larry** Gene **Philpot**. Filed by Larry G **Philpot** against GOLOCAL24 LLC (Attachments: # 1 Exhibit A Exhibit A , ...

... Fees Paid Electronically regarding Refund Request Due, 2 . Filed by **Larry** G. **Philpot**. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Zachary, Michael) (Entered: 07/23/2018) 6 2018-07-23 **Copyright** Report: This report is being submitted pursuant to 17 U.S.C. section ...

... the United States shall send written notification to the Register of **Copyrights** setting forth, as far as is shown by the papers filed ...

... each work involved in the action. (ecp) (Entered: 07/23/2018) 4770830896 2018-09-06 **Copyright** Report: This report is being submitted pursuant to 17 U.S.C. section ...

... the United States shall send written notification to the Register of **Copyrights** setting forth, as far as is shown by the papers filed ...

  **Copyright** Report: This report is being submitted pursuant to 17 U.S.C. section ...

**Court**: US District Court for the District of Oregon | **Date Filed**: Jul 20, 2018 | **Docket Number**: 3:18cv1370 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

61.   **Philpot V. Gp Tm Acquisition Llc**

... Atlas ) Parties notified.(hcarradi, 4) (Entered: 09/24/2018) 6 2018-09-24 Register of **Copyrights**, AO-121, Notified. (hcarradi, 4) (Entered: 09/24/2018) 4992623818 2019-03-23 Register of **Copyrights** , AO-121, Notified. (hcarradi, 4) (Entered: 09/24/2018) 2018-09-24 Summons Issued as ...

... 1 Closed 01/17/2019 CV Civil 820 **Copyrights** 81 Houston 2018-09-21T00:00:00 2019-03-23T00:00:00 2018-09-21 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2019-01-29T00:00:00 0 None 1...

... Texas Southern US District Court Docket US.DIS.TXS._418cv3390_TXSD 4:18cv3390_TXSD 2019-03-23T02:17:38.243 Intellectual Property **Copyright** Civil Closed 5T9R-YKX1-DXDT-G48T-00000-00 3 20190323T021759 4:18cv3390 18cv3390 4:18 cv3390 No. 4:18cv3390 ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** by **Larry** G **Philpot** , filed.(Hutcherson, Kenton) (Entered: 09/21/2018) 4992623815 2019-03-23 Request for Issuance of ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** by **Larry** G **Philpot**, filed.(Hutcherson, Kenton) (Entered: 09/21/2018)...

... 01/29/2019 Judge Nancy F Atlas Assigned NANCY F ATLAS 2004-05-19T10:03:00 1004340624163 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Kenton James Hutcherson...

**Court**: US District Court for the Southern District of Texas │ **Date Filed**: Sep 21, 2018 │ **Docket Number**: 4:18cv3390 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

62.   [Philpot V. Gray Television, Inc.](#)

... Registrar. (tmf) (Entered: 02/26/2021) 2021-02-26 Clerk's Certificate of Mailing as to **Copyright** Office re 17 A.O. Form 121 **Copyright**. (tmf) (Entered: 02/26/2021) 6099306357 2021-05-09 Clerk's Certificate of Mailing as to **Copyright** Office re 17 A.O. Form 121 **Copyright**. (tmf) (Entered: 02/26/2021)...

... -A -Photo of Tom Petty , # 2 Exhibit -B - **Copyright** Registration Exhibit -B -**Copyright** Registration , # 3 Exhibit -C -Wikimedia of Tom Petty Exhibit ...

... 1 Closed 02/26/2021 CV Civil 820 **Copyrights** 20 Atlanta 2020-10-06T00:00:00 2021-05-10T00:00:00 2020-10-02 0 4months,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 28:1338 0 2021-02-26T00:00:00 0 None 1...

... Georgia Northern US District Court Docket US.DIS.GAN_120cv4093_GAND 1:20cv4093_GAND 2021-05-10T17:39:37.540 Intellectual Property **Copyright** Civil Closed 6100-2GD1-DXDT-G2BH-00000-00 143 20210510T173950 1:20cv4093 20cv4093 1:20 cv4093 No. 1:20cv4093 ...

... Clerk's Certificate of Mailing as to **Copyright** Office re 17 A.O. Form 121 **Copyright**. (tmf) (Entered: 02/26/2021) Judge Leigh Martin May Assigned LEIGH MARTIN MAY 2014-11-18T10:01:00 1345217961572 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G ...

**Court**: United States District Court, Georgia Northern │ **Date Filed**: Oct 02, 2020 │ **Docket Number**: 1:20cv4093 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

63.   [Philpot V. Gray Television, Inc.](#)

... 2015-04-06 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Order transferring jurisdiction / closing case) (BGT) ...

... 1 Closed 03/30/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-03T00:00:00 2015-06-06T00:00:00 2014-12-02 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-04-06T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1977_INSD 1:14cv1977_INSD 2015-06-06T02:12:52.767 Intellectual Property **Copyright** Civil Closed 5DRS-1T71-DXDT-G2CF-00000-00 5 20181121T101046 1:14cv1977 14cv1977 1:14 cv1977 No. 1:14cv1977 ...

... 2014-12-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Complaint) (SWM)  (Entered: 12/09/2014) 3586379303 2015-06-06 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Complaint) (SWM) (Entered: 12/09/2014)...

... Magistrate Judge Debra McVicker Lynch Referred DEBRA MCVICKER LYNCH 2008-10-24T18:13:00 3748982755358 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana │ **Date Filed**: Dec 02, 2014 │ **Docket Number**: 1:14cv1977 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

64.   [Philpot V. Gray Television, Inc](#)

... 06/14/2016 CV Civil 820 **Copyrights** 30 South Bend 2015-03-31T00:00:00 2016-04-06T00:00:00 2015-03-31 0 CASREF , PROTO , TERMED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2016-04-04T00:00:00 0...

... Indiana Northern US District Court Docket US.DIS.INN_315cv145_INND 3:15cv145_INND 2016-06-14T15:16:10.900 Intellectual Property **Copyright** Civil Closed 5FMX-CS11-DXDT-G24R-00000-00 53 20181121T210140 3:15cv145 15cv145 3:15 cv145 No. 3:15cv145 ...

... 2014-12-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Complaint) (SWM) [Transferred from Indiana Southern on ...

... 5271000828044 Judge Jon E Deguilio Assigned JON E DEGUILIO 2010-05-27T21:05:00 1082005925335 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot Larry** G **Philpot** ...

**Court**: US District Court for the Northern District of Indiana | **Date Filed**: Mar 31, 2015 | **Docket Number**: 3:15cv145 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

65.   ## Philpot V. Guyann Corporation

... Closed 01/29/2021 CV Civil 820 **Copyrights** 7 Phoenix Division 2020-11-06T00:00:00 2020-11-06T00:00:00 2020-11-06 0 CLOSED , STD Plaintiff 0 None Federal Question **Copyright** Infringement 17:504 0 2020-11-06T00:00:00 0 None...

... AZ Arizona US District Court Docket US.DIS.AZ_220cv2136_AZD 2:20cv2136_AZD 2021-02-01T11:42:09.510 Intellectual Property **Copyright** Civil Closed 616K-54M1-DXDT-G41D-00000-00 11 20210201T114220 2:20cv2136 20cv2136 2:20 cv2136 No. 2:20cv2136 ...

... Plaintiff's Certificate of Interested Persons by **Larry** G **Philpot**. (submitted by Lance Broberg) (REK) (Entered: 11/06/2020) 3 2020-11-06 NOTICE of Filing - **Copyright**, Trademark or Patent Information filed by **Larry** G **Philpot**. (submitted by Lance Broberg) (REK) (Entered: 11/06/2020) 5841074523 2020-11-06 NOTICE of Filing - **Copyright**, Trademark or Patent Information filed by **Larry** G **Philpot**. (submitted by Lance Broberg) (REK) (Entered: 11/06/2020)...

... re: 14 Notice of Voluntary Dismissal - Entire Case/Action filed by **Larry** G **Philpot** . Document not in compliance with LRCiv 7.1(a)(3) - Party names ...

... Senior Judge Susan R Bolton Assigned SUSAN R BOLTON 2018-01-04T20:01:00 2188480578075 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G ...

**Court**: US District Court for the District of Arizona | **Date Filed**: Nov 06, 2020 | **Docket Number**: 2:20cv2136 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

66.   ## Philpot V. Hearst Newspapers Llc

... Hughes ) Parties notified.(hcarradi, 4) (Entered: 02/02/2018) 5 2018-02-02 Register of **Copyrights**, AO-121, Notified. (hcarradi, 4) (Entered: 02/02/2018) 4589109094 2018-03-27 Register of **Copyrights** , AO-121, Notified. (hcarradi, 4) (Entered: 02/02/2018) 2018-02-16 Summons Issued as ...

... 1 Closed 03/22/2018 CV Civil 820 **Copyrights** 81 Houston 2018-01-31T00:00:00 2018-03-27T00:00:00 2018-01-31 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-03-22T00:00:00 0 None 1...

... Texas Southern US District Court Docket US.DIS.TXS_418cv291_TXSD 4:18cv291_TXSD 2018-03-27T12:33:23.513 Intellectual Property **Copyright** Civil Closed 5RJ2-HPG1-DXDT-G1F3-00000-00 2 20181224T234611 4:18cv291 18cv291 4:18 cv291 No. 4:18cv291 ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** by **Larry** G **Philpot** , filed.(Hutcherson, Kenton) (Entered: 01/31/2018) 4589109091 2018-03-27 Request for Issuance of ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** by **Larry** G **Philpot**, filed.(Hutcherson, Kenton) (Entered: 01/31/2018)...

... 03/22/2018) Judge Lynn N Hughes Assigned LYNN N HUGHES 2004-05-19T10:03:00 1069264085414 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Kenton James Hutcherson...

**Court**: US District Court for the Southern District of Texas | **Date Filed**: Jan 31, 2018 | **Docket Number**: 4:18cv291 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

67.   ## Philpot V. Hive Media Group Llc

... 2020-11-06 0 Open CV Civil 820 **Copyrights** 11 San Diego 2020-11-06T00:00:00 2020-11-06T00:00:00 2020-11-06 0 . Plaintiff 0 None Federal Question **Copyright** Infringement 17:0501 0 2020-11-06T00:00:00 0 None 1...
... California Southern US District Court Docket US.DIS.CAS_320cv2184_CASD 3:20cv2184_CASD 2021-04-09T12:43:08.447 Intellectual Property **Copyright** Civil Open 617F-JC61-DXDT-G13W-00000-00 8 20210409T124321 3:20cv2184 20cv2184 3:20 cv2184 No. 3:20cv2184 ...
... Magistrate Judge Jill L. Burkhardt Referred JILL L BURKHARDT 2014-03-25T11:58:00 3153759511282 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Brett L. McClure...

**Court**: United States District Court, California Southern | **Date Filed**: Nov 06, 2020 | **Docket Number**: 3:20cv2184 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

---

68.   ## Philpot V. Hngn Inc.

... to HNGN Inc.. (rch) (Entered: 06/20/2017) 9 2017-06-20 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...
... is voluntarily dismissed, against the defendant(s) HNGN Inc.. Document filed by **Larry Philpot**. (Chung, Andrew) (Entered: 10/24/2017) 21 2017-10-25 AO 121 FORM **COPYRIGHT** - CASE TERMINATED-SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 10/24/2017 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...
... SUMMONS as to HNGN Inc., re: 1 Complaint. Document filed by **Larry Philpot**. (Scileppi, Laura) (Entered: 06/19/2017) 4 2017-06-19 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted ...

**Court**: US District Court for the Southern District of New York | **Date Filed**: Jun 19, 2017 | **Docket Number**: 1:17cv4589 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

69.   ## Philpot V. Hubbard Radio Phoenix Llc

... is served. (SIB) (Entered: 10/01/2018) 5 2018-10-01 MINUTE ORDER: Request for **Copyright**, Trademark, or Patent Information. This case has been designated as a **copyright**, trademark, or patent case. The Clerk's Office is required to provide information to the Patent and Trademark Office and/or **Copyright** Office regarding this case. Attached to this docket entry are the ...
... with the Court using the specific event: Notice of Filing - **Copyright** , Trademark or Patent Information, found under the Other Filings header. ...
... Please DO NOT mail the form directly to the Patent or **Copyright** Office. The Clerk's Office will submit the form. If neither form ...
... event listed above. This form must be updated if additional patents, **copyrights** , or trademarks are alleged in a responsive pleading (Attachments: # ...

... on 1/16/2019. (KEP) (Entered: 01/16/2019) 21 2019-01-18 REPORT of Report to **Copyright** Office re: 5 by Plaintiff **Larry G Philpot**. (Broberg, Lance) (Entered: 01/18/2019) 4919894808 Events since last full update REPORT of Report to **Copyright** Office re: 5 by Plaintiff **Larry G Philpot**. (Broberg, Lance) (Entered: 01/18/2019)...

... CV Civil 820 **Copyrights** 7 Phoenix Division 2018-10-01T00:00:00 2018-10-01T00:00:00 2018-10-01 0 CLOSED , MIDP , STAY-CASE , STD Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-10-01T00:00:00...

**Court**: US District Court for the District of Arizona | **Date Filed**: Oct 01, 2018 | **Docket Number**: 2:18cv3084 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

70.   [Philpot V. Hubpages, Inc.](#)

... 2018-08-28 0 Open CV Civil 820 **Copyrights** 10 San Francisco 2018-08-28T00:00:00 2018-08-28T00:00:00 2018-08-28 0 Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-08-28T00:00:00 0 None 1...

... California Northern US District Court Docket US.DIS.CAN._318cv5284_CAND 3:18cv5284_CAND 2018-08-29T11:12:15.593 Intellectual Property **Copyright** Civil Open 5T4M-4RG1-DXDT-G1F0-00000-00 2 20181222T052148 3:18cv5284 18cv5284 3:18 cv5284 No. 3:18cv5284 ...

... due by 9/11/2018. (bwS, COURT STAFF) (Filed on 8/28/2018) (Entered: 08/28/2018) **Larry G Philpot** P Plaintiff **LARRY G PHILPOT** 2015-07-15T12:33:00 1 **Larry G Philpot** Hillary Noelle Bunsow...

**Court**: US District Court for the Northern District of California | **Date Filed**: Aug 28, 2018 | **Docket Number**: 3:18cv5284 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

---

71.   [Philpot V. Hubpages, Inc.](#)

... Open CV Civil 820 **Copyrights** 10 San Jose 2018-08-29T00:00:00 2018-08-29T00:00:00 2018-08-28 0 ADRMOP , CONSENT , MEDIATION Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-08-29T00:00:00 0...

... California Northern US District Court Docket US.DIS.CAN._518cv5284_CAND 5:18cv5284_CAND 2019-05-14T16:57:23.600 Intellectual Property **Copyright** Civil Open 5T4T-RJG1-DXDT-G34S-00000-00 30 20190514T171535 5:18cv5284 18cv5284 5:18 cv5284 No. 5:18cv5284 ...

... Magistrate Judge Susan van Keulen Assigned SUSAN VAN KEULEN 2017-01-09T19:27:00 3197466820191 **Larry G Philpot** P Plaintiff **LARRY G PHILPOT** 2015-07-15T12:33:00 1 **Larry G Philpot** Hillary Noelle Bunsow...

**Court**: US District Court for the Northern District of California | **Date Filed**: Aug 28, 2018 | **Docket Number**: 5:18cv5284 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

---

72.   [Philpot V. Iheartmedia, Inc.](#)

... Case Designated ECF. (dgo) (Entered: 11/28/2016) 5 2016-11-28 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on 7/5/2017) (ap) (Entered: 07/06/2017) 38 2017-07-06 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 7/6/2017 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... Liebowitz, Richard ) (Entered: 11/24/2016) 4 2016-11-24 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(

Liebowitz, Richard ) (Entered: 11/24/2016) 4222753407 2017-04-07 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form ...

**Court**: US District Court for the Southern District of New York ⎪ **Date Filed**: Nov 24, 2016 ⎪ **Docket Number**: 1:16cv9156 ⎪ **Nature of Suit**: Copyrights ⎪ **Cause**: Copyright Infringement ⎪ **Status**: Closed

---

73.  ## Philpot V. Iheartmedia Inc

... Request for Clerk to issue Report to the US **Copyright** Office filed by **Larry** G **Philpot**. (Hutcherson, Kenton) (Entered: 04/30/2020) 4 2020-04-30 Request for Clerk to issue Corrected Report to the US **Copyright** Office filed by **Larry** G **Philpot**. (Hutcherson, Kenton) (Entered: 04/30/2020) 5521848269 2020-05-01 Request for Clerk to issue Corrected Report to the US **Copyright** Office filed by **Larry** G **Philpot**. (Hutcherson, Kenton) (Entered: 04/30/2020)...
... Closed 05/14/2020 CV Civil 820 **Copyrights** 80 Dallas 2020-05-01T00:00:00 2020-05-01T00:00:00 2020-04-30 0 CLOSED , JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-04-30T00:00:00 0 None...
... if not received electronically. (hml) (Entered: 05/01/2020) 6 2020-05-01 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (hml) ...
... (Entered: 05/01/2020) 5521951294 Events since last full update 2020-05-01 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (hml) ...
... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (ndt) (Entered: 05/15/2020) 8 2020-05-14 Report to **Copyright** Office of Final Order. Form AO 121 e-mailed to 508filings@loc.gov. (ndt) ...

**Court**: US District Court for the Northern District of Texas ⎪ **Date Filed**: Apr 30, 2020 ⎪ **Docket Number**: 3:20cv1093 ⎪ **Nature of Suit**: Copyrights ⎪ **Cause**: Copyright Infringement ⎪ **Status**: Closed

---

74.  ## Philpot V. Independent Journal Review

... 3 Report of the Filing of an Action Regarding a **Copyright** Report of the Filing of an Action Regarding a **Copyright** , # 4 Proposed Summons Proposed Summons...
... 2020-05-26 0 Open CV Civil 820 **Copyrights** 84 Alexandria 2020-05-26T00:00:00 2020-05-26T00:00:00 2020-05-26 0 **COPYRIGHT** , JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-26T00:00:00 0 None 1...
... Virginia Eastern US District Court Docket US.DIS.VAE_120cv590_VAED 1:20cv590_VAED 2021-04-21T14:17:27.510 Intellectual Property **Copyright** Civil Open 5YSH-8BR1-J9YR-S2NN-00000-00 92 20210505T140340 1:20cv590 20cv590 1:20 cv590 No. 1:20cv590 ...
... AMENDED COMPLAINT against Independent Journal Review, filed by **Larry** G. **Philpot**. (Attachments: # 1 Exhibit A - Photo , # 2 Exhibit B - **Copyright** Registration Certificate , # 3 Exhibit C - Wikimedia , # ...

**Court**: United States District Court, Virginia Eastern ⎪ **Date Filed**: May 26, 2020 ⎪ **Docket Number**: 1:20cv590 ⎪ **Nature of Suit**: Copyrights ⎪ **Cause**: Copyright Infringement ⎪ **Status**: Open

---

75.  ## Philpot V. Ingraham Media Group, Inc.

... 0 Open CV Civil 820 **Copyrights** 14 Washington, DC 2017-07-17T00:00:00 2017-07-17T00:00:00 2017-07-17 0 JURY , TYPE-E Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2017-07-17T00:00:00 0 None...
... of Columbia US District Court Docket US.DIS.DC_117cv1421_DCD 1:17cv1421_DCD 2017-09-29T17:00:20.987 Intellectual Property **Copyright** Civil Open 5P17-31J1-DXDT-G46F-00000-00 15 20181127T103920 1:17cv1421 17cv1421 1:17 cv1421 No. 1:17cv1421 ...

... Events since last full update NOTICE of Voluntary Dismissal by **LARRY PHILPOT** (Riebling, Peter) (Entered: 09/29/2017) **Larry Philpot** P Plaintiff 12527 Winding Creek Lane | Indianapolis, IN 46236 | **LARRY PHILPOT** ...

**Court**: US District Court for the District of Columbia | **Date Filed**: Jul 17, 2017 | **Docket Number**: 1:17cv1421 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

76.  [Philpot V. Inland Publications Inc](#)

... 0 Open CV Civil 820 **Copyrights** 88 Spokane 2020-10-29T00:00:00 2020-11-30T00:00:00 2020-10-29 0 JURY , LC02 Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-29T00:00:00 0 None...
... Washington Eastern US District Court Docket US.DIS.WAE_220cv400_WAED 2:20cv400_WAED 2021-04-21T15:43:20.957 Intellectual Property **Copyright** Civil Open 614F-7FP1-DXDT-G1CP-00000-00 12 20210421T154404 2:20cv400 20cv400 2:20 cv400 No. 2:20cv400 ...
... CERTIFICATION of Interested Persons by **Larry** P **Philpot**. (Hoerschelmann, Nathan) (Entered: 10/29/2020) 5 2020-10-29 **Copyright** Report  by **Larry** P **Philpot**. (Hoerschelmann, Nathan) (Entered: 10/29/2020) 5885367064 2020-11-30 **Copyright** Report  by **Larry** P **Philpot**. (Hoerschelmann, Nathan) (Entered: 10/29/2020)...
... 04/21/2021) Judge Rosanna Malouf Peterson Assigned ROSANNA MALOUF PETERSON 2010-02-04T08:22:00 2418651486299 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Nathan Arend Hoerschelmann...

**Court**: United States District Court, Washington Eastern | **Date Filed**: Oct 29, 2020 | **Docket Number**: 2:20cv400 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

77.  [Philpot V. Kanter](#)

... AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.( Garbarini, Richard ) (Entered: 02/21/2016) 5 2016-02-22 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...
... on 10/12/2016) (rjm) (Entered: 10/13/2016) 28 2016-10-13 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 10/13/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...
... SUMMONS as to Evelyn Kanter, re: 1 Complaint. Document filed by **Larry** G. **Philpot**. ( Garbarini, Richard ) (Entered: 02/21/2016) 4 2016-02-21 AO 121 FORM **COPYRIGHT** - ...

**Court**: US District Court for the Southern District of New York | **Date Filed**: Feb 21, 2016 | **Docket Number**: 1:16cv1331 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

78.  [Philpot V Kinder](#)

... Closed 02/08/2018 CV Civil 820 **Copyrights** 38 Boston 2017-10-15T00:00:00 2018-01-11T00:00:00 2017-10-13 0 CLOSED , COPYRT Both 500,000 None Federal Question **Copyright** Infringement 17:101 0 2017-12-29T00:00:00 0 None...
... MA Massachusetts US District Court Docket US.DIS.MA_117cv11991_MAD 1:17cv11991_MAD 2018-04-12T10:16:45.577 Intellectual Property **Copyright** Civil Closed 5PR0-C941-DXDT-G19K-00000-00 45 20181127T103920 1:17cv11991 17cv11991 1:17 cv11991 No. 1:17cv11991 ...

... (Coppola, Katelyn) (Entered: 10/16/2017) 4 2017-10-17 REPORT on the filing/termination of **copyright** case . (Oliverio, Michael) (Entered: 10/17/2017) 4507554286 2018-01-11 REPORT on the filing/termination of **copyright** case . (Oliverio, Michael) (Entered: 10/17/2017)...

... 04/12/2018 Judge William G. Young Assigned WILLIAM G YOUNG 2012-03-07T10:11:00 1367820044475 **Larry  Philpot** P Plaintiff **LARRY PHILPOT** 2017-06-14T14:25:00 1 **Larry  Philpot** Michael Lawrence Oliverio LEAD ATTORNEY;ATTORNEY TO BE NOTICED...

**Court:** US District Court for the District of Massachusetts | **Date Filed:** Oct 13, 2017 | **Docket Number:** 1:17cv11991 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

79. ## Philpot V. Kos Media Llc

 **Copyright** Infringement 17:101 0 2018-07-09T00:00:00 0 None 1 2018-07-09 COMPLAINT for **Copyright** Infringment, Violations of the Digital Millenium **Copyright** Act, Jury Trial Demanded against Kos Media LLC ( Filing fee $ 400, receipt number 0971-12496613.). Filed byLarry G **Philpot** . (Attachments: # 1 Exhibit A Exhibit A , # 2 ...

... California Northern US District Court Docket US.DIS.CAN_318cv4100_CAND 3:18cv4100_CAND 2019-08-30T13:45:26.137 Intellectual Property **Copyright** Civil Closed 5SRY-76D1-DXDT-G4VX-00000-00 38 20190830T134815 3:18cv4100 18cv4100 3:18 cv4100 No. 3:18cv4100 ...

... Magistrate Judge Thomas S. Hixson Assigned THOMAS S HIXSON 2018-09-05T20:02:00 3140658735710 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Michael Norman Zachary...

**Court:** US District Court for the Northern District of California | **Date Filed:** Jul 09, 2018 | **Docket Number:** 3:18cv4100 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

80. ## Philpot V. Kos Media Llc

... Case Designated ECF. (moh) (Entered: 03/01/2016) 5 2016-03-01 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**. (moh) (Entered: 03/01/2016) 4093311852 2016-11-30 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**. (moh) (Entered: 03/01/2016)...

... Mailed a copy of 45 Clerk's Judgment to **Larry** G. **Philpot**, 12527 Winding Creek Lane, Indianapolis, IN 46236. (rro) (Entered: 05/25/2017) 46 2017-05-25 AO 121 FORM **COPYRIGHT** - CASE TERMINATED-SUBMITTED. In compliance with the provisions ...

**Court:** US District Court for the Southern District of New York | **Date Filed:** Feb 29, 2016 | **Docket Number:** 1:16cv1523 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

81. ## Philpot V. Kovac Media Group, Llc., D/B/A Tenth Street Entertainment

... Case pursuant to FED. R. Civ. P. 41(a)(1)(A)(ii) filed by Plaintiff **Larry** G. **Philpot**.(McClure, Brett) (Entered: 04/14/2021) 14 2021-04-15 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright** . (Closing) (Attachments: # 1 Dismissal) (mrgo) (Entered: 04/15/2021) 6070833713 Events ...

 **Copyrights** 8 Western Division - Los Angeles 2020-12-18T00:00:00 2020-12-18T00:00:00 2020-12-18 0 ACCO ...

... , CLOSED , DISCOVERY , MANADR Plaintiff 0 None Federal Question **Copyright** Infringement...

... California Central US District Court Docket US.DIS.CAC_220cv11469_CACD 2:20cv11469_CACD 2021-04-15T13:57:14.063 Intellectual Property **Copyright** Civil Closed 61J5-6S51-DXDT-G0T6-00000-00 11 20210415T135738 2:20cv11469 20cv11469 2:20 cv11469 No. 2:20cv11469 ...

... Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff **Larry** G. **Philpot**. (McClure, Brett) (Entered: 12/18/2020) 4 2020-12-18 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot** . (McClure, Brett) (Entered: 12/18/2020) 5932043721 Events since last full update ...

... update 2020-12-18 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (McClure, Brett) (Entered: 12/18/2020)...

... REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright**. (Closing) (Attachments: # 1 Dismissal) (mrgo) (Entered: 04/15/2021) **LARRY** G. ...

**Court**: United States District Court, California Central │ **Date Filed**: Dec 18, 2020 │ **Docket Number**: 2:20cv11469 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

82.  ## Philpot V. Lemonwade Llc

... Case Designated ECF. (dgo) (Entered: 02/18/2016) 5 2016-02-18 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on 5/19/2016) (kl) (Entered: 05/19/2016) 31 2016-05-19 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 5/19/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... Lemonwade LLC. (Filing Fee $ 400.00, Receipt Number 0208-11959668)Document filed by **Larry** G. **Philpot**.( Garbarini, Richard ) (Entered: 02/17/2016) 2 2016-02-17 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.( Garbarini, Richard ) ...

**Court**: US District Court for the Southern District of New York │ **Date Filed**: Feb 17, 2016 │ **Docket Number**: 1:16cv1201 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

83.  ## Philpot V. Lending Tree, Llc

... # 3 Report on the Filing of Action Regarding A **Copyright** Report on the Filing of Action Regarding A **Copyright** , # 4  Exhibit A Exhibit A...

... 2020-05-08 0 Open CV Civil 820 **Copyrights** 52 Charlotte 2020-05-08T00:00:00 2020-05-08T00:00:00 2020-05-08 0 M&R Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-08T00:00:00 0 None 1...

... 05/08/2020) 3 2020-05-08 REPORT on the filing or determination of a **copyright** action. (Attachments: # 1 Copy of Complaint) (brj) (Entered: 05/08/2020) 5532676347 ...

... Carolina Western US District Court Docket US.DIS.NCW_320cv268_NCWD 3:20cv268_NCWD 2021-03-31T12:16:18.750 Intellectual Property **Copyright** Civil Open 5YSG-Y2V1-J9YR-S2BM-00000-00 19 20210331T121630 3:20cv268 3:20 cv268 No. 3:20cv268 ...

... Magistrate Judge David S. Cayer Referred DAVID S CAYER 2012-05-06T12:30:00 2595177079455 **Larry Philpot** P Plaintiff **LARRY PHILPOT** 2016-01-02T08:45:00 1 **Larry Philpot** Kenton J. Hutcherson LEAD ATTORNEY;PRO HAC VICE;ATTORNEY TO BE NOTICED...

**Court**: United States District Court, North Carolina Western │ **Date Filed**: May 08, 2020 │ **Docket Number**: 3:20cv268 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Open

---

84. **Philpot V. Lightning Marketing Group, Llc**

... 04/08/2019) 32 2019-04-09 FORM AO 121 SENT TO DIRECTOR OF U.S. **COPYRIGHT** OFFICE (kpe) (Entered: 04/09/2019) 5012815666 Events since last full update FORM AO 121 SENT TO DIRECTOR OF U.S. **COPYRIGHT** OFFICE (kpe) (Entered: 04/09/2019)...

... Civil 820 **Copyrights** 18 Miami 2018-10-01T00:00:00 2018-10-01T00:00:00 2018-09-30 0 CLOSED , LFL , REF_DISCOV , REF_PTN , REF_SETTLEMENT Plaintiff 0 None Federal Question **Copyright** Infringement 28:1338 0...

... Florida Southern US District Court Docket US.DIS.FLS_118cv24022_FLSD 1:18cv24022_FLSD 2019-04-09T09:45:38.677 Intellectual Property **Copyright** Civil Closed 5TCS-N3R1-DXDT-G2XR-00000-00 23 20200807T124103 1:18cv24022 18cv24022 1:18 cv24022 No. 1:18cv24022 ...

... NOTICE by **Larry** G. **Philpot** of filing of Civil Cover Sheet (Parwani, Rinky) (Entered: 10/01/2018) 5 2018-10-01 FORM AO 121 SENT TO DIRECTOR OF U.S. **COPYRIGHT** OFFICE (dj) (Entered: 10/01/2018) 4799351129 Events since last full update FORM AO 121 SENT TO DIRECTOR OF U.S. **COPYRIGHT** OFFICE (dj) (Entered: 10/01/2018)...

... FORM AO 121 SENT TO DIRECTOR OF U.S. **COPYRIGHT** OFFICE (kpe) (Entered: 04/09/2019) Senior Judge Donald L. Graham Assigned DONALD L GRAHAM 2017-02-28T09:31:00 2203715874703 **LARRY** G. ...

**Court:** US District Court for the Southern District of Florida | **Date Filed:** Sep 30, 2018 | **Docket Number:** 1:18cv24022 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

85. **Philpot V. Lynyrd Skynyrd Productions, Inc.**

... NOTICE of Voluntary Dismissal filed by plaintiff **Larry** G. **Philpot**. Dismissal is with prejudice. (Zachary, Michael) (Entered: 09/11/2018) 13 2018-09-12 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright** . (Closing) (Attachments: # 1 Notice of Dismissal) (shb) (Entered: 09/12/2018) ...

... 820 **Copyrights** 8 Western Division - Los Angeles 2018-08-21T00:00:00 2018-08-21T00:00:00 2018-08-21 0 ACCO ...

... , (GJSx) , DISCOVERY , MANADR Plaintiff 0 None Federal Question **Copyright** Infringement 17:101...

... California Central US District Court Docket US.DIS.CAC_218cv7330_CACD 2:18cv7330_CACD 2018-09-12T14:12:24.150 Intellectual Property **Copyright** Civil Open 5T34-VXS1-DXDT-G4B0-00000-00 5 20181215T065248 2:18cv7330 18cv7330 2:18 cv7330 No. 2:18cv7330 ...

... NOTICE of Interested Parties filed by plaintiff **Larry** G **Philpot**, (Zachary, Michael) (Entered: 08/21/2018) 5 2018-08-21 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G **Philpot**. (Zachary, Michael) (Entered: 08/21/2018) 4753930930 Events since last full update REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G **Philpot**. (Zachary, Michael) (Entered: 08/21/2018)...

... REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright** . (Closing) (Attachments: # 1 Notice ...

**Court:** US District Court for the Central District of California | **Date Filed:** Aug 21, 2018 | **Docket Number:** 2:18cv7330 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Open

---

86. **Philpot V. Mackin Et Al**

... Karas on 7/12/16) (yv) (Entered: 07/12/2016) 41 2016-07-12 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 7/12/16 in a court action filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**. (yv) (Entered: 07/12/2016) 3981042945 Events since last full update AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 7/12/16 in a court action

filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**. (yv) (Entered: 07/12/2016)...

... AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) ...

**Court**: US District Court for the Southern District of New York | **Date Filed**: Jan 06, 2016 | **Docket Number**: 7:16cv60 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

87. ## Philpot V. Manhattan Media Llc

... 2014-11-17 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** via US Mail. (Attachments: # 1 Dismissal Document) (SWM) (Entered: 11/17/2014) ...

... 1 Closed 11/06/2014 CV Civil 820 **Copyrights** 31 Indianapolis 2014-08-01T00:00:00 2015-01-31T00:00:00 2014-08-01 0 PROSE,CLOSED None 0 None Federal Question **Copyright** Infringement 17:101 0 2014-11-17T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1284_INSD 1:14cv1284_INSD 2015-01-31T02:09:36.210 Intellectual Property **Copyright** Civil Closed 5CT3-8831-DXDT-G459-00000-00 7 20181121T070432 1:14cv1284 14cv1284 1:14 cv1284 No. 1:14cv1284 ...

... Submission of Signature Requirement re 1 Complaint by **LARRY** G. **PHILPOT**. (Attachments: # 1 Envelope)(SWM) (Entered: 08/05/2014) 5 2014-08-13 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1  Complaint) (SWM)  (Entered: 08/13/2014) 3478525952 2015-01-31 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Complaint) (SWM) (Entered: 08/13/2014)...

... Magistrate Judge Debra McVicker Lynch Referred DEBRA MCVICKER LYNCH 2008-10-24T18:13:00 3748982755358 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. ...

**Court**: US District Court for the Southern District of Indiana | **Date Filed**: Aug 01, 2014 | **Docket Number**: 1:14cv1284 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

88. ## Philpot V Mansion America, Llc

... Closed 11/02/2016 CV Civil 820 **Copyrights** 45 Kansas City 2016-05-26T00:00:00 2016-05-26T00:00:00 2016-05-26 0 CLOSED , MAPN Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2016-05-26T00:00:00 0 Indiana Southern, 1:14-cv-01357...

... Missouri Western US District Court Docket US.DIS.MOW_416cv483_MOWD 4:16cv483_MOWD 2016-11-02T11:15:37.737 Intellectual Property **Copyright** Civil Closed 5JVN-X691-DXDT-G2PR-00000-00 12 20181224T213746 4:16cv483 16cv483 4:16 cv483 No. 4:16cv483 ...

... 2014-08-25 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . Copy mailed. (Attachments: # 1 Complaint , # 2 Attachment) ...

... District Judge Ortrie D. Smith Assigned ORTRIE D SMITH 2012-03-05T12:17:00 2583750334607 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Mansion  ...

**Court**: US District Court for the Western District of Missouri | **Date Filed**: May 26, 2016 | **Docket Number**: 4:16cv483 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

89. ## Philpot V. Mansion America, Llc Et Al

... 2016-06-14 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Order) (JLS)  (Entered: 06/14/2016) 3982888633 2016-08-13 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Order) (JLS) (Entered: 06/14/2016)...

... 1 Closed 05/24/2016 CV Civil 820 **Copyrights** 31 Indianapolis 2014-08-19T00:00:00 2016-08-13T00:00:00 2014-08-18 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2016-06-14T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1357_INSD 1:14cv1357_INSD 2016-08-13T02:51:20.620 Intellectual Property **Copyright** Civil Closed 5CY5-TTS1-DXDT-G0TG-00000-00 11 20181121T100526 1:14cv1357 14cv1357 1:14 cv1357 No. 1:14cv1357 ...

... 2014-08-25 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . Copy mailed. (Attachments: # 1 Complaint , # 2 Attachment) ...

... 3748982755358 Judge Tanya Walton Pratt Assigned TANYA WALTON PRATT 2010-06-26T00:50:00 1714510676260 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana | **Date Filed**: Aug 18, 2014 | **Docket Number**: 1:14cv1357 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

90.   [Philpot V. Mclay](#)

... 2014-12-08 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Dismissal Document) (SWM) (Entered: 12/08/2014) 3478525915 2015-01-31 ...

... 1 Closed 11/24/2014 CV Civil 820 **Copyrights** 31 Indianapolis 2014-08-01T00:00:00 2015-01-31T00:00:00 2014-08-01 0 PROSE,CLOSED None 0 None Federal Question **Copyright** Infringement 17:101 0 2014-12-08T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1283_INSD 1:14cv1283_INSD 2015-01-31T02:09:26.077 Intellectual Property **Copyright** Civil Closed 5CT3-8831-DXDT-G458-00000-00 7 20181121T070432 1:14cv1283 14cv1283 1:14 cv1283 No. 1:14cv1283 ...

... Submission of Signature Requirement re 1 Complaint by **LARRY** G. **PHILPOT**. (Attachments: # 1 Envelope)(SWM) (Entered: 08/05/2014) 5 2014-08-13 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1  Complaint) (SWM)  (Entered: 08/13/2014) 3478525892 2015-01-31 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Complaint) (SWM) (Entered: 08/13/2014)...

... Magistrate Judge Debra McVicker Lynch Referred DEBRA MCVICKER LYNCH 2008-10-24T18:13:00 3748982755358 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. ...

**Court**: US District Court for the Southern District of Indiana | **Date Filed**: Aug 01, 2014 | **Docket Number**: 1:14cv1283 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

91.   [Philpot V. Media Research Center Inc.](#)

... Filing fee $ 400, receipt number 0422-5628115.), filed by **Larry Philpot** . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # ...

... 07/21/2017) 2 2017-07-20 Report on the filing of an action regarding **copyright** VAu 1-164-624, VAu 1-182-727. (acha, ) (Entered: 07/21/2017) 4575255088 2018-03-14 Report on the filing of an action regarding **copyright** VAu 1-164-624, VAu 1-182-727. (acha, ) (Entered: 07/21/2017)...

... 1 Closed 01/09/2018 CV Civil 820 **Copyrights** 84 Alexandria 2017-07-21T00:00:00 2018-03-14T00:00:00 2017-07-20 0 CLOSED,**COPYRIGHT**,JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2018-01-09T00:00:00 1 None 2018-01-09...

... Virginia Eastern US District Court Docket US.DIS.VAE_117cv822_VAED 1:17cv822_VAED 2018-03-14T15:07:57.940 Intellectual Property **Copyright** Civil Closed 5P2M-VKN1-DXDT-G1P5-00000-00 36 20181121T090633 1:17cv822 17cv822 1:17 cv822 No. 1:17cv822 ...

... Magistrate Judge Michael S. Nachmanoff Referred MICHAEL S NACHMANOFF 2015-03-02T15:53:00 3759486360267 **Larry Philpot** P Plaintiff **LARRY PHILPOT** 2016-01-02T08:45:00 1 L **Larry Philpot** Peter Joseph Riebling LEAD ATTORNEY;ATTORNEY TO BE NOTICED...

**Court:** US District Court for the Eastern District of Virginia | **Date Filed:** Jul 20, 2017 | **Docket Number:** 1:17cv822 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

92.  [Philpot V. Melville House Publishing, Llc](#)

... Certificate of Interested Persons Certificate of Interested Persons , # 3 **Copyright** Notice **Copyright** Notice ) (Davis, Kimberly) (Entered: 10/02/2018) 4800270594 2018-10-02 COMPLAINT against Melville ...
... 1 Closed 02/07/2019 CV Civil 820 **Copyrights** 59 Brooklyn 2018-10-02T00:00:00 2018-10-02T00:00:00 2018-10-02 0 CLOSED , **COPYRIGHT** Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-10-02T00:00:00 0 None 1...
... the Filing or Determination of an Action or appeal Regarding a **Copyright** . (Attachments: # 1 Order) (Hong, Loan) (Entered: 02/08/2019) 4943431245 Events ...
... York Eastern US District Court Docket US.DIS.NYE_118cv5515_NYED 1:18cv5515_NYED 2019-02-08T09:46:48.620 Intellectual Property **Copyright** Civil Closed 5TCW-H8H1-DXDT-G14N-00000-00 12 20190208T220700 1:18cv5515 18cv5515 1:18 cv5515 No. 1:18cv5515 ...

**Court:** US District Court for the Eastern District of New York | **Date Filed:** Oct 02, 2018 | **Docket Number:** 1:18cv5515 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

93.  [Philpot V. Metal Injection, Llc](#)

... Proposed Summons. by **Larry** G. **Philpot** (Hutcherson, Kenton) (Entered: 10/27/2020) 7 2020-10-27 NOTICE by **Larry** G. **Philpot** Notice of Report on **Copyright** AO121 (Hutcherson, Kenton) (Entered: 10/27/2020) 5821824377 Events since last full update 2020-10-27 NOTICE by **Larry** G. **Philpot** Notice of Report on **Copyright** AO121 (Hutcherson, Kenton) (Entered: 10/27/2020)...
... 1 Closed 01/05/2021 CV Civil 820 **Copyrights** 59 Brooklyn 2020-10-26T00:00:00 2020-10-26T00:00:00 2020-10-26 0 CLOSED , ACO , **COPYRIGHT** Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-26T00:00:00 0 None 1...
... the Filing or Determination of an Action or appeal Regarding a **Copyright** . (Attachments: # 1 complaint) (Rocco, Christine) (Entered: 10/27/2020) 5821950073 Events ...
... York Eastern US District Court Docket US.DIS.NYE_120cv5143_NYED 1:20cv5143_NYED 2021-01-13T12:31:46.880 Intellectual Property **Copyright** Civil Closed 613K-D201-DXDT-G13X-00000-00 18 20210113T123302 1:20cv5143 20cv5143 1:20 cv5143 No. 1:20cv5143 ...
... the Filing or Determination of an Action or appeal Regarding a **Copyright** . (Attachments: # 1 order) (Hong, Loan) (Entered: 01/13/2021) 5958016277 Events ...

**Court:** US District Court for the Eastern District of New York | **Date Filed:** Oct 26, 2020 | **Docket Number:** 1:20cv5143 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

94.  [Philpot V. Metal Systems, Inc.](#)

... 1 Closed 05/13/2019 CV Civil 820 **Copyrights** 16 Tampa 2018-09-28T00:00:00 2020-05-22T00:00:00 2018-09-28 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2019-05-13T00:00:00 0 None 1...
... Florida Middle US District Court Docket US.DIS.FLM_818cv2400_FLMD 8:18cv2400_FLMD 2020-05-22T18:28:45.500 Intellectual Property **Copyright** Civil Closed 5TC1-VSW1-DXDT-G2J9-00000-00 14 20200820T150138 8:18cv2400 18cv2400 8:18 cv2400 No. 8:18cv2400 ...
... issued as to Metal Systems, Inc. (EA) (Entered: 09/28/2018) 4 2018-09-28 **Copyright** Report sent to Washington. (Attachments: # 1  Copy of Complaint) (EA)  (Entered: 09/28/2018) 5554836364 2020-05-22 **Copyright** Report sent to Washington. (Attachments: # 1 Copy of Complaint) (EA) ...

... Magistrate Judge Sean P. Flynn Referred SEAN P FLYNN 2018-08-02T11:45:00 2506851016394 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Rinky S. Parwani...

**Court:** US District Court for the Middle District of Florida | **Date Filed:** Sep 28, 2018 | **Docket Number:** 8:18cv2400 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

95. [Philpot V. Mic Network Inc.](#)

... Case Designated ECF. (moh) (Entered: 02/19/2016) 5 2016-02-19 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**. (moh) (Entered: 02/19/2016) 5624594495 2020-07-06 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**. (moh) (Entered: 02/19/2016)...

... Network Inc.. (Filing Fee $ 400.00, Receipt Number 0208-11965602)Document filed by **Larry** G. **Philpot**.(Garbarini, Richard) (Entered: 02/18/2016) 2 2016-02-18 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted ...

**Court:** US District Court for the Southern District of New York | **Date Filed:** Feb 18, 2016 | **Docket Number:** 1:16cv1240 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

96. [Philpot V. Minority Opportunity News Inc](#)

... if not received electronically. (zkc) (Entered: 01/17/2018) 6 2018-01-18 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (zkc) ...

... (zkc) (Entered: 01/18/2018) 4514909699 Events since last full update Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (zkc) ...

... 04/06/2018 CV Civil 820 **Copyrights** 80 Dallas 2018-01-17T00:00:00 2018-01-17T00:00:00 2018-01-17 0 CLOSED , DISCREF , JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-01-17T00:00:00 0...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (chmb) (Entered: 04/06/2018) 4603770593 Events since last full update Civil ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (chmb) (Entered: 04/06/2018)...

... Texas Northern US District Court Docket US.DIS.TXN_318cv113_TXND 3:18cv113_TXND 2018-07-16T09:03:44.543 Intellectual Property **Copyright** Civil Closed 5RDV-T8H1-DXDT-G4N1-00000-00 21 20181222T041235 3:18cv113 18cv113 3:18 cv113 No. 3:18cv113 ...

... Request for Clerk to issue Summons filed by **Larry** G **Philpot** . ( Hutcherson, Kenton ) (Entered: 01/17/2018) 4 2018-01-17 Request for ...

**Court:** US District Court for the Northern District of Texas | **Date Filed:** Jan 17, 2018 | **Docket Number:** 3:18cv113 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

97. [Philpot V. Mlb Advanced Media, L.P. Et Al](#)

... The party information for the following party/parties has been modified: **Larry Philpot** . The information for the party/parties has been modified for the ...

... a typographical error. (rch) (Entered: 02/16/2016 6 2016-02-16 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights**

is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on 3/24/2016) (lmb) (Entered: 03/24/2016) 16 2016-03-24 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 3/24/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... SHEET filed. (Garbarini, Richard) (Entered: 02/14/2016) 3 2016-02-14 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 02/14/2016) 3815739737 2016-02-15 AO 121 FORM ...

**Court**: US District Court for the Southern District of New York │ **Date Filed**: Feb 14, 2016 │ **Docket Number**: 1:16cv1128 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

98.  [Philpot V. Multimedia Graphic Network, Inc. Et Al](#)

... 04/04/2018 CV Civil 820 **Copyrights** 11 San Diego 2017-06-14T00:00:00 2017-06-14T00:00:00 2017-06-13 0 CLOSED , ENE , PROTO Plaintiff 0 None Federal Question **Copyright** Infringement (definitions) 17:0101 0 2017-06-14T00:00:00 0...

... California Southern US District Court Docket US.DIS.CAS_317cv1201_CASD 3:17cv1201_CASD 2018-04-05T11:27:33.677 Intellectual Property **Copyright** Civil Closed 5NSH-X8G1-DXDT-G07K-00000-00 3 20181222T025412 3:17cv1201 17cv1201 3:17 cv1201 No. 3:17cv1201 ...

... NOTICE OF INTERESTED PARTIES by **Larry Philpot** re 1 Complaint, (Jeong, Chan) (Entered: 06/14/2017) 4 2017-06-14 ADMINISTRATIVE RECORD ...

... THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A **COPYRIGHT** . (Jeong, Chan) (Entered: 06/14/2017) 4293619377 Events since last full update ...

... THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A **COPYRIGHT** . (Jeong, Chan) (Entered: 06/14/2017)...

... Magistrate Judge Jill L. Burkhardt Referred JILL L BURKHARDT 2014-03-25T11:58:00 3153759511282 **Larry  Philpot** P Plaintiff an Individual │ **LARRY PHILPOT** 2017-06-14T14:25:00 1 **Larry  Philpot** Stephen Michael Doniger...

**Court**: US District Court for the Southern District of California │ **Date Filed**: Jun 13, 2017 │ **Docket Number**: 3:17cv1201 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement (definitions) │ **Status**: Closed

---

99.  [Philpot V. Music Times, Llc](#)

... 2015-08-24 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. (BGT) (Entered: 08/24/2015) 3776369398 2016-01-02 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. (BGT) (Entered: 08/24/2015)...

... 1 Closed 08/21/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-03T00:00:00 2016-01-02T00:00:00 2014-12-02 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-09-17T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1978_INSD 1:14cv1978_INSD 2016-01-02T02:29:38.837 Intellectual Property **Copyright** Civil Closed 5DRS-1T71-DXDT-G2CD-00000-00 7 20181121T101046 1:14cv1978 14cv1978 1:14 cv1978 No. 1:14cv1978 ...

... 2014-12-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # ( (1) Complaint) (SWM) Modified on 12/9/2014 (SWM). ...

... Magistrate Judge Tim A. Baker Referred TIM A BAKER 2012-04-02T12:22:00 2235010995624 **LARRY G. PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court:** US District Court for the Southern District of Indiana | **Date Filed:** Dec 02, 2014 | **Docket Number:** 1:14cv1978 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

100.  ### Philpot V. Music Times Llc

... Case Designated ECF. (moh) (Entered: 02/22/2016) 5 2016-02-22 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**. (moh) (Entered: 02/22/2016) 3822048011 Events since last full update AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright**(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of **Copyrights**. (moh) (Entered: 02/22/2016)...
... Terminate Transcript Deadlines (km) (Entered: 05/10/2017) 36 2017-05-10 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a ...

**Court:** US District Court for the Southern District of New York | **Date Filed:** Feb 19, 2016 | **Docket Number:** 1:16cv1277 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

101.  ### Philpot V. Mustard Seed Media, Llc Et Al

... 2020-10-28 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 complaint , # 2 Exhibit) (JDC) (Entered: ...
... 1 Closed 02/10/2021 CV Civil 820 **Copyrights** 31 Indianapolis 2020-10-19T00:00:00 2021-02-20T00:00:00 2020-10-19 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2021-02-16T00:00:00 0 None 1...
... 2021-02-16 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Order of Dismissal) (JRB) (Entered: 02/16/2021) 6003432325 ...
... Indiana Southern US District Court Docket US.DIS.INS_120cv2712_INSD 1:20cv2712_INSD 2021-02-20T02:15:15.287 Intellectual Property **Copyright** Civil Closed 60YR-W941-DXDT-G0BN-00000-00 2 20210220T021534 1:20cv2712 20cv2712 1:20 cv2712 No. 1:20cv2712 ...
... against MUSTARD SEED MEDIA, LLC, THE PROSPER GROUP CORPORATION, filed by **LARRY** G. **PHILPOT** . (Filing fee $400, receipt number 0756-6232828) (Attachments: # 1 Exhibit ...
... A - Main Photo , # 2 Exhibit Exhibit B - **Copyright** Registration , # 3 Exhibit Exhibit C - Infringing Images , ...
... Magistrate Judge Debra McVicker Lynch Referred DEBRA MCVICKER LYNCH 2008-10-24T18:13:00 3748982755358 **LARRY** G. **PHILPOT** P Plaintiff an Indiana resident | **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** ...

**Court:** United States District Court, Indiana Southern | **Date Filed:** Oct 19, 2020 | **Docket Number:** 1:20cv2712 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

102.  ### Philpot V. Myarea Network, Inc.

... issued as to MyArea Network, Inc. (MCB) (Entered: 05/29/2020) 6 2020-05-29 **Copyright** Report sent to Washington. (MCB) (Entered: 05/29/2020) 5797067911 2020-10-14 **Copyright** Report sent to Washington. (MCB) (Entered: 05/29/2020) 7 2020-05-29 SUPPLEMENT by **Larry** G. **Philpot**. EXHIBITS to 1 Complaint . (Attachments: # 1 ...
... 2020-05-29 0 Open CV Civil 820 **Copyrights** 16 Tampa 2020-05-29T00:00:00 2020-10-14T00:00:00 2020-05-29 0 TRLSET Both 0 None Federal Question **Copyright** Infringement 17:101 0 2020-09-22T00:00:00 0 None 1...

... Florida Middle US District Court Docket US.DIS.FLM_820cv1239_FLMD 8:20cv1239_FLMD 2021-05-06T10:16:07.657 Intellectual Property **Copyright** Civil Open 5YV6-VB21-DXDT-G017-00000-00 115 20210506T101623 8:20cv1239 20cv1239 8:20 cv1239 No. 8:20cv1239 ...

... CERTIFICATE of interested persons and corporate disclosure statement by **Larry** G. **Philpot**. (Parwani, Rinky) (Entered: 05/29/2020) 3 2020-05-29 NOTICE by **Larry** G. **Philpot** Report on the Filing or Determination of an Action or Appeal Regarding a **Copyright** (Parwani, Rinky) (Entered: 05/29/2020) 5797067908 2020-10-14 NOTICE by **Larry** G. **Philpot** Report on the Filing or Determination of an Action or Appeal Regarding a **Copyright** (Parwani, Rinky) (Entered: 05/29/2020)...

**Court**: United States District Court, Florida Middle │ **Date Filed:** May 29, 2020 │ **Docket Number**: 8:20cv1239 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Open

---

103. ## Philpot V. New Bay Media Llc

... Case Designated ECF. (moh) (Entered: 02/19/2016) 5 2016-02-19 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... Document filed by **Larry** G. **Philpot**. (Garbarini, Richard) (Entered: 03/04/2016) 8 2016-03-07 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 3/4/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... re: 1 Complaint. Document filed by **Larry** G. **Philpot**. (Garbarini, Richard) (Entered: 02/18/2016) 3 2016-02-18 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 02/18/2016) 3818183970 Events since last full update AO 121 FORM ...

**Court**: US District Court for the Southern District of New York │ **Date Filed:** Feb 18, 2016 │ **Docket Number**: 1:16cv1241 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

104. ## Philpot V. New Orleans Tourism Marketing Corporation

... 1 Closed 02/20/2019 CV Civil 820 **Copyrights** 35 New Orleans 2018-10-01T00:00:00 2019-04-08T00:00:00 2018-10-01 0 AOFORM,CLOSED Both 0 None Federal Question **Copyright** Infringement 17:501 0 2019-02-28T00:00:00 0 None 1...

... Louisiana Eastern US District Court Docket US.DIS.LAE_218cv9087_LAED 2:18cv9087_LAED 2019-04-08T19:03:27.800 Intellectual Property **Copyright** Civil Closed 5TCW-H8F1-DXDT-G1BW-00000-00 27 20190409T002505 2:18cv9087 18cv9087 2:18 cv9087 No. 2:18cv9087 ...

... Magistrate Judge Karen Wells Roby Referred KAREN WELLS ROBY 2004-05-19T10:03:00 3166682846088 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Galen M. Hair...

**Court**: US District Court for the Eastern District of Louisiana │ **Date Filed:** Oct 01, 2018 │ **Docket Number**: 2:18cv9087 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

105. ## Philpot V. North Texas Public Broadcasting Inc

... Public Broadcasting Inc. (ajb) (Entered: 01/17/2018) 7 2018-01-17 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (ajb) (Entered: 01/17/2018) 4589083446 2018-03-27 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (ajb) ...

... Closed 04/04/2018 CV Civil 820 **Copyrights** 80 Dallas 2018-01-16T00:00:00 2018-03-27T00:00:00 2018-01-16 0 CLOSED , JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-03-12T00:00:00 0 None...

... FINAL JUDGMENT: That JUDGMENT is entered in favor of **Larry** G. **Philpot** , Plaintiff, against Defendant North Texas Public Broadcasting, Inc. in the ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (Ordered by Chief Judge Barbara M.G. Lynn on 4/4/2018) (zkc) ...

... Texas Northern US District Court Docket US.DIS.TXN_318cv99_TXND 3:18cv99_TXND 2018-05-01T10:00:21.903 Intellectual Property **Copyright** Civil Closed 5RDV-T8G1-DXDT-G0P5-00000-00 15 20181222T055528 3:18cv99 18cv99 3:18 cv99 No. 3:18cv99 ...

... Request for Clerk to issue Summons filed by **Larry** G **Philpot** . (Hutcherson, Kenton) (Entered: 01/16/2018) 4 2018-01-16 Request for Clerk to ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** filed by **Larry** G **Philpot** . (Hutcherson, Kenton) (Entered: 01/16/2018) 4589083443 2018-03-27 Request for Clerk to ...

**Court**: US District Court for the Northern District of Texas ┃ **Date Filed**: Jan 16, 2018 ┃ **Docket Number**: 3:18cv99 ┃ **Nature of Suit**: Copyrights ┃ **Cause**: Copyright Infringement ┃ **Status**: Closed

---

106. ## Philpot V. Odyssey Media Group, Inc.

... 2020-12-21 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** (Attachments: # 1 complaint , # 2 Exhibit) (JDC) (Entered: 12/21/2020) ...

  **Philpot** V. Odyssey Media Group, Inc. 2020-11-09 0 Open CV Civil 820 **Copyrights** 31 Indianapolis 2020-11-09T00:00:00 2021-03-13T00:00:00 2020-11-09 0 Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2020-12-21T00:00:00 0 None 1 2020-11-09...

... Indiana Southern US District Court Docket US.DIS.INS_120cv2940_INSD 1:20cv2940_INSD 2021-03-13T02:09:42.837 Intellectual Property **Copyright** Civil Open 617F-BJ71-DXDT-G0F7-00000-00 2 20210313T020949 1:20cv2940 20cv2940 1:20 cv2940 No. 1:20cv2940 ...

... COMPLAINT against ODYSSEY MEDIA GROUP, INC., filed by **LARRY** G. **PHILPOT** . (Filing fee $400, receipt number 0756-6267390) (Attachments: # 1 Exhibit ...

... A - Subject Photo , # 2 Exhibit Exhibit B - **Copyright** Certificate , # 3 Exhibit Exhibit C - Infringing Image , ...

... Magistrate Judge Mark J. Dinsmore Referred MARK J DINSMORE 2012-03-14T14:17:00 2978561107734 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** J. Stephen Smith...

**Court**: United States District Court, Indiana Southern ┃ **Date Filed**: Nov 09, 2020 ┃ **Docket Number**: 1:20cv2940 ┃ **Nature of Suit**: Copyrights ┃ **Cause**: Copyright Infringement ┃ **Status**: Open

---

107. ## Philpot V. Pemco Insurance Agency Inc

... 2020-10-23 0 Open CV Civil 820 **Copyrights** 89 Seattle 2020-10-23T00:00:00 2021-04-15T00:00:00 2020-10-23 0 JURYDEMAND Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2021-03-25T00:00:00 0 None 1...

... Washington Western US District Court Docket US.DIS.WAW_220cv1564_WAWD 2:20cv1564_WAWD 2021-04-19T16:57:55.610 Intellectual Property **Copyright** Civil Open 613K-D201-DXDT-G0V7-00000-00 31 20210503T185839 2:20cv1564 20cv1564 2:20 cv1564 No. 2:20cv1564 ...

... the filing or determination of an action. Mailed to the US **Copyright** Office (CDA) (Entered: 10/26/2020) 6070805409 2021-04-15 REPORT on the filing or determination of an action. Mailed to the US **Copyright** Office (CDA) (Entered: 10/26/2020)...

... AMENDED COMPLAINT against defendant(s) **Larry** G **Philpot** with JURY DEMAND, filed by **Larry** G **Philpot** . (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, ...

... 04/19/2021) Judge James L. Robart Assigned JAMES L ROBART 2012-03-03T00:07:00 1172288222575 **Larry** G **Philpot** P Plaintiff LARRY G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Nathan A Hoerschelmann...

**Court:** United States District Court, Washington Western ⏐ **Date Filed:** Oct 23, 2020 ⏐ **Docket Number:** 2:20cv1564 ⏐ **Nature of Suit:** Copyrights ⏐ **Cause:** Copyright Infringement ⏐ **Status:** Open

---

108.   Philpot V. Penske Media Corporation

... 7. (fms) (Entered: 11/12/2020) 8 2020-11-12 Report to the Register of **Copyrights** for **Copyright** Number(s): VAu 1-164-648 mailed to Register of **Copyrights** with copy of Notice of Voluntary Dismissal. (fms) (Entered: 11/12/2020) 5852300428 ...
... Events since last full update 2020-11-12 Report to the Register of **Copyrights** for **Copyright** Number(s): VAu 1-164-648 mailed to Register of **Copyrights** with copy of Notice of Voluntary Dismissal. (fms) (Entered: 11/12/2020)...
... jurisdiction. (sam) (Entered: 10/23/2020) 3 2020-10-23 Report to the Register of **Copyrights** for **Copyright** Number VAu 1-164-648. Report mailed to Register of **Copyrights**. (sam) (Entered: 10/23/2020) 5815606700 2020-10-23 Report to the Register of **Copyrights** for **Copyright** Number VAu 1-164-648. Report mailed to Register of **Copyrights**. (sam) (Entered: 10/23/2020)...
... 1 Closed 11/09/2020 CV Civil 820 **Copyrights** 15 Wilmington 2020-10-23T00:00:00 2020-10-23T00:00:00 2020-10-23 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-23T00:00:00 0 None 1...
... DE Delaware US District Court Docket US.DIS.DE_120cv1421_DED 1:20cv1421_DED 2020-11-12T14:15:44.010 Intellectual Property **Copyright** Civil Closed 614B-XDS1-DXDT-G0SX-00000-00 8 20201112T141609 1:20cv1421 20cv1421 1:20 cv1421 No. 1:20cv1421 ...
... Report to the Register of **Copyrights** for ...

**Court:** US District Court for the District of Delaware ⏐ **Date Filed:** Oct 23, 2020 ⏐ **Docket Number:** 1:20cv1421 ⏐ **Nature of Suit:** Copyrights ⏐ **Cause:** Copyright Infringement ⏐ **Status:** Closed

---

109.   Philpot V. Planck, Llc

... on behalf of **Larry Philpot**. (Dunnegan, William) (Entered: 06/16/2017) 10 2017-06-19 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...
... by Planck, LLC.(Kaufman, Alan) (Entered: 11/10/2017) 34 2017-11-16 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 11/10/2017 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...
... 06/16/2017) -- 2017-06-16 ***NOTICE TO ATTORNEY TO SUBMIT AO 121 FORM **COPYRIGHT**. Notice to Attorney Andrew Sup Chung to submit a completed AO 121 Form **Copyright** to court for review. Use the event type AO 121 **Copyright** - Notice of Submission by Attorney found under the event list ...

**Court:** US District Court for the Southern District of New York ⏐ **Date Filed:** Jun 15, 2017 ⏐ **Docket Number:** 1:17cv4513 ⏐ **Nature of Suit:** Copyrights ⏐ **Cause:** Copyright Infringement ⏐ **Status:** Closed

---

110.   Philpot V. Pow Records, Inc.

... REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot** . (McClure, Brett) (Entered: 10/27/2020) 4 2020-10-27 Request for Clerk to ...

... Complaint (Attorney Civil Case Opening) 1 , Report on Filing of **Copyright** Action (Initial Notification) 3 filed by Plaintiff **Larry** G. **Philpot** . (McClure, Brett) (Entered: 10/27/2020) 5823967137 2020-10-28 Request for Clerk to ...

... Complaint (Attorney Civil Case Opening) 1 , Report on Filing of **Copyright** Action (Initial Notification) 3 filed by Plaintiff **Larry** G. **Philpot**. (McClure, Brett) (Entered: 10/27/2020)...

  **Copyrights** 8 Western Division - Los Angeles 2020-10-28T00:00:00 2020-10-28T00:00:00 2020-10-27 0 ACCO ...

... , AO121 , DISCOVERY , MANADR None 0 None Federal Question **Copyright** Infringement...

... California Central US District Court Docket US.DIS.CAC_220cv9878_CACD 2:20cv9878_CACD 2021-05-06T12:43:04.330 Intellectual Property **Copyright** Civil Open 615D-RWY1-DXDT-G09K-00000-00 19 20210506T124321 2:20cv9878 20cv9878 2:20 cv9878 No. 2:20cv9878 ...

... Interested Parties filed by Plaintiff All Plaintiffs, identifying POW Records, Inc., **Larry** G. **Philpot**. (McClure, Brett) (Entered: 10/27/2020) 3 2020-10-27 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot**. (McClure, Brett) (Entered: 10/27/2020) 5823967136 2020-10-28 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by ...

**Court**: United States District Court, California Central | **Date Filed**: Oct 27, 2020 | **Docket Number**: 2:20cv9878 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

---

111.    **Philpot V. Prestige Real Estate Group, Llc. Et Al**

... 1 Closed 05/27/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-22T00:00:00 2015-06-20T00:00:00 2014-12-19 0 PROSE,CLOSED Plaintiff 175,000 None Federal Question **Copyright** Infringement 17:501 0 2015-05-27T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv2080_INSD 1:14cv2080_INSD 2015-06-20T02:14:18.687 Intellectual Property **Copyright** Civil Closed 5DWR-0S11-DXDT-G52J-00000-00 6 20181121T101057 1:14cv2080 14cv2080 1:14 cv2080 No. 1:14cv2080 ...

... Magistrate Judge Mark J. Dinsmore Referred MARK J DINSMORE 2012-03-14T14:17:00 2978561107734 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana | **Date Filed**: Dec 19, 2014 | **Docket Number**: 1:14cv2080 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

112.    **Philpot V. Ranker, Llc**

... Case Designated ECF. (dgo) (Entered: 02/23/2016) 5 2016-02-23 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on 6/21/2016) (ama) (Entered: 06/21/2016) -- 2016-06-21 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... Ranker, LLC. (Filing Fee $ 400.00, Receipt Number 0208-11977941)Document filed by **Larry** G. **Philpot**.(Garbarini, Richard) (Entered: 02/22/2016) 2 2016-02-22 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 02/22/2016) 3822002836 Events since last full update AO 121 FORM ...

**Court**: US District Court for the Southern District of New York | **Date Filed**: Feb 22, 2016 | **Docket Number**: 1:16cv1332 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

113. ## Philpot V. Rcc Holdings, Llc

... Miller ) Parties notified.(LaurenWebsteradi, 4) (Entered: 05/16/2018) 6 2018-05-16 Register of **Copyrights**, AO-121, Notified. (LaurenWebsteradi, 4) (Entered: 05/16/2018) 4927619282 2019-01-26 Register of **Copyrights**, AO-121, Notified. (LaurenWebsteradi, 4) (Entered: 05/16/2018) 7 2018-06-08...

... 1 Closed 12/07/2018 CV Civil 820 **Copyrights** 81 Houston 2018-05-15T00:00:00 2019-01-26T00:00:00 2018-05-15 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:504 0 2018-12-07T00:00:00 0 None 1...

... Texas Southern US District Court Docket US.DIS.TXS_418cv1573_TXSD 4:18cv1573_TXSD 2019-01-26T02:22:46.870 Intellectual Property **Copyright** Civil Closed 5SB7-JG21-DXDT-G3VC-00000-00 3 20190126T105642 4:18cv1573 18cv1573 4:18 cv1573 No. 4:18cv1573 ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** by **Larry** G **Philpot** , filed.(Hutcherson, Kenton) (Entered: 05/15/2018) 4927619278 2019-01-26 Request for Issuance of ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** by **Larry** G **Philpot**, filed.(Hutcherson, Kenton) (Entered: 05/15/2018)...

... 12/07/2018) Judge Gray H MILLER Assigned GRAY H MILLER 2006-05-15T00:09:00 1018548764485 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Kenton James Hutcherson...

**Court**: US District Court for the Southern District of Texas | **Date Filed**: May 15, 2018 | **Docket Number**: 4:18cv1573 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

114. ## Philpot V. Ready

... to Tracy D (ajb) (Entered: 01/17/2018) 8 2018-01-17 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (ajb) (Entered: 01/17/2018) 4741112209 2018-08-10 Report to **Copyright** Office of Initiating Document. Form AO 121 e-mailed to 508filings@loc.gov. (ajb) ...

... 1 Closed 03/26/2018 CV Civil 820 **Copyrights** 80 Dallas 2018-01-16T00:00:00 2018-08-10T00:00:00 2018-01-16 0 CLOSED,DISCREF,JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-03-26T00:00:00 0 None 1...

... STIPULATION OF DISMISSAL by **Larry** G **Philpot** . (Hutcherson, Kenton) (Entered: 03/26/2018) 2018-03-26 Civil Case Terminated per 17 ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (axm) (Entered: 03/26/2018) 4741112219 2018-08-10 Civil Case Terminated per 17 ...

... The clerk will prepare the final Report to the Patent/Trademark or **Copyright** Office. (axm) (Entered: 03/26/2018)...

... Texas Northern US District Court Docket US.DIS.TXN_318cv98_TXND 3:18cv98_TXND 2018-08-10T13:47:23.067 Intellectual Property **Copyright** Civil Closed 5RDV-T8F1-DXDT-G50X-00000-00 17 20181222T055528 3:18cv98 18cv98 3:18 cv98 No. 3:18cv98 ...

... CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by **Larry** G **Philpot** . (Hutcherson, Kenton) (Entered: 01/16/2018) 5 2018-01-16 Request for Clerk to ...

**Court**: US District Court for the Northern District of Texas | **Date Filed**: Jan 16, 2018 | **Docket Number**: 3:18cv98 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

115. ## Philpot V. Realix, Inc.

... on 3/25/2016) (kko) (Entered: 03/25/2016) 13 2016-03-25 AO 121 FORM **COPYRIGHT** - CASE TERMINATED - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 3/25/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... Realix, Inc.. (Filing Fee $ 400.00, Receipt Number 0208-11960094)Document filed by **Larry** G. **Philpot**.(Garbarini, Richard) (Entered: 02/17/2016) 2 2016-02-17 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 02/17/2016) 3817410343 Events since last full update AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 02/17/2016) ...

... Closed 03/25/2016 CV Civil 820 **Copyrights** 61 Foley Square 2016-02-17T00:00:00 2016-02-17T00:00:00 2016-02-17 0 CLOSED , ECF Plaintiff 150,000,000 None Federal Question **Copyright** Infringement 17:101 0 2016-02-17T00:00:00 0 None...

**Court**: US District Court for the Southern District of New York | **Date Filed**: Feb 17, 2016 | **Docket Number**: 1:16cv1204 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

116. **Philpot V. Record Collector News Llc**

... REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G. **Philpot** . (McClure, Brett) (Entered: 10/27/2020) 4 2020-10-27 Request for Clerk to ...

... Complaint (Attorney Civil Case Opening) 1 , Report on Filing of **Copyright** Action (Initial Notification) 3 filed by Plaintiff **Larry** G. **Philpot** . (McClure, Brett) (Entered: 10/27/2020) 5823968519 2020-10-28 Request for Clerk to ...

... Complaint (Attorney Civil Case Opening) 1 , Report on Filing of **Copyright** Action (Initial Notification) 3 filed by Plaintiff **Larry** G. **Philpot** . (McClure, Brett) (Entered: 10/27/2020)...

  **Copyrights** 8 Western Division - Los Angeles 2020-10-28T00:00:00 2020-10-28T00:00:00 2020-10-27 0 ACCO ...

... , CLOSED , DISCOVERY , MANADR None 0 None Federal Question **Copyright** Infringement...

... NOTICE of Voluntary Dismissal filed by Plaintiff **Larry** G. **Philpot**. Dismissal is with prejudice. (McClure, Brett) (Entered: 03/10/2021) 13 2021-03-11 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright** . (Closing) (Attachments: # 1 Ntc Vol Dism) (shb) (Entered: 03/11/2021) ...

... California Central US District Court Docket US.DIS.CAC_220cv9877_CACD 2:20cv9877_CACD 2021-03-11T15:12:14.287 Intellectual Property **Copyright** Civil Closed 615B-3PN1-DXDT-G3PK-00000-00 8 20210504T025303 2:20cv9877 20cv9877 2:20 cv9877 No. 2:20cv9877 ...

**Court**: United States District Court, California Central | **Date Filed**: Oct 27, 2020 | **Docket Number**: 2:20cv9877 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

117. **Philpot V. Revolvy, Llc**

... 1 Closed 12/14/2020 CV Civil 820 **Copyrights** 34 Kansas City 2020-05-29T00:00:00 2020-05-29T00:00:00 2020-05-29 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-29T00:00:00 0 None 1...

... KS Kansas US District Court Docket US.DIS.KS_220cv2273_KSD 2:20cv2273_KSD 2020-12-14T18:14:50.953 Intellectual Property **Copyright** Civil Closed 5YSG-Y2W1-J9YR-S1SP-00000-00 6 20201214T182354 2:20cv2273 20cv2273 2:20 cv2273 No. 2:20cv2273 ...

... CIVIL COVER SHEET by Plaintiff **Larry** G. **Philpot** . (Hertenstein, Luke) (Entered: 05/29/2020) 3 2020-05-29 AO FORM 121: REPORT ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** . (Hertenstein, Luke) (Entered: 05/29/2020) 5565108406 2020-05-29 AO FORM 121: REPORT ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright**. (Hertenstein, Luke) (Entered: 05/29/2020)...

... 2020-12-14 ***Civil Case Terminated per 7 Notice of Dismissal.(ca) (Entered: 12/14/2020) **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Luke R. Hertenstein...

**Court:** US District Court for the District of Kansas │ **Date Filed:** May 29, 2020 │ **Docket Number:** 2:20cv2273 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

118.   ## Philpot V. Rfd-Tv, Llc

... jurisdiction. (mal) (Entered: 10/28/2020) 3 2020-10-28 Report to the Register of **Copyrights** for **Copyright** Number(s)VAu 1-132-411; A copy of the report was mailed to the Register of **Copyrights**. (mal) (Entered: 10/28/2020) 5823963555 2020-10-28 Report to the Register of **Copyrights** for **Copyright** Number(s)VAu 1-132-411; A copy of the report was mailed to the Register of **Copyrights**. (mal) (Entered: 10/28/2020)...

  **Philpot** V. Rfd-Tv, Llc 2020-10-28 0 Open CV Civil 820 **Copyrights** 15 Wilmington 2020-10-28T00:00:00 2020-10-28T00:00:00 2020-10-28 0 Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-28T00:00:00 0 None 1 2020-10-28...

... DE Delaware US District Court Docket US.DIS.DE_120cv1459_DED 1:20cv1459_DED 2021-05-10T14:16:00.367 Intellectual Property **Copyright** Civil Open 6159-FR81-DXDT-G270-00000-00 18 20210510T141615 1:20cv1459 20cv1459 1:20 cv1459 No. 1:20cv1459 ...

... ORDER Trial Scheduling Order re 14 Order Setting Scheduling Conference, by **Larry** G. **Philpot**. (Warner, Raeann) (Entered: 05/10/2021) Unassigned Judge Assigned UNASSIGNED JUDGE 2009-01-14T14:25:00 864303237514 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Raeann Warner LEAD ATTORNEY;ATTORNEY TO BE NOTICED...

**Court:** United States District Court, Delaware │ **Date Filed:** Oct 28, 2020 │ **Docket Number:** 1:20cv1459 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Open

---

119.   ## Philpot V. Rockfile Media, Llc

... 12/12/2018) 22 2018-12-12 FORM AO 121 SENT TO DIRECTOR OF U.S. **COPYRIGHT** OFFICE (Attachments: # 1 Default Final Judgment) (ar2) (Entered: 12/12/2018) 4880714913 ...

... Closed 12/12/2018 CV Civil 820 **Copyrights** 18 Ft Lauderdale 2018-10-01T00:00:00 2018-10-01T00:00:00 2018-10-01 0 AOV , CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 28:1338 0 2018-10-01T00:00:00 0 None...

... 12/13/2018) 24 2018-12-13 FORM AO 121 SENT TO DIRECTOR OF U.S. **COPYRIGHT** OFFICE (Attachments: # 1 Amended Default Final Judgment) (ar2) (Entered: 12/13/2018) ...

... Florida Southern US District Court Docket US.DIS.FLS_018cv62330_FLSD 0:18cv62330_FLSD 2018-12-13T13:45:39.607 Intellectual Property **Copyright** Civil Closed 5TCS-N3R1-DXDT-G3B1-00000-00 16 20181213T145130 0:18cv62330 18cv62330 0:18 cv62330 No. 0:18cv62330 ...

... 10/01/2018) 3 2018-10-01 FORM AO 121 SENT TO DIRECTOR OF U.S. **COPYRIGHT** OFFICE (Attachments: # 1 Complaint) (pes) (Entered: 10/01/2018) 4799351185 2018-10-01 FORM ...

... **COPYRIGHT** OFFICE (Attachments: # 1 Amended Default Final Judgment) (ar2) (Entered: 12/13/2018) Judge Beth Bloom Assigned BETH BLOOM 2014-06-30T14:34:00 750111617257 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Rinky S. Parwani...

**Court:** US District Court for the Southern District of Florida │ **Date Filed:** Oct 01, 2018 │ **Docket Number:** 0:18cv62330 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

120.   ## Philpot V. Rocking M Media, Llc Et Al

... 1 Closed 08/06/2020 CV Civil 820 **Copyrights** 34 Kansas City 2020-05-07T00:00:00 2021-02-03T00:00:00 2020-05-07 0 CLOSED,SCHEDCONFSET Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-08-06T00:00:00 0 None 1...

... KS Kansas US District Court Docket US.DIS.KS_220cv2236_KSD 2:20cv2236_KSD 2021-02-03T19:15:49.520 Intellectual Property **Copyright** Civil Closed 5YK5-H0W1-J9YR-S3J0-00000-00 187 20210203T191724 2:20cv2236 20cv2236 2:20 cv2236 No. 2:20cv2236 ...

... CIVIL COVER SHEET by Plaintiff **Larry** G. **Philpot** . (Hertenstein, Luke) (Entered: 05/07/2020) 3 2020-05-07 AO FORM 121: REPORT ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** . (Hertenstein, Luke) (Entered: 05/07/2020) 5980869306 2021-01-31 AO FORM 121: REPORT ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright**. (Hertenstein, Luke) (Entered: 05/07/2020)...

... Magistrate Judge Teresa J. James Referred TERESA J JAMES 2014-01-22T19:18:00 2806197508276 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Luke R. Hertenstein...

**Court:** US District Court for the District of Kansas | **Date Filed:** May 07, 2020 | **Docket Number:** 2:20cv2236 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

121.   [Philpot V. Rural Media Group, Inc.](#)

... 1 Closed 10/07/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-03T00:00:00 2019-04-09T00:00:00 2014-12-02 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-10-07T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1985_INSD 1:14cv1985_INSD 2019-04-09T05:14:59.747 Intellectual Property **Copyright** Civil Closed 5DRS-1T71-DXDT-G2C6-00000-00 7 20190409T051856 1:14cv1985 14cv1985 1:14 cv1985 No. 1:14cv1985 ...

... 2014-12-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Complaint) (SWM)  (Entered: 12/09/2014) 5012770419 2019-04-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Complaint) (SWM) (Entered: 12/09/2014)...

... 2978561107734 Judge William T. Lawrence Assigned WILLIAM T LAWRENCE 2012-03-21T14:37:00 1723150990477 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court:** US District Court for the Southern District of Indiana | **Date Filed:** Dec 02, 2014 | **Docket Number:** 1:14cv1985 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

122.   [Philpot V. Santos](#)

  **Philpot** V. Santos 2020-05-28 0 Open CV Civil 820 **Copyrights** 73 Providence 2020-05-28T00:00:00 2020-05-28T00:00:00 2020-05-28 0 Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-28T00:00:00 0 None 1 2020-05-28...

... Rhode Island US District Court Docket US.DIS.RI_120cv238_RID 1:20cv238_RID 2021-03-09T12:16:28.813 Intellectual Property **Copyright** Civil Open 5YSH-8BR1-J9YR-S3VV-00000-00 17 20210309T121634 1:20cv238 20cv238 1:20 cv238 No. 1:20cv238 ...

... 121: REPORT on Filing or Determination of an Action Regarding a **Copyright** (Farrell Pletcher, Paula) (Entered: 05/28/2020) 5563469075 Events since last full update ...

... 121: REPORT on Filing or Determination of an Action Regarding a **Copyright** (Farrell Pletcher, Paula) (Entered: 05/28/2020)...

... Magistrate Judge Lincoln D. Almond Referred LINCOLN D ALMOND 2012-03-03T17:41:00 3134887195336 **Larry Philpot** P Plaintiff **LARRY PHILPOT** 2016-01-02T08:45:00 1 **Larry Philpot** Matthew C. Reeber ATTORNEY TO BE NOTICED...

**Court:** United States District Court, Rhode Island | **Date Filed:** May 28, 2020 | **Docket Number:** 1:20cv238 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Open

123. Philpot V. Scene Entertainment, Llc

... in that the Court finds Defendant Scene Entertainment, LLC infringed the **copyright** of Plaintiff, **Larry** G. **Philpot** . The Motion is DENIED without prejudice, as to Plaintiff's allegations ...

... that infringement was willful or that Defendant unlawfully removed or altered **copyright** management information under 17 U.S.C. 1202. IT IS FURTHER ORDERED that ...

... in that the Court finds Defendant Scene Entertainment, LLC infringed the **copyright** of Plaintiff, **Larry** G. **Philpot** . The Motion is DENIED without prejudice, as to Plaintiff's allegations ...

... that infringement was willful or that Defendant unlawfully removed or altered **copyright** management information under 17 U.S.C. 1202. IT IS FURTHER ORDERED that ...

... 1 Closed 05/29/2019 CV Civil 820 **Copyrights** 35 New Orleans 2018-10-01T00:00:00 2020-03-31T00:00:00 2018-10-01 0 AOFORM,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2019-07-26T00:00:00 0 None 2019-05-28...

... Louisiana Eastern US District Court Docket US.DIS.LAE_218cv9085_LAED 2:18cv9085_LAED 2020-03-31T03:21:11.173 Intellectual Property **Copyright** Civil Closed 5TCW-H8F1-DXDT-G151-00000-00 27 20200331T032121 2:18cv9085 18cv9085 2:18 cv9085 No. 2:18cv9085 ...

... )Attorney Sarah Mae Kalis added to party **Larry** G **Philpot** (pty:pla).(Kalis, Sarah) (Additional attachment(s) added on 10/2/2018: # 8 AO 121 ...

**Court**: US District Court for the Eastern District of Louisiana │ **Date Filed**: Oct 01, 2018 │ **Docket Number**: 2:18cv9085 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

124. Philpot V. Scripps Media, Inc.

... FILE IN THIS CASE. (lad) (Entered: 05/01/2020) 3 2020-05-01 Report on **Copyright** sent to Register of **Copyrights** with copy of complaint. (lad) (Entered: 05/01/2020) 5555218434 2020-05-24 Report on **Copyright** sent to Register of **Copyrights** with copy of complaint. (lad) (Entered: 05/01/2020)...

... 2020-04-30 0 Open CV Civil 820 **Copyrights** 82 Waco 2020-05-01T00:00:00 2020-05-24T00:00:00 2020-04-30 0 **COPYRIGHT** Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-05-01T00:00:00 0 None 4...

... Texas Western US District Court Docket US.DIS.TXW_620cv355_TXWD 6:20cv355_TXWD 2020-08-19T15:30:41.407 Intellectual Property **Copyright** Civil Open 5YSG-VTT1-J9YR-S2TR-00000-00 14 20200819T153036 6:20cv355 20cv355 6:20 cv355 No. 6:20cv355 ...

... STIPULATION of Dismissal with Prejudice by **Larry** G. **Philpot**. (Hutcherson, Kenton) (Entered: 08/19/2020) Judge Alan D Albright Assigned ALAN D ALBRIGHT 2010-06-30T07:00:00 1128042941540 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Kenton J. Hutcherson...

**Court**: US District Court for the Western District of Texas │ **Date Filed**: Apr 30, 2020 │ **Docket Number**: 6:20cv355 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Open

125. Philpot V. Scripps Media Inc Et Al

... # 5 Report on **Copyrights** (AO Form 121), # 6 Exhibit A - Photograph Ted Nugent ...

... A - Photograph Ted Nugent , # 7 Exhibit B - **Copyright** Registration Certificate Exhibit B - **Copyright** Registration Certificate...

... Closed 12/02/2020 CV Civil 820 **Copyrights** 89 Seattle 2020-05-29T00:00:00 2020-11-30T00:00:00 2020-05-29 0 CLOSED , JURYDEMAND Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-11-09T00:00:00 0 None...

... Photograph Jerry Lee Lewis , # 10 Exhibit E - **Copyright** Registration Certificate Exhibit E - **Copyright** Registration Certificate , # 11 Exhibit F - Wikimedia of Jerry ...

... Washington Western US District Court Docket US.DIS.WAW_220cv815_WAWD 2:20cv815_WAWD 2020-12-02T12:42:14.890 Intellectual Property **Copyright** Civil Closed 600G-6G01-J9YR-S0GW-00000-00 18 20201202T124228 2:20cv815 20cv815 2:20 cv815 No. 2:20cv815 ...

**Court**: US District Court for the Western District of Washington │ **Date Filed**: May 29, 2020 │ **Docket Number**: 2:20cv815 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

126.   [Philpot Vs. Eagle Communications, Inc.](#)

... 1 Closed 08/05/2015 CV Civil 820 **Copyrights** 34 Wichita 2015-07-10T00:00:00 2015-07-13T00:00:00 2015-07-10 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-07-10T00:00:00 0 Indiana Southern, 1:14-cv-01984...
... KS Kansas US District Court Docket US.DIS.KS_615cv1214_KSD 6:15cv1214_KSD 2015-08-05T11:00:22.060 Intellectual Property **Copyright** Civil Closed 5GD7-P0R1-DXDT-G1M1-00000-00 8 20181229T005604 6:15cv1214 15cv1214 6:15cv1214 No. 6:15cv1214 ...
... Magistrate Judge Teresa J. James Referred TERESA J JAMES 2014-01-22T19:18:00 2806197508276 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the District of Kansas │ **Date Filed**: Jul 10, 2015 │ **Docket Number**: 6:15cv1214 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

127.   [Philpot V. Seawaves Technology Llc](#)

... Procedure 41(a)(2) and the terms of a separate settlement agreement, Plaintiff **Larry** G. **Philpot** and Defendant SeaWaves Technology, LLC, through counsel, have stipulated to the ...
... 23 2019-07-02 REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright** . (Closing) (Attachments: # 1 Order) (iv) (Entered: 07/02/2019) 5110530020 Events ...
   **Copyrights** 8 Western Division - Los Angeles 2018-09-14T00:00:00 2018-09-14T00:00:00 2018-09-14 0 ACCO ...
... , CLOSED , DISCOVERY , MANADR Plaintiff 0 None Federal Question **Copyright** Infringement...
... California Central US District Court Docket US.DIS.CAC_218cv8005_CACD 2:18cv8005_CACD 2019-07-02T11:57:15.583 Intellectual Property **Copyright** Civil Closed 5T87-DY61-DXDT-G2SW-00000-00 16 20190803T024642 2:18cv8005 18cv8005 2:18 cv8005 No. 2:18cv8005 ...
... NOTICE of Interested Parties filed by plaintiff **Larry** G **Philpot**, (Zachary, Michael) (Entered: 09/14/2018) 5 2018-09-14 REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G **Philpot**. (Zachary, Michael) (Entered: 09/14/2018) 4779850491 Events since last full update REPORT ON THE FILING OF AN ACTION regarding a **copyright** (Initial Notification) filed by **Larry** G **Philpot**. (Zachary, Michael) (Entered: 09/14/2018)...
... REPORT ON THE DETERMINATION OF AN ACTION Regarding a **Copyright**. (Closing) (Attachments: # 1 Order) (iv) (Entered: 07/02/2019) **Larry** G ...

**Court**: US District Court for the Central District of California │ **Date Filed**: Sep 14, 2018 │ **Docket Number**: 2:18cv8005 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

128.   [Philpot V. Snopes Media Group Inc](#)

... Photograph of Kid Rock , # 2 Exhibit B - **Copyright** Registration Certificate Exhibit B - **Copyright** Registration Certificate , # 3 Exhibit C - Wikimedia of Kid ...
... 1 Closed 10/29/2020 CV Civil 820 **Copyrights** 89 Tacoma 2020-05-29T00:00:00 2020-11-30T00:00:00 2020-05-29 0 CLOSED,JURYDEMAND Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-10-29T00:00:00 0 None 1...

... Exhibit E - Infringements , # 6 Report on **Copyrights** (AO Form 121) Report on Filing - Form AO 121 Report on **Copyrights** (AO Form 121) Report on Filing - Form AO 121...

... the filing or determination of an action. Mailed to the US **Copyright** Office. (MET) (Entered: 05/29/2020) 5885367313 2020-11-30 REPORT on the filing or determination of an action. Mailed to the US **Copyright** Office. (MET) (Entered: 05/29/2020)...

... Washington Western US District Court Docket US.DIS.WAW_320cv5501_WAWD 3:20cv5501_WAWD 2020-11-30T12:54:28.697 Intellectual Property **Copyright** Civil Closed 5YV6-VB21-DXDT-G03H-00000-00 10 20201130T125458 3:20cv5501 20cv5501 3:20 cv5501 No. 3:20cv5501 ...

**Court:** US District Court for the Western District of Washington | **Date Filed:** May 29, 2020 | **Docket Number:** 3:20cv5501 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

129.   [Philpot V. Stenger](#)

... Stenger. Filing fee paid $ 402, Receipt number AOHNDC-10609060.. Filed by **Larry** G. **Philpot**. (Attachments: # 1 Exhibit Exhibit A - Subject Photos, # 2 Exhibit Exhibit B - **Copyright** Certificates, # 3 Exhibit Exhibit C - Infringing Images Nelson, # ...

... 2 2021-01-29 Report on the Filing of an Action Regarding a **Copyright** (AO121) filed by **Larry** G. **Philpot**. (Cole, Stacy) (Entered: 01/29/2021) 5977370706 2021-01-29 Report on the Filing of an Action Regarding a **Copyright** (AO121) filed by **Larry** G. **Philpot**. (Cole, Stacy) (Entered: 01/29/2021)...

  **Copyrights** 63 Cleveland 2021-01-29T00:00:00 2021-01-29T00:00:00 2021-01-29 0 CMCSch , Cat11 , Greenberg , Termed Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2021-01-29T00:00:00 0 None 1 2021-01-29 Complaint with jury ...

... Stenger. Filing fee paid $ 402, Receipt number AOHNDC-10609060.. Filed by **Larry** G. **Philpot**. (Attachments: # 1 Exhibit Exhibit A - Subject Photos, # 2 Exhibit Exhibit B - **Copyright** Certificates, # 3 Exhibit Exhibit C - Infringing Images Nelson, # ...

... Ohio Northern US District Court Docket US.DIS.OHN_121cv241_OHND 1:21cv241_OHND 2021-03-23T12:46:33.550 Intellectual Property **Copyright** Civil Closed 61W3-WXD1-DXDT-G0HN-00000-00 9 20210323T124640 1:21cv241 21cv241 1:21 cv241 No. 1:21cv241 ...

**Court:** United States District Court, Ohio Northern | **Date Filed:** Jan 29, 2021 | **Docket Number:** 1:21cv241 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

130.   [Philpot V. The Baltimore Post-Examiner](#)

... the case. (Pott, Earll)(jxv) (Additional attachment(s) added on 5/11/2020: # 3 **Copyright** AO 121][**Copyright** Report Mailed on 5/11/2020](jxv)(jrd) (Entered: 05/11/2020) 5735370480 2020-09-10 COMPLAINT With Jury ...

... The Baltimore Post-Examiner (Filing fee $400.00 receipt number ACASDC-13849969.), filed by **Larry** G. **Philpot** . (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit)The new ...

... the case. (Pott, Earll)(jxv) (Additional attachment(s) added on 5/11/2020: # 3 **Copyright** AO 121][**Copyright** Report Mailed on 5/11/2020](jxv)(jrd) (Entered: 05/11/2020)...

... 0 Open CV Civil 820 **Copyrights** 11 San Diego 2020-05-11T00:00:00 2020-09-10T00:00:00 2020-05-08 0 ENE , PROTO Plaintiff 0 None Federal Question **Copyright** Infringement 17:0501 0 2020-09-02T00:00:00 0 None...

... California Southern US District Court Docket US.DIS.CAS_320cv872_CASD 3:20cv872_CASD 2021-04-21T13:57:30.113 Intellectual Property **Copyright** Civil Open 5YV7-5371-DXDT-G4MW-00000-00 38 20210421T135748 3:20cv872 20cv872 3:20 cv872 No. 3:20cv872 ...

... Magistrate Judge Michael S. Berg Referred MICHAEL S BERG 2018-11-06T18:58:00 2710238077614 **LARRY** G. **PHILPOT** P Plaintiff an individual | **LARRY** G PHILPOT 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** ...

**Court:** United States District Court, California Southern │ **Date Filed:** May 08, 2020 │ **Docket Number:** 3:20cv872 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Open

---

131.   Philpot V. Thecelebritycafe.Com Et Al

... Thecelebritycafe.com. Document filed by **Larry** G. **Philpot**. (Garbarini, Richard) (Entered: 03/10/2016) 35 2016-03-11 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 3/10/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... SHEET filed. (Garbarini, Richard) (Entered: 01/03/2016) 7 2016-01-03 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 01/03/2016) 3777663818 Events since last full update AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Garbarini, Richard) (Entered: 01/03/2016) ...

... Culver, Dysleximedia, LLC, Thecelebritycafe.com, Dominick Miserandino with JURY DEMAND.Document filed by **Larry** G. **Philpot**. Related document: 1 Complaint filed by **Larry** G. **Philpot** . (Attachments: # (1 Exhibit ...

**Court:** US District Court for the Southern District of New York │ **Date Filed:** Jan 02, 2016 │ **Docket Number:** 1:16cv2 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

132.   Philpot V. The Celebrity Cafe.Com, Llc

... 2016-01-28 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Dismissal) (JLS)  (Entered: 01/28/2016) 3851556802 2016-03-26 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Dismissal) (JLS) (Entered: 01/28/2016)...

... 1 Closed 01/11/2016 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-03T00:00:00 2016-03- 26T00:00:00 2014-12-02 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2016-01-28T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1982_INSD 1:14cv1982_INSD 2016-03- 26T02:36:45.557 Intellectual Property **Copyright** Civil Closed 5DRS-1T71-DXDT-G2C9-00000-00 8 20181121T101046 1:14cv1982 14cv1982 1:14 cv1982 No. 1:14cv1982 ...

... 2014-12-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Complaint , # 2 Exhibit 1 , ...

... 3748982755358 Judge Tanya Walton Pratt Assigned TANYA WALTON PRATT 2010-06-26T00:50:00 1714510676260 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court:** US District Court for the Southern District of Indiana │ **Date Filed:** Dec 02, 2014 │ **Docket Number:** 1:14cv1982 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

133.   Philpot V. The Heart General Partnership Et Al

... Summons Summons Summons Summons , # 3 Report on **Copyrights** (AO Form 121) Report on **Copyrights** Report on **Copyrights** (AO Form 121) Report on **Copyrights** , # 4  Supplement Certificate of Interested Persons...

... Closed 04/09/2021 CV Civil 820 **Copyrights** 89 Seattle 2020-06-05T00:00:00 2020-11-30T00:00:00 2020-06-05 0 CLOSED , JURYDEMAND Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2020-11-16T00:00:00 0 None...

... the filing or determination of an action. Mailed to the US **Copyright** Office (SG) (Main Document 2 replaced on 6/8/2020) (SG). (Entered: 06/08/2020) ...

... the filing or determination of an action. Mailed to the US **Copyright** Office (SG) (Main Document 2 replaced on 6/8/2020) (SG). (Entered: 06/08/2020) ...

... Washington Western US District Court Docket US.DIS.WAW_220cv857_WAWD 2:20cv857_WAWD 2021-04-09T17:12:55.577 Intellectual Property **Copyright** Civil Closed 6026-28S1-J9YR-S0R7-00000-00 12 20210409T171257 2:20cv857 20cv857 2:20 cv857 No. 2:20cv857 ...

... 04/09/2021) Judge Thomas S. Zilly Assigned THOMAS S ZILLY 2012-03-09T11:21:00 1284100030982 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G **Philpot** Denise Hansen ATTORNEY TO BE NOTICED...

**Court**: United States District Court, Washington Western │ **Date Filed**: Jun 05, 2020 │ **Docket Number**: 2:20cv857 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

134.   [Philpot V. The Real Market Investors, Inc.](#)

... # 4 Exhibit C , # 5 **Copyright** Report)[**Copyright** Report Mailed]The new case number is 3:20-cv-1268-BAS-MDD. Judge Cynthia Bashant and ...

... Inc. ( Filing fee $ 400 receipt number ACASDC-14120831.), filed by **Larry** G. **Philpot** . (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, ...

... A, # 3 Exhibit B, # 4 Exhibit C, # 5 **Copyright** Report)[**Copyright** Report Mailed]The new case number is 3:20-cv-1268-BAS-MDD. Judge Cynthia Bashant and ...

... 1 Closed 01/27/2021 CV Civil 820 **Copyrights** 11 San Diego 2020-07-07T00:00:00 2020-10-23T00:00:00 2020-07-07 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:0501 0 2020-09-04T00:00:00 0 None 1...

... California Southern US District Court Docket US.DIS.CAS_320cv1268_CASD 3:20cv1268_CASD 2021-01-27T17:12:44.237 Intellectual Property **Copyright** Civil Closed 60N1-TJV1-DXDT-G1YC-00000-00 15 20210127T171303 3:20cv1268 20cv1268 3:20 cv1268 No. 3:20cv1268 ...

... Magistrate Judge Mitchell D. Dembin Referred MITCHELL D DEMBIN 2012-03-03T01:20:00 3262758302569 **LARRY** G. **PHILPOT** P Plaintiff an individual │ **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of California │ **Date Filed**: Jul 07, 2020 │ **Docket Number**: 3:20cv1268 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

135.   [Philpot V. The St. Louis Post Dispatch Llc](#)

... REPORT to Commissioner of filing or determination of an action regarding **copyright** . (CBL) (Entered: 07/31/2018) 4729898656 Events since last full update FINAL ...

... REPORT to Commissioner of filing or determination of an action regarding **copyright** . (CBL) (Entered: 07/31/2018)...

... Closed 07/31/2018 CV Civil 820 **Copyrights** 44 St. Louis 2018-05-04T00:00:00 2018-05-04T00:00:00 2018-05-04 0 CLOSED , AO121 Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2018-05-04T00:00:00 0 None...

... Missouri Eastern US District Court Docket US.DIS.MOE_418cv704_MOED 4:18cv704_MOED 2018-07-31T17:45:04.043 Intellectual Property **Copyright** Civil Closed 5S7V-SSG1-DXDT-G3VR-00000-00 11 20181225T000504 4:18cv704 18cv704 4:18 cv704 No. 4:18cv704 ...

... on May 4, 2018 filed by **Larry** G. **Philpot** . Waiver of Service due by 6/4/2018. (Attachments: # 1 Waiver ...

... REPORT to Commissioner of filing or determination of an action regarding **copyright** . (MFG) (Entered: 05/04/2018) 4631998416 Events since last full update REPORT ...

... REPORT to Commissioner of filing or determination of an action regarding **copyright**. (MFG) (Entered: 05/04/2018)...

**Court:** US District Court for the Eastern District of Missouri │ **Date Filed:** May 04, 2018 │ **Docket Number:** 4:18cv704 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

136.   **Philpot V. Tiqiq, Inc.**

... was entered incorrectly;. (rch) (Entered: 06/27/2017) 8 2017-06-27 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on 10/30/17) (yv) (Entered: 10/30/2017) 28 2017-10-30 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 10/30/17 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... SUMMONS as to TiqIQ, Inc., re: 1 Complaint. Document filed by **Larry Philpot**. (Scileppi, Laura) (Entered: 06/26/2017) 4 2017-06-26 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Scileppi, Laura) (Entered: 06/26/2017) 4305542592 Events since last full update AO 121 FORM ...

**Court:** US District Court for the Southern District of New York │ **Date Filed:** Jun 26, 2017 │ **Docket Number:** 1:17cv4822 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

137.   **Philpot V. Toledo Radio, Llc**

... 2015-07-15 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Exhibit A , # 2 Final Judgment) ...

... 1 Closed 07/06/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-03T00:00:00 2015-08-15T00:00:00 2014-12-02 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-07-15T00:00:00 1 None 2015-07-06...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1983_INSD 1:14cv1983_INSD 2015-08-15T02:21:44.747 Intellectual Property **Copyright** Civil Closed 5DRS-1T71-DXDT-G2C8-00000-00 6 20181121T101046 1:14cv1983 14cv1983 1:14 cv1983 No. 1:14cv1983 ...

... 2014-12-09 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Complaint , # 2 Exhibit 1 , ...

... Magistrate Judge Tim A. Baker Referred TIM A BAKER 2012-04-02T12:22:00 2235010995624 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 L **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court:** US District Court for the Southern District of Indiana │ **Date Filed:** Dec 02, 2014 │ **Docket Number:** 1:14cv1983 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

138.   **Philpot V. Toledo Radio, Llc**

... 2 Summons 2 Summons , # 3 Exhibit A - **Copyright** Registration Certificate for Nelson Photo 3 Exhibit A - **Copyright** Registration Certificate for Nelson Photo , # 4 Exhibit B - ...

... CV Civil 820 **Copyrights** 63 Toledo 2015-07-15T00:00:00 2015-07-15T00:00:00 2015-07-15 0 Cat11 , Consent , Standard , Termed Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-07-15T00:00:00...

... 2017-01-25 Report on the Determination [Closing] of an Action Regarding a **Copyright** (AO121). (K,Ca) (Entered: 01/25/2017) 4147961359 Events since last full update Report on the Determination [Closing] of an Action Regarding a **Copyright** (AO121). (K,Ca) (Entered: 01/25/2017)...

... Ohio Northern US District Court Docket US.DIS.OHN_315cv1401_OHND 3:15cv1401_OHND 2017-01-25T13:31:28.320 Intellectual Property **Copyright** Civil Closed 5GFH-DT71-DXDT-G11F-00000-00 35 20181122T000129 3:15cv1401 15cv1401 3:15 cv1401 No. 3:15cv1401 ...

... Report on the Determination [Closing] of an Action Regarding a **Copyright** (AO121). (K,Ca) (Entered: 01/25/2017) Judge David A. Katz Assigned DAVID A KATZ 2012-04-03T08:50:00 934863217712 **Larry G Philpot** P Plaintiff **LARRY G PHILPOT** 2015-07-15T12:33:00 1 **Larry** G ...

**Court:** US District Court for the Northern District of Ohio | **Date Filed:** Jul 15, 2015 | **Docket Number:** 3:15cv1401 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

139.   Philpot V. Townsquare Media

... 2015-07-27 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights**. Copies to Register of **Copyrights** via US Mail. (Attachments: # 1 Dismissal Document) (SWM) (Entered: 07/27/2015) ...
... 1 Closed 07/23/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-12-22T00:00:00 2015-09-05T00:00:00 2014-12-19 0 CASREF,PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2015-07-27T00:00:00 0 None 1...
... Indiana Southern US District Court Docket US.DIS.INS_114cv2079_INSD 1:14cv2079_INSD 2015-09-05T02:18:38.833 Intellectual Property **Copyright** Civil Closed 5DWR-0S11-DXDT-G516-00000-00 7 20181121T101057 1:14cv2079 14cv2079 1:14 cv2079 No. 1:14cv2079 ...
... 2014-12-29 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Complaint , # 2 Exhibit A) (CBU) ...
... Magistrate Judge Tim A. Baker Assigned TIM A BAKER 2012-04-02T12:22:00 2235010995624 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court:** US District Court for the Southern District of Indiana | **Date Filed:** Dec 19, 2014 | **Docket Number:** 1:14cv2079 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Closed

---

140.   Philpot V. Turley

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** filed. (c/s to **Copyright** Office.). (ahas) (Entered: 11/09/2020) 5845473943 Events since last full update 2020-11-09 ...
... the Filing or Determination of an Action or Appeal Regarding a **Copyright** filed. (c/s to **Copyright** Office.). (ahas) (Entered: 11/09/2020)...
... A - Subject Photo , # 2 Exhibit Exhibit B - **Copyright** Certificate Exhibit Exhibit B - **Copyright** Certificate , # 3  Exhibit Exhibit C - Infringing Images...
... 2020-11-09 0 Open CV Civil 820 **Copyrights** 84 Alexandria 2020-11-09T00:00:00 2020-11-09T00:00:00 2020-11-09 0 **COPYRIGHT** , JURY Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2020-11-09T00:00:00 0 None 1...
... Virginia Eastern US District Court Docket US.DIS.VAE_120cv1349_VAED 1:20cv1349_VAED 2021-04-01T16:32:05.887 Intellectual Property **Copyright** Civil Open 617F-BJ71-DXDT-G0FG-00000-00 16 20210506T072259 1:20cv1349 20cv1349 1:20 cv1349 No. 1:20cv1349 ...

**Court:** United States District Court, Virginia Eastern | **Date Filed:** Nov 09, 2020 | **Docket Number:** 1:20cv1349 | **Nature of Suit:** Copyrights | **Cause:** Copyright Infringement | **Status:** Open

---

141.   Philpot V. Umg Recordings, Inc.

... on behalf of **Larry Philpot**. (Scileppi, Laura) (Entered: 07/05/2017) 8 2017-07-06 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the

Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... on 11/13/2018) (mro) (Entered: 11/13/2018) 80 2018-11-13 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 11/13/18 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... re: 1 Complaint,. Document filed by **Larry Philpot**. (Dunnegan, William) (Entered: 07/05/2017) 4 2017-07-05 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.(Dunnegan, William) (Entered: 07/05/2017) 4314482525 Events since last full update AO 121 FORM ...

**Court**: US District Court for the Southern District of New York │ **Date Filed**: Jul 05, 2017 │ **Docket Number**: 1:17cv5058 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

142.  ## Philpot V. Universal Media, Inc.

... Unopposed MOTION to Dismiss by **Larry** G. **Philpot**. Responses due by 9/17/2020 (Van Marter, Katherine) (Entered: 09/03/2020) 6 2020-09-04 REPORT on the filing or determination of a **copyright** action regarding **copyright** numbers VAU 1-164-648 mailed to Register of **Copyrights**, **Copyright** Office, Library of Congress, Washington, D.C. 20559. (khm) (Entered: 09/04/2020) 5727349611 ...

... full update 2020-09-04 REPORT on the filing or determination of a **copyright** action regarding **copyright** numbers VAU 1-164-648 mailed to Register of **Copyrights**, **Copyright** Office, Library of Congress, Washington, D.C. (khm) (Entered: 09/04/2020)...

... 05/29/2020) 3 2020-05-29 REPORT on the filing or determination of a **copyright** action regarding **copyright** numbers VAU 1-164-648. (khm) (Entered: 05/29/2020) 5565037505 Events since last full ...

... full update 2020-05-29 REPORT on the filing or determination of a **copyright** action regarding **copyright** numbers VAU 1-164-648. (khm) (Entered: 05/29/2020)...

... 1 Closed 09/03/2020 CV Civil 820 **Copyrights** 52 Asheville 2020-05-28T00:00:00 2020-05-28T00:00:00 2020-05-28 0 CLOSED Plaintiff 150,000,000 None Federal Question **Copyright** Infringement 17:101 0 2020-05-28T00:00:00 0 None 1...

... Carolina Western US District Court Docket US.DIS.NCW_120cv126_NCWD 1:20cv126_NCWD 2020-09-04T09:32:39.320 Intellectual Property **Copyright** Civil Closed 5YSG-Y2W1-J9YR-S17M-00000-00 5 20200904T093252 1:20cv126 20cv126 1:20 cv126 No. 1:20cv126 ...

**Court**: US District Court for the Western District of North Carolina │ **Date Filed**: May 28, 2020 │ **Docket Number**: 1:20cv126 │ **Nature of Suit**: Copyrights │ **Cause**: Copyright Infringement │ **Status**: Closed

---

143.  ## Philpot V. Vivid Seats Llc

... Exhibit Exhibit B - **Copyright** Reg - Nugent Photo , # 3 Exhibit Exhibit C - ...

... D - REO Photo , # 5 Exhibit Exhibit E - **Copyright** Reg - REO Photo...

... 1 Closed 01/11/2021 CV Civil 820 **Copyrights** 28 Chicago 2020-05-29T00:00:00 2021-05-09T00:00:00 2020-05-29 0 AO279,MIDP,TERMED,VALDEZ Both 0 None Federal Question **Copyright** Infringement 17:501 0 2021-01-12T00:00:00 0 None 4...

... Third-Party Complaint is served. (ph, ) (Entered: 06/02/2020) 6 2020-06-05 MAILED **Copyright** report to Registrar, Washington DC. (ph, ) (Entered: 06/05/2020) 6101734033 2021-05-09 MAILED **Copyright** report to Registrar, Washington DC. (ph, ) (Entered: 06/05/2020)...

... case terminated. Emailed notice (cdh, ) (Entered: 01/11/2021) 20 2021-01-12 MAILED **copyright** report with certified copy of minute order dated 01/11/2021 to Registrar, Washington DC (ec, ) (Entered: 01/12/2021) 6101734048 2021-05-09 MAILED **copyright** report with certified copy of minute order dated 01/11/2021 to Registrar, ...

... Illinois Northern US District Court Docket US.DIS.ILN_120cv3198_ILND 1:20cv3198_ILND 2021-05-09T20:09:39.860 Intellectual Property **Copyright** Civil Closed 600G-8371-J9YR-S1GS-00000-00 101 20210509T200957 1:20cv3198 20cv3198 1:20 cv3198 No. 1:20cv3198 ...

**Court**: United States District Court, Illinois Northern | **Date Filed**: May 29, 2020 | **Docket Number**: 1:20cv3198 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

144.   ## Philpot V. Voice Media Group, Inc.

... Case Designated ECF. (dgo) (Entered: 03/14/2016) 5 2016-03-14 AO 121 FORM **COPYRIGHT** - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a court action has been filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... for case processing. (mro) (Entered: 07/21/2016) 36 2016-07-21 AO 121 FORM **COPYRIGHT** - CASE TERMINATED- SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of **Copyrights** is hereby advised that a final decision was rendered on 7/21/2016 in a court action filed on the following **copyright** (s) in the U.S. District Court Southern District of New York ...

... to Voice Media Group, Inc., re: 1 Complaint. Document filed by **Larry** G. **Philpot**. ( Garbarini, Richard ) (Entered: 03/11/2016) 3 2016-03-11 AO 121 FORM **COPYRIGHT** - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form **Copyright** for case opening submitted to court for review.( Garbarini, Richard ) ...

**Court**: US District Court for the Southern District of New York | **Date Filed**: Mar 11, 2016 | **Docket Number**: 1:16cv1851 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

145.   ## Philpot V. Vrazel

... by First-class mail, filed.(hler, 4) (Entered: 04/27/2018) 4 2018-04-27 Register of **Copyrights**, AO-121, Notified, filed. (ckrus, 4) (Entered: 04/27/2018) 4844278906 2018-11-10 Register of **Copyrights**, AO-121, Notified, filed. (ckrus, 4) (Entered: 04/27/2018) 5...

  **Philpot** V. Vrazel 2018-04-26 0 Open CV Civil 820 **Copyrights** 81 Houston 2018-04-26T00:00:00 2018-11-10T00:00:00 2018-04-26 0 Plaintiff 0 None Federal Question **Copyright** Infringement 17:501 0 2018-10-31T00:00:00 0 None 1 2018-04-26...

... Texas Southern US District Court Docket US.DIS.TXS_418cv1313_TXSD 4:18cv1313_TXSD 2018-11-10T02:18:27.760 Intellectual Property **Copyright** Civil Open 5S65-G7J1-DXDT-G03M-00000-00 5 20181224T233113 4:18cv1313 18cv1313 4:18 cv1313 No. 4:18cv1313 ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** by **Larry** G **Philpot** , filed.(Hutcherson, Kenton) (Entered: 04/26/2018) 4844278904 2018-11-10 Request for Issuance of ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** by **Larry** G **Philpot**, filed.(Hutcherson, Kenton) (Entered: 04/26/2018)...

... STIPULATION of Dismissal by **Larry** G **Philpot**, filed.(Hutcherson, Kenton) (Entered: 10/31/2018) Judge Keith P Ellison Assigned KEITH P ELLISON 2004-05-19T10:03:00 1236262651194 **Larry** G **Philpot** P Plaintiff **LARRY** G **PHILPOT** 2015-07-15T12:33:00 1 **Larry** G ...

**Court**: US District Court for the Southern District of Texas | **Date Filed**: Apr 26, 2018 | **Docket Number**: 4:18cv1313 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Open

---

146.   ## Philpot V. Wagon Wheel Broadcasting, Llc

... 2021-03-16 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Copy of Marginal Entry-Dismissal) (DWH) (Entered: 03/16/2021) ...

... 1 Closed 02/01/2021 CV Civil 820 **Copyrights** 31 Indianapolis 2020-05-28T00:00:00 2021-04-03T00:00:00 2020-05-28 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2021-03-16T00:00:00 0 None 1...

... Indiana Southern US District Court Docket US.DIS.INS_120cv1526_INSD 1:20cv1526_INSD 2021-04-03T08:04:35.713 Intellectual Property **Copyright** Civil Closed 600G-7CH1-J9YR-S015-00000-00 4 20210403T080445 1:20cv1526 20cv1526 1:20 cv1526 No. 1:20cv1526 ...

... 2020-06-01 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Copy of Complaint with Exhibits) (DWH) (Entered: ...

... Magistrate Judge Tim A. Baker Referred TIM A BAKER 2012-04-02T12:22:00 2235010995624 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 **LARRY** G. **PHILPOT** Darren W. Ford...

**Court**: United States District Court, Indiana Southern | **Date Filed**: May 28, 2020 | **Docket Number**: 1:20cv1526 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

147.   [Philpot V. Watermark Media, Inc.](#)

... Summons Proposed Summons Proposed Summons , # 14 Supplement **Copyright** Report Supplement **Copyright** Report )(Parwani, Rinky) (Entered: 10/27/2020) 5821746579 2020-10-27 COMPLAINT **Larry** G. **Philpot** against Watermark Media, Inc. with Jury Demand (Filing fee $ 400 receipt number 113A-17474060) filed by **Larry** G. **Philpot** . (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit ...

... Interested Persons, # 13 Proposed Summons Proposed Summons, # 14 Supplement **Copyright** Report)(Parwani, Rinky) (Entered: 10/27/2020)...

... 1 Closed 03/08/2021 CV Civil 820 **Copyrights** 16 Orlando 2020-10-27T00:00:00 2020-10-27T00:00:00 2020-10-27 0 CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2020-10-27T00:00:00 0 None 1...

... issued as to Watermark Media, Inc. (LDJ) (Entered: 10/28/2020) 4 2020-10-28 **Copyright** Report sent to Washington. (LDJ) (Entered: 10/28/2020) 5823963465 Events since last full update 2020-10-28 **Copyright** Report sent to Washington. (LDJ) (Entered: 10/28/2020)...

... Florida Middle US District Court Docket US.DIS.FLM_620cv1987_FLMD 6:20cv1987_FLMD 2021-03-08T14:45:46.130 Intellectual Property **Copyright** Civil Closed 614F-WK11-DXDT-G1RF-00000-00 14 20210308T144519 6:20cv1987 20cv1987 6:20 cv1987 No. 6:20cv1987 ...

... Judge Wendy W. Berger on 3/8/2021. (RMF)ctp (Entered: 03/08/2021) 17 2021-03-08 **Copyright** Report sent to Washington. (LDJ) (copies mailed) (Entered: 03/08/2021) ...

**Court**: United States District Court, Florida Middle | **Date Filed**: Oct 27, 2020 | **Docket Number**: 6:20cv1987 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

148.   [Philpot V. Wkms](#)

... 2015-03-23 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Exhibit A- 3/3/15 Second Amended Complaint , ...

... 1 Closed 03/30/2016 CV Civil 820 **Copyrights** 31 Indianapolis 2014-10-31T00:00:00 2016-07-02T00:00:00 2014-10-31 0 PROSE,CLOSED Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2016-04-04T00:00:00 1 None 2016-03-30...

... 2016-04-04 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Closed Judgment) ( CKM ) (Entered: 04/04/2016) ...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1789_INSD 1:14cv1789_INSD 2016-07-02T02:43:25.203 Intellectual Property **Copyright** Civil Closed 5DGP-P111-DXDT-G2BY-00000-00 11 20181121T101029 1:14cv1789 14cv1789 1:14 cv1789 No. 1:14cv1789 ...

... 2014-11-14 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Exhibits) (CBU)  (Entered: 11/14/2014) 3943118616 2016-07-02 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights**. (Attachments: # 1 Exhibits) (CBU) (Entered: 11/14/2014)...

... Magistrate Judge Debra McVicker Lynch Referred DEBRA MCVICKER LYNCH 2008-10-24T18:13:00 3748982755358 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 L **LARRY** G. ...

**Court:** US District Court for the Southern District of Indiana │ **Date Filed:** Oct 31, 2014 │ **Docket Number:** 1:14cv1789 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

149.  ## Philpot V. Worldnetdaily.Com, Inc.

... 0 Open CV Civil 820 **Copyrights** 14 Washington, DC 2017-07-25T00:00:00 2017-07-25T00:00:00 2017-07-25 0 JURY , TYPE-E Plaintiff 0 None Federal Question **Copyright** Infringement 17:101 0 2017-07-25T00:00:00 0 None...

... of Columbia US District Court Docket US.DIS.DC_117cv1491_DCD 1:17cv1491_DCD 2017-10-04T09:00:23.980 Intellectual Property **Copyright** Civil Open 5P3H-83D1-DXDT-G3NK-00000-00 7 20181121T084450 1:17cv1491 17cv1491 1:17 cv1491 No. 1:17cv1491 ...

... Events since last full update NOTICE of Voluntary Dismissal by **LARRY PHILPOT** (Riebling, Peter) (Entered: 10/04/2017) **Larry Philpot** P Plaintiff 12527 Winding Creek Lane │ Indianapolis, IN 46236 │ **LARRY PHILPOT** ...

**Court:** US District Court for the District of Columbia │ **Date Filed:** Jul 25, 2017 │ **Docket Number:** 1:17cv1491 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Open

---

150.  ## Philpot V. World Public Library Association

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** served by first class mail to the Register of **Copyrights** at U.S. **Copyright** Office, 101 Independence Ave., S.E., Washington, DC 20559-6000 on February 16, ...

... the Filing or Determination of an Action or Appeal Regarding a **Copyright** served by first class mail to the Register of **Copyrights** at U.S. **Copyright** Office, 101 Independence Ave., S.E., Washington, DC 20559-6000 on February 16, ...

... COMPLAINT for **Copyright** Infringement against All Defendants ( Filing fee $ 400 receipt number 0975-1991267.), filed by **Larry Philpot** . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # ...

... 23 Civil Cover Sheet)(Culpepper, Kerry) (Entered: 02/13/2018) 2 2018-02-13 NOTICE by **Larry Philpot Copyright** Report **Larry Philpot**. (Culpepper, Kerry) (Entered: 02/13/2018) 4550576302 2018-02-19 NOTICE by **Larry Philpot Copyright** Report **Larry Philpot**. (Culpepper, Kerry) (Entered: 02/13/2018)...

  **Copyrights** 23 Hawaii 2018-02-13T00:00:00 2018-02-19T00:00:00 2018-02-13 0 AO121 , CLOSED None 0 None Federal Question **Copyright** Infringement 17:101 0 2018-02-16T00:00:00 0 None 1 2018-02-13 COMPLAINT for **Copyright** Infringement against All Defendants ( Filing fee $ 400 receipt number 0975-1991267.), filed by **Larry**  ...

**Court:** US District Court for the District of Hawaii │ **Date Filed:** Feb 13, 2018 │ **Docket Number:** 1:18cv57 │ **Nature of Suit:** Copyrights │ **Cause:** Copyright Infringement │ **Status:** Closed

---

151.  ## Philpot V. Wos, Inc.

... as to WOS, Inc.. (cj) (Entered: 04/25/2018) 4 2018-04-25 Report on **Copyright** sent to Register of **Copyrights**, along with copy of Complaint. (cj) (Entered: 04/25/2018) 5029293691 2019-04-23 Report on **Copyright** sent to Register of **Copyrights**, along with copy of Complaint. (cj) (Entered: 04/25/2018)...

... Judge Robert Pitman . (lt) (Entered: 04/25/2019) 47 2019-04-25 Report on **Copyright** sent to Register of **Copyrights**. (lt) (Entered: 04/25/2019) 5031673942 Events since last full update Report on **Copyright** sent to Register of **Copyrights**. (lt) (Entered: 04/25/2019)...

... 1 Closed 04/25/2019 CV Civil 820 **Copyrights** 82 Austin 2018-04-25T00:00:00 2019-04-23T00:00:00 2018-04-25 0 CLOSED , **COPYRIGHT** Both 0 None Federal Question **Copyright** Infringement 17:501 0 2019-04-22T00:00:00 0 1:18cv00341 1...

... Texas Western US District Court Docket US.DIS.TXW_118cv339_TXWD 1:18cv339_TXWD 2019-05-14T12:18:33.627 Intellectual Property **Copyright** Civil Closed 5S5W-6TF1-DXDT-G2DW-00000-00 59 20190514T122931 1:18cv339 18cv339 1:18 cv339 No. 1:18cv339 ...

... (Entered: 05/14/2019) Judge Robert Pitman Assigned ROBERT PITMAN 2004-05-19T10:03:00 1116268370132 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 ...

**Court**: US District Court for the Western District of Texas | **Date Filed**: Apr 25, 2018 | **Docket Number**: 1:18cv339 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

152.   ## Philpot V. Wuis/University Of Illinois, Springfield

... 2015-08-31 NOTICE of Final Determination in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Order , # 2 Judgment) (MAC) (Entered: ...

... 1 Closed 08/25/2015 CV Civil 820 **Copyrights** 31 Indianapolis 2014-10-31T00:00:00 2015-09-26T00:00:00 2014-10-31 0 PROSE,CLOSED Plaintiff 175,000 None Federal Question **Copyright** Infringement 17:101 0 2015-08-31T00:00:00 1 None 2015-08-25...

... Indiana Southern US District Court Docket US.DIS.INS_114cv1791_INSD 1:14cv1791_INSD 2015-09-26T02:25:33.970 Intellectual Property **Copyright** Civil Closed 5DGP-P111-DXDT-G2C1-00000-00 9 20181121T101029 1:14cv1791 14cv1791 1:14 cv1791 No. 1:14cv1791 ...

... 2014-11-14 NOTICE of Initial Filing in lawsuit sent to Register of **Copyrights** . (Attachments: # 1 Exhibit , # 2 Exhibit , # ...

... Magistrate Judge Tim A. Baker Referred TIM A BAKER 2012-04-02T12:22:00 2235010995624 **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** 2014-08-01T14:16:00 1 L **LARRY** G. **PHILPOT LARRY** G. **PHILPOT** ...

**Court**: US District Court for the Southern District of Indiana | **Date Filed**: Oct 31, 2014 | **Docket Number**: 1:14cv1791 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed

---

153.   ## Philpot V. Young Conservatives, Llc

... to Young Conservatives, LLC. (cj) (Entered: 05/07/2018) 3 2018-05-07 Report on **Copyright** sent to Register of **Copyrights**, along with copy of Complaint. (cj) (Entered: 05/07/2018) 4635527819 Events since last full update Report on **Copyright** sent to Register of **Copyrights**, along with copy of Complaint. (cj) (Entered: 05/07/2018)...

... (lt) (Entered: 08/10/2018) 12 2018-08-10 Report on **Copyright** sent to Register of **Copyrights**. (lt) (Entered: 08/10/2018) 4741172877 Events since last full update Report on **Copyright** sent to Register of **Copyrights**. (lt) (Entered: 08/10/2018) **LARRY** G. **PHILPOT** P Plaintiff **LARRY** G **PHILPOT** ...

... 1 Closed 08/10/2018 CV Civil 820 **Copyrights** 82 Austin 2018-05-07T00:00:00 2018-05-07T00:00:00 2018-05-07 0 CLOSED , **COPYRIGHT** Plaintiff 0 None Federal Question **Copyright** Infringement 17:504 0 2018-05-07T00:00:00 0 None 1...

... Texas Western US District Court Docket US.DIS.TXW_118cv380_TXWD 1:18cv380_TXWD 2018-08-10T15:16:13.037 Intellectual Property **Copyright** Civil Closed 5S84-CB51-DXDT-G3XJ-00000-00 17 20181121T122329 1:18cv380 18cv380 1:18 cv380 No. 1:18cv380 ...

**Court**: US District Court for the Western District of Texas | **Date Filed**: May 07, 2018 | **Docket Number**: 1:18cv380 | **Nature of Suit**: Copyrights | **Cause**: Copyright Infringement | **Status**: Closed