# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VAu 1-164-624**

**Effective date of registration:**
August 21, 2013

## Title
**Title of Work:** Concert photographs through August 15, 2013

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** Larry Gene Philpot
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States          **Domiciled in:** United States
  **Year Born:** 1953

## Copyright claimant
**Copyright Claimant:** Larry Gene Philpot
12527 Winding Creek Lane, Indianapolis, IN, 46236

## Certification
**Name:** Larry G. Philpot
**Date:** August 15, 2013

**Registration #:** VAU001164624
**Service Request #:** 1-979744461



Larry Philpot
8125 Halyard Way
Indianapolis, IN 46236  United States

P_000002