**HUTCHERSON LAW** PLLC

3400 Oak Grove Avenue, Suite 350, Dallas, Texas 75204
(214) 443-4200 (voice)   (214) 443-4210 (fax)
Writer's E-Mail:  kdr@hutchersonlaw.com

July 22, 2021

**VIA EMAIL**
Claude F. Reynaud III, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
400 Poydras Street, Suite 1300
New Orleans, Louisiana 70130
Email: Claude.Reynaud@lewisbrisbois.com

   Re: *Larry G. Philpot v. Where Y'At Magazine, LLC*, Cause No. 2:20-cv-02912 in the United States District Court for the Eastern District of Louisiana

To Mr. Reynaud:

  In his deposition, Plaintiff Larry Philpot testified that he did not have a certified copy of his copyright deposit materials for the copyright at issue in this case, No. VAu 1-164-624.  We have since learned that Mr. Philpot does, in fact, have a certified copy of the copyright deposit.  Accordingly, we are hereby supplementing our production with documents bearing Bates numbers P_000167 through P_000171.  In addition, Plaintiff hereby produces the files contained on the disk provided with the certified copy, entitled "philpot copyrighted 8.15.2013.zip," which contains the 7,992 image files that comprise the deposit.  You can download this file at https://www.dropbox.com/t/Djq6GYRdt7pYDPo2.

  Thanks very much.

            Sincerely,

            /s/ Kenton J. Hutcherson

            Kenton J. Hutcherson, Esq.

Attachment

cc: Galen Hair, Esq. (Via Email)
   Dan DeCarlo, Esq. (Via Email)